# APPENDIX A

October 10, 2017

Re: J███ R███████

DOB ████/2013

Insurance Identification number: ██████████

Group Number: ██████

To Whom It May Concern:

This is an urgent request to review the faxed letter of medical necessity as well as the diagnosis of Autism for my 3 year old J███ R███████.

Upon inquiry by myself and therapists regarding ABA therapy coverage, I have been told this therapy is not covered by current insurance.

Please note the letter of medical necessity as well as the prescribed recommendation in J███ R███████'s diagnosis for ABA therapy.

Thank you for your prompt review and consideration of this vital therapy to my son's development.

Sincerely,



J███ R███████