# APPENDIX B




October 25, 2017

| | |
|---|---|
| Subscriber: | J███ R███ |
| Group/Sub. No.: | ███ |
| Claim No.: | Pre-service benefit determination |
| Appeal ID No.: | 529834717 |
| Appeal Type: | Member |
| Phone: | (866)776-4244 |
| Fax: | (918)551-2011 |
| Email: | SDOAppeals@bcbsil.com |

J███ R███
Federal Way WA ███

**Subject: Your appeal results**

Dear J███ R███:

We received your first level appeal on October 10, 2017. You have requested the review for coverage of applied behavior analysis (ABA) therapy for future services.

The appeal has been reviewed by an Appeals Specialist who had no involvement in the prior denial.

| **Appeal Decision** | After careful review of the information we have, the appeal request has been **denied**. |
|---|---|

| Service(s) | Review of applied behavior analysis (ABA) therapy | | |
|---|---|---|---|
| Member | J███ R███ | Provider | Jonathan Fox, M.D. |
| Service Date(s) | Pre-Service | Facility | ABEC, L.L.C. |
| Initial Decision | This service is not a benefit of the contract (provision is not covered). | Initial Decision Code | 299 |
| Initial Decision Date | August 31, 2017 | Claim Amount | $0.00 |

This decision is based on:

Based on review of the documentation submitted it has been determined the charges were denied correctly and in accordance with the policy provisions; there are no benefits available at this time. Applied Behavior Analysis (ABA) Therapy is not a covered benefit of this plan.

This determination is based on your Catholic Health Initiatives benefit book; "The Details – What's

Page 1 of 3

bcbsil.com

Blue Cross and Blue Shield of Illinois, a Division of Health Care Service Corporation, a Mutual Legal Reserve Company, an Independent Licensee of the Blue Cross and Blue Shield Association

 **BlueCross BlueShield of Illinois**

October 25, 2017

|  |  |
|---|---|
| Subscriber: | J███ R███ |
| Group/Sub. No.: | ███ |
| Claim No.: | Pre-service benefit determination |
| Appeal ID No.: | 529834717 |
| Appeal Type: | Member |
| Phone: | (866)776-4244 |
| Fax: | (918)551-2011 |
| Email: | SDOAppeals@bcbsil.com |

J███ R███
Federal Way WA ███

Covered and Not Covered" section on page 31 which states in part:

"Applied Behavior Analysis (ABA) Therapy

Not covered
Benefits will not be provided for ABA therapy"

Please understand that this decision is not an issue of medical necessity, but is due solely to the above plan requirements.

If you don't agree with this decision, you have the right to a second internal appeal. You may send us more evidence or give a statement to support your claim. Mail your second appeal and any related information you'd like to add within 180 days of the date of this letter (with time allowed for mail delivery) to:

Claim Review Section
Health Care Service Corporation
P.O. Box 2401
Chicago, IL 60690

If your request is not received within the time frame, your right to a review ends.

You may request a copy, free of charge, of the benefit term(s) or rule(s) we used to make our decision. If needed, you may also get a copy of all documents relevant to the appeal free of charge. This includes any new or added evidence that we didn't have at the time of our first decision. If you'd like a description of the medical code(s), you may ask for that as well.

If you have questions or to request copies, please contact Customer Service at the number above.

Sincerely,

*[signature: Brittany H]*

Brittany H

Page 2 of 3

bcbsil.com

Blue Cross and Blue Shield of Illinois, a Division of Health Care Service Corporation, a Mutual Legal Reserve Company, an Independent Licensee of the Blue Cross and Blue Shield Association

APPENDIX B
Page 2 of 2