# APPENDIX C



16225 NE 87th Street
Redmond, WA 98052
Suite A-2

Phone 425.894.7231
Fax 425.836.6512
David@WashingtonAutismAdvocacy.org

December 6, 2017

*Via certified mail, return-receipt requested*

Claim Review Section
Health Care Service Corporation
P.O. Box 2401
Chicago, IL 60690



Patient: J█  R█
DOB: █  2013
Subscriber ID # █
Subscriber: J█ R█
Plan Sponsor: Catholic Health Initiatives
Plan:  Catholic Health Initiatives Medical Plan – Blue Cross Blue Shield Integrated
Group/Sub #: C20051
Service Type: Mental Health Services, Outpatient Treatment
Provider: ABEC, L.L.C. aka Northwest ABA
1st Level Appeal ID: 529834717

## Re: **Appeal of Denial of Coverage in regard to Applied Behavior Analysis**

Dear Appeals Specialist:

I represent J█ R█ and his parents, J█ and J█ R█, in their
Appeal of BlueCross BlueShield of Illinois' denial of coverage for J█ 's Applied
Behavior Analysis (ABA) (see attached authorization). J█ h participates in Catholic
Health Initiatives Medical Plan – Blue Cross Blue Shield Integrated Plan (the Plan)
through his mother's employment with Catholic Health Initiatives. Please accept this as
their Appeal of the denial.

### I.    Introduction

J█ is a four-year-old boy with a diagnosis of Autism Spectrum Disorder (ASD).
J█ is enrolled in Catholic Health Initiatives health and welfare program, administered
by BlueCross BlueShield of Illinois (BCBSIL). J█ 's providers have prescribed Applied
Behavioral Analysis (ABA) as medically necessary to treat his ASD. *See* **Exhibit A**, letter
of medical necessity, Jonathan Fox, M.D.; **Exhibit B**, Psychological Evaluation, Kelly A.
Johnson Ph.D.; **Exhibit C**, Initial Behavior Identification Assessment and Treatment Plan,
Adrienne Barker, M.Ed., BCBA.

Unfortunately, BCBSIL informed J███'s family that ABA Therapy is not a covered benefit. **Exhibit D**, BCBSIL, October 25, 2017. Notably, BCBSIL's letter does not state that J███'s ABA therapy is not medically necessary, only that it is not a covered service.

We are appealing BCBSIL's denial because:

1. J███'s ABA therapy is a **medically necessary mental health service** and should be covered under BCBSIL's mental health services benefit.

2. The blanket exclusion of ABA therapy, regardless of medical necessity, **violates the federal Mental Health Parity and Addiction Equity Act of 2008** and is invalid.

For these reasons, we ask that BCBSIL reverse the denial and cover J███'s ABA Therapy as a medically necessary mental health treatment. This would include reimbursement of out-of-pocket expenses paid by J███'s family as well as coverage going forward.

## II.     Analysis

### A. J███'s ABA Therapy to Treat his ASD is a Medically Necessary Mental Health Service Covered by Catholic Health Initiatives' Mental Health Services Benefit.

Autism Spectrum Disorder is categorized as a Neurodevelopmental Disorder in the Diagnostic and Statistical Manual of Mental Disorders, or the DSM, published by the American Psychiatric Association. Persons with ASD present with deficits in social communication and social interaction across multiple contexts. However, it is well established that ASD is treatable. The exact treatment plan and types of interventions needed will vary by child, but it is well recognized that ABA therapy may be included as a medically necessary treatment of a child's ASD.

#### a. ABA Therapy is a Common and Effective Treatment for ASD.

There is substantial research regarding the efficacy of ABA. Time and again, the conclusion is that ABA has been demonstrated to bring about gains in cognition, language skills, and adaptive behaviors in children of all ages with autism. *See, e.g.*, **Exhibit E**, Dawson, G. and Bernier, R., "A Quarter Century of Progress on the Early Detection and Treatment of Autism Spectrum Disorder," 25 DEVELOPMENT AND PSYCHOPATHOLOGY 1455-1472, p. 1462–1463 (2013); *see also*, **Exhibit F**, Ivy, J. and Schreck, K., "The Efficacy of ABA for Individuals with Autism Across the Lifespan," 3-1 CURR DEV DISORD REP 57 – 66 (2016). "We are well beyond the period of time where 'clinical judgment' can be utilized to decide whether ABA should be used to treat a given child with autistic disorder: Such treatment or an equivalent approach is now the standard of care." **Exhibit G**, Declaration of Stephen T. Glass, M.D., filed in *D.M. v. Group Health Cooperative*, case no. 10-2-28618-7 SEA (King Co. Sup. Court, 2011); *see also* **Exhibit H**, Independent External Review Decision, IMX Medical Management Services, January 2,

2014 (denial of ABA overturned because ABA is one of the hallmark standard of care treatment recommendations for Autism); *see also* **Exhibit I**, Independent Review Decision, IPRO, November 27, 2013 (reversing denial because ABA is not experimental or investigational and is medically necessary); *see also* **Exhibit J**, Independent Review Decision, MAXIMUS, July 6, 2009 (reversing denial because ABA therapy is an essential health care service for patients with autism spectrum disorder).

In fact, according to Dr. Glass, it is "professionally irresponsible and falls below the standard of care not to provide or recommend such support." *Exhibit G.* Catholic Health Initiatives is falling below the standard of care by denying J███'s medically necessary ABA therapy.

### b. ABA Therapy is Medically Necessary to Treat J███'s ASD.

J███'s providers have determined that ABA therapy is medically necessary to treat his ASD. Behavioral intervention was first recommended by Dr. Fox of Virginia Mason. *Exhibit A.* He states of J███, "[h]e is diagnosed with Autism Spectrum Disorder (F84.0) and ABA therapy is medically necessary for treatment." In agreement with Dr. Fox regarding the medical necessity of ABA is Kelly A. Johnson Ph.D. of University of Washington Autism Center, a Washington State Center of Excellence. She writes, "Applied Behavioral Analysis services are recommended and prescribed given the adverse impact of J███'s core impairment. ABA services are reasonably expected to result in measurable improvement in J███'s skills and behaviors and reducing interfering behaviors. There is no equally effective alternative available for increasing pro-social behaviors and achieving desired developmental gains." *Exhibit B.* Following the referral from his doctor and the Center of Excellence, J███ was assessed for ABA services. *Exhibit C.* Adrienne Barker, the BCBA that assessed his needs, wrote a detailed treatment plan, individualized for J███ with goals in communication, adaptive, social, and behavior skills. Ms. Barker recommended 10 hours per week of direct therapy services, 8 hours of supervision services per month and 4 hours of parent training per month to meet J███'s needs. Clearly the providers that have evaluated J███'s needs have found that ABA therapy is medically necessary.

In fact, J███'s ABA therapy is medically necessary under the Plan's definitions.

The Plan defines Medically Necessary as:

> A Medically Necessary health care service is one that a Provider, exercising prudent clinical judgment, provides to a patient for the purpose of preventing, evaluating, diagnosing, or treating an Illness, Accidental Injury, disease, or its symptoms, and is:

- Provided in accordance with generally accepted standards of medical practice. Generally accepted standards of medical practice are based on:

- o Credible scientific evidence published in peer-reviewed medical literature generally recognized by the relevant medical community; and
- o Physician Specialty Society recommendations and the views of Physicians practicing in the relevant clinical area; and
- o Any other relevant factors; and
- Clinically appropriate in terms, type, frequency, extent, site, and duration, and considered effective for the patient's Illness, Accidental Injury, or disease; and
- Not provided primarily for the convenience of the patient, Physician, or other health care Provider.

Plan, pg. 68. Applying this definition to J████'s ABA therapy, it is clear that it should be found medically necessary under Catholic Health Initiative's definition:

- J████'s ABA therapy has been prescribed by health care providers exercising prudent clinical judgment to treat the symptoms of his ASD. *Exhibit A, B, C.*
- Treating ASD with ABA therapy is in accordance with generally accepted standards of behavioral health practice, it is in fact considered the standard of care in the treatment of ASD. *Exhibits E - J.*
- Treating ASD with ABA therapy is supported by credible scientific evidence published in peer-reviewed medical literature generally recognized by the relevant medical community. Physician Specialty Society recommendations and the views of Physicians practicing in the relevant clinical area. *Exhibits E - J.*
- J████'s ABA therapy is clinically appropriate and considered effective to treat his ASD. *Exhibit A, B, C.*
- ABA therapy has been prescribed as medically necessary to treat J████'s ASD, not as a convenience. *Exhibit A, B, C.*
- There are no alternative services, ABA therapy is the standard of care in the treatment of ASD. *Exhibits E –J.*

If not for the Plan's blanket exclusion, J████'s ABA therapy would be found to be medically necessary under the Plan's definition. The Plan should find that ABA therapy is medically necessary to treat J████'s ASD and reverse the denial.

### c. J████'s Medically Necessary ABA Therapy Should Be Covered by the Plan's Mental Health Services Benefit.

The Plan covers Mental Health Services for "an Illness Affecting Mental Health" which "means those Illnesses […] classified as disorders in the current *Diagnostic and Statistical Manual of Mental Disorders* published by the American Psychiatric Association." The Plan, pg. 49, 124. ASD is an Illness Affecting Mental Health because it is classified as a disorder in the current DSM. ABA is a treatment for the disorder of ASD so ABA therapy is a Mental Health Service under the Plan. Although the Plan excludes ABA therapy, the exclusion is invalid under the Mental Health Parity Act (*see below*) and cannot apply. J████'s ABA therapy should be covered as a mental health service under the Plan.

---

Furthermore, the ABA exclusion creates a contradiction in coverage. Relying on this exclusion to deny ABA therapy ordered to treat a mental health condition directly contradicts the Plan's mental health services benefit by excluding a medically necessary mental health service. It is well settled that when a contract of insurance is drafted by the insurer, any ambiguity, uncertainty, or doubt is to be resolved by a construction favoring the insured. *See, e.g., Royal Indem. Co. v. Kaiser Aluminum & Chemical Corp.*, 516 F.2d 1067, 1072 (9th Cir. 1975); *see also*, 1-1 The Law of Life and Health Insurance § 1.08 (Inconsistency in contract language should be resolved in favor of the insured.).

Catholic Health Initiatives should eliminate this contradiction and cover ABA therapy when it is medically necessary to treat a mental health condition.

**B. The Blanket Exclusion of ABA therapy Violates the Federal Mental Health Parity Act.**

The blanket exclusion of ABA therapy violates the federal Mental Health Parity and Addiction Equity Act of 2008 (MHPAEA). The MHPAEA applies to group plans, including the Catholic Health Initiatives Medical Plan. 29 U.S.C. § 1185a. The MHPAEA mandates that if a group plan covers mental health services, the plan must cover those services at strict parity with medical and surgical services. The Plan's blanket exclusion of ABA therapy services to treat ASD does not comply with this mandate.

**a. ABA Therapy Ordered to Treat ASD is a Mental Health Service Covered by the Federal Mental Health Parity Act.**

ABA therapy ordered to treat ASD is a mental health service and is covered by the MHPAEA. For purposes of the Act,

> **Mental health benefits means benefits with respect to services for mental health conditions,** as defined under the terms of the plan and in accordance with applicable Federal and State law. Any condition defined by the plan as being or as not being a mental health condition must be defined to be consistent with generally recognized independent standards of current medical practice (for example, the most current version of the Diagnostic and Statistical Manual of Mental Disorders (DSM), the most current version of the ICD, or State guidelines).

29 C.F.R. 2590.712(a) (emphasis added). This definition looks to the condition being treated, not the type of provider. The requirement that the plan's definition of a mental health condition be consistent with generally recognized independent standards of current medical practice was included to "ensure that a plan does not misclassify a benefit in order to avoid complying with the parity requirements." Interim Final Rules Under the Paul Wellstone and Pete Domenici Mental Health Parity and Addiction Equity Act of

2008, 75 FR 5410, 5412. One only has to look to the DSM to determine that ASD is recognized as a mental health condition, specifically a neurodevelopmental disorder. Accordingly, any services ordered to treat ASD are mental health benefits under the Act. In this case, ABA therapy is a service that has been ordered as medically necessary to treat ASD and is therefore a mental health service.[1] ABA must be covered at strict parity with medical and surgical services.

In fact, the Departments contemplated the wide range of services that should be covered by the Act:

> Evidenced-based treatments for severe and persistent mental illnesses like schizophrenia, bipolar disorder and chronic major depression requires prolonged (possibly lifetime) maintenance treatment that consists of pharmacotherapy, supportive counseling and often rehabilitation services. The most common visit limits under current insurance arrangements are those for 20 visits per year. That means assuming a minimal approach to treatment of one visit per week, people with severe and persistent mental disorders will exhaust their coverage in about five months. This often results in people foregoing outpatient treatment and a higher likelihood of non-adherence to treatment regimes that produce poor outcomes and the potential for increased hospitalization costs.

Interim Final Rules Under the Paul Wellstone and Pete Domenici Mental Health Parity and Addiction Equity Act of 2008, 75 FR 5410, 5422. It is clear that in drafting the rules to the MHPAEA, the Legislature intended to cover all of the evidence-based treatments required to treat a mental health condition. By denying coverage of evidence-based treatments to treat ASD, the Plan is not only violating the MHPAEA, but is causing patients to either forego these vital services or to pay out of pocket.

### b. The Plan Cannot Impose a Limit that Applies Only to Mental Health Services.

As "mental health services" covered by the MHPAEA, any limits placed on treatments of ASD must be covered at strict parity with medical and surgical services. As stated in the Act, plans must ensure that:

---

[1] The Washington State Supreme Court considered this same question in *O.S.T v. Regence BlueShield.* 181 Wn.2d 692, 335 P.3d 416 (Wash. 2014). Regence BlueShield raised the defense that neurodevelopmental therapies (including speech and ABA therapy) were medical treatments so were not subject to the requirements of Washington's Mental Health Parity Act. *Id.* at 702, 422. The Court rejected this argument and ruled that when neurodevelopmental therapies are medically necessary to treat a mental health condition, they constitute "mental health services" under the parity act. *Id.* at 704, 423. This analysis is relevant here because the Washington Mental Health Parity Act has a similar definition of "mental health services" and the same reasoning applies.

---

the treatment limitations applicable to such mental health or substance use disorder benefits are no more restrictive than the predominant treatment limitations applied to substantially all medical and surgical benefits covered by the plan (or coverage) and **there are no separate treatment limitations that are applicable only with respect to mental health or substance use disorder benefits**.

29 U.S.C. § 1185a(a)(3)(A)(ii) (emphasis added).  In this plan, the mental health service of ABA therapy is excluded altogether.   Excluding specific forms of mental health treatments without regard for medical necessity is a violation of the broad parity requirements of the Act.  If the Plan provides mental health coverage for DSM conditions, which it does, it cannot pick and choose among types of services that it will cover.  29 U.S.C. § 1185a(a)(3)(A)(ii); *see, e.g.* 29 C.F.R. § 2590.712 (4)(iii)(Ex. 9) (The plan's unconditional exclusion of a substance use disorder treatment is not comparable to conditional exclusion of similar medical treatments and violates the Parity Act).

On point here, a federal court in Oregon ruled on a similar exclusion and held that Providence's Developmental Disability Exemption was a treatment limitation under the terms of the MHPAEA and violated the law as the exclusion applied specifically and exclusively to mental health conditions. *See A.F. v. Providence Health Plan*, 35 F. Supp. 3d 1298, 2014 U.S. Dist. LEXIS 109507, 2014 WL 3893027 (D. Or. 2014).  In *A.F. v. Providence*, the Court explained:

> The Developmental Disability Exclusion applies specifically and exclusively to mental health conditions. The Federal Parity Act requires that a plan have "no separate treatment limitations that are applicable only with respect to mental health or substance use disorder benefits." 29 U.S.C. § 1185a(a)(3)(A)(ii). Providence's Developmental Disability Exclusion limits coverage of services "related to developmental disabilities, developmental delays or learning disabilities." [citation omitted]. **Thus, Providence's exclusion is overtly applicable only to mental health conditions — specifically developmental disabilities — and does not apply to medical or surgical conditions**. The plain text of the Federal Parity Act prohibits "separate treatment limitations that are applicable only with respect to mental health or substance use disorder benefits." 29 U.S.C. § 1185a(a)(3)(A)(ii). Thus, under the plain text of the statute, Providence's Developmental Disability Exclusion is prohibited.

35 F. Supp. 3d at 1315 (emphasis added).  The ABA therapy exclusion applies specifically to mental health conditions, just like the exclusion found to be prohibited by the Court in *A.F.*  As a result the exclusion cannot stand.

This type of exclusion of medically necessary and generally accepted mental health treatments is exactly the type of discrimination Congress meant to eliminate with

---

the MHPAEA. Catholic Health Initiatives may not rely on this invalid treatment limitation to deny coverage of J███ 's medically necessary ABA therapy.

## C. Blanket Exclusions and Unreasonable Caps on Medically Necessary Mental Health Services have been Struck Down by the Courts.

Insurance carriers are facing numerous lawsuits challenging limits or exclusions of medically necessary mental health services. When these class action lawsuits reach the Courts, the rulings have favored the Plaintiffs. *See, e.g., K.M. v. Regence BlueShield,* No. C13-1214 RAJ (W.D. Wash. 2014) (finding that the Defendant had wrongfully denied coverage for medically necessary neurodevelopmental therapies and that such denial would likely cause immediate irreparable harm); *see also, Z.D. v. Group Health Coop.,* 829 F.Supp.2d 1009 (W.D. Wash. 2011) (ruling that the Parity Act required the Defendant to provide coverage for medically necessary neurodevelopmental therapies even when the plan specifically excluded that coverage); *see also, A.F. v. Providence Health Plan,* 2014 U.S. Dist. LEXIS 109507, 45, 2014 WL 3893027 (D. Or. Aug. 8, 2014) (holding that under the plain text of the Federal Mental Health Parity Act, an exclusion that applied only to developmental disabilities was prohibited by the law); *see also, D.T. v. NECA/IBEW Family Medical Care Plan,* 2017 U.S. Dist. LEXIS 195186, 6 (W.D. Wash. 2017) (order denying motion to dismiss, stating that covering some benefits for beneficiaries diagnosed with ASD while refusing to cover ABA may be a violation of the MHPAEA).

The Plan's ABA therapy exclusion does not comply with mental health parity requirements and exposes Catholic Health Initiatives and BlueCross BlueShield of Illinois to possible future litigation. These cases are lengthy and expensive, and completely avoidable.

### III.    Conclusion

███ 's ABA therapy should not have been denied.  As a medically necessary mental health treatment, ABA therapy should be a covered mental health treatment under the Plan.  In addition, the exclusion of ABA, regardless of medical necessity, is a violation of the federal Mental Health Parity Act and cannot continue.   BlueCross BlueShield of Illinois should reverse the denial and cover J███ 's medically necessary ABA therapy.

Thank you for your consideration.  You may contact me at (425) 894-7231 or david@washingtonautismadvocacy.org if you have any questions or need additional information.

Sincerely,

David Roth
Staff Attorney

cc:     J███ and J███ R██████

## Exhibit List

**Exhibit A,** Virgina Mason, Letter of medical necessity, Jonathan Fox, M.D., September 13, 2017

**Exhibit B,** University of Washington Autism Center, Psychological Evaluation, Kelly A. Johnson Ph.D., 2016

**Exhibit C,** Northwest ABA, Initial Behavior Identification Assessment and Treatment Plan, Adrienne Barker, M.Ed., BCBA, October 11th, 2017

**Exhibit D,** BCBSIL, Denial of first level appeal, October 25th, 2017

**Exhibit E,** Dawson, G. and Bernier, R., "A Quarter Century of Progress on the Early Detection and Treatment of Autism Spectrum Disorder," 25 DEVELOPMENT AND PSYCHOPATHOLOGY 1455-1472, p. 1462–1463 (2013)

**Exhibit F,** Ivy, J. and Schreck, K., "The Efficacy of ABA for Individuals with Autism Across the Lifespan," 3-1 CURR DEV DISORD REP 57 – 66 (2016)

**Exhibit G,** Declaration of Stephen T. Glass, M.D., filed in *D.M. v. Group Health Cooperative*, case no. 10-2-28618-7 SEA (King Co. Sup. Court, 2011)

**Exhibit H,** Independent External Review Decision, IMX Medical Management Services, January 2, 2014

**Exhibit I,** Independent Review Decision, IPRO, November 27, 2013

**Exhibit J,** Independent Review Decision, MAXIMUS, July 6, 2009

HCSC

 **BlueCross BlueShield of Illinois**

**Standard Authorization Form
To Use or Disclose
Protected Health Information (PHI)**

**I. Individual** (Name and information of person whose protected health information is being disclosed):

| | |
|---|---|
| **Name** | **Date of Birth** |
| **Group #**   **Identification/Subscriber #** | **Social Security Number** |
| Federal Way | WA |
| **Address**   City | **State**   **ZIP** |

**Area Code & Telephone Number**

**II. Authorization and Purpose:**

I request and authorize Blue Cross and Blue Shield of Illinois to disclose my protected health information as described below. I **understand that if the person/organization authorized to receive and use the information is not a health plan or health care provider, the disclosed information may no longer be protected by federal privacy regulations.**

Washington Autism Alliance & Advocacy - David Loth  Attorney   Assisting in Appeal
**Persons/Organizations authorized to receive your information**   **Relationship**   **Purpose**

16225 NE 87th St. Ste. A-2   Redmond   WA   98052
**Address**   City   **State**   **ZIP**

**III. Specific Description of Information to be Used or Disclosed** *(Please Complete Parts A and B in this Section)*
**This Authorization CANNOT be used to disclose Psychotherapy Notes.**

**A.   Release of Sensitive Protected Health Information Under State Law**

You **must** check "yes" or "no" if you authorize the release of medical information, test results, records or communications specific to *(note: "yes" means this information is included in the categories you designate in Part B below)* :

*   Human Immunodeficiency Virus (HIV) or HIV/Acquired Immune Deficiency Syndrome
*   Sexually transmitted or "communicable" diseases (includes hepatitis, as well as venereal diseases);
*   Drug, alcohol or substance abuse;
*   Mental health or developmental disabilities (including mental retardation or similar disabilities, for example, those attributable to cerebral palsy, autism or neurological dysfunctions); and
*   Genetic testing.

**Yes** ☒

**No** ☐

**B.   Release of Protected Health Information** *(check one or more)*

**Dates of Services**

| | | | From: | To: |
|---|---|---|---|---|
| ☒ | Health Plan Benefit Information: | Includes information contained in your benefit booklet (i.e., copayments, coinsurance, eligibility and other benefit information). | All | |
| ☒ | Claims | Includes information related to payment of your claims for service you received, including pertinent information located on a claim form (i.e., billed amount, general procedure descriptions claim payment or denial reasons, etc.). | All | |
| ☒ | Service Determination Information: | Includes any information related to pre-service, concurrent and post-service decisions. | All | |
| ☒ | Premium | Includes information related to billing cycles, bank draft changes, etc. | All | |
| ☐ | Services from (provider or supplier): | Provider name: _____ (Includes information related to services rendered by a specific provider or supplier.) | | |
| ☐ | Other: | _____ (Specify other information that is not listed in one of the categories above.) | | |

*A Division of Health Care Service Corporation, a Mutual Legal Reserve Company
an Independent Licensee of the Blue Cross and Blue Shield Association*

HCSC
## IV. Expiration and Revocation:

**Expiration:** This authorization will expire on (must choose one):

☒ One year from the date it is signed          ☐ Other (insert date or event): _____

**Right to Revoke:** I understand that I may revoke this authorization at any time by giving written notice to the address listed at the bottom of this form. I understand that revocation of this authorization will not affect any action the above named entity took in reliance on this authorization before the above named entity received my written notice of revocation.

## V. Signature (this document must be signed by the individual, parent of minor child or the individual's personal representative):

I understand that this authorization is voluntary and that the health plan cannot condition my eligibility for benefits, treatment, enrollment or payment of claims on the signing of this authorization. I understand that if I am signing on behalf of a minor child, this authorization will expire upon the child reaching the age of 18, unless there is proof of legal guardianship.

**Signature** ████████ ( J█████ █████ - parent )          **Date: month/day/year** 12/5/17

If you are signing as a Power of Attorney, Legal Guardian, Executor or Administrator complete the following and attach a copy of the Legal documents. You do NOT have to attach copies of these documents if they are already on file with Blue Cross and Blue Shield of Illinois:

J██ ██          Parent
**Personal Representative's Name**          **Relationship to Individual**

████████████████          Federal Way          Wa          ZIP
**Personal Representative's Address**          **City**          **State**          **ZIP**

████████████
**Personal Representative's Area Code & Telephone Number**

BEFORE RETURNING THIS FORM YOU SHOULD KEEP A COPY FOR YOUR RECORDS BY EITHER:

(1) MAKING A PHOTOCOPY OF THE SIGNED AUTHORIZATION; OR
(2) COMPLETING THE DUPLICATE AUTHORIZATION FORM YOU RECEIVED OR PRINTED

---

**Mail your completed signed authorization to:**
**Blue Cross and Blue Shield of Illinois**
**P.O. Box 805107**
**Chicago, IL 60680-4112**

---

**If you need assistance completing the form, please refer to the instructions above or contact the Customer Service number listed on the back of your Member Identification Card.**

**Any changes to the format, content or branding of this form are strictly prohibited without review and approval of the HCSC Privacy Office. Please contact the Privacy Office with any change requests.**

*A Division of Health Care Service Corporation, a Mutual Legal Reserve Company
an Independent Licensee of the Blue Cross and Blue Shield Association*

## WASHINGTON AUTISM ALLIANCE & ADVOCACY
## ATTORNEY-CLIENT RETAINER AGREEMENT

**DAVID ROTH (Attorney)** and J█ R█ (**Client**) agree as follows:

1. **Service to be provided:** Attorney agrees to provide Client with legal help regarding my problem as follows: **Insurance coverage denial of my son's ABA therapy.**

(briefly describe legal problem)

Clt/Atty Initials (Check all that apply)

_(initials)_ ☒ investigate case and advise Client (including if Attorney will take any further action)

_(initials)_ ☒represent me in the internal appeals process

___/___ ☐ other:

2. **Attorney fees:** I will not be charged for my attorney's time.

3. **Communication and Consent to Disclosure:** I will honestly communicate all relevant information to Attorney. I will fully cooperate with Attorney in pursuing the objectives. Attorney will not disclose my private information without my express consent. By giving this limited consent I do not waive my attorney-client privilege as to other information.

4. **Case updates:** Attorney will keep me fully informed of the status of my case.

5. **Termination:** I can ask Attorney to stop helping me at any time. Attorney may stop helping me for good reasons, including violations of this agreement or my failure to stay in touch with and cooperate with Attorney.

6. **Co-counsel:** Attorney will tell me if she believes it would help my case to associate with another lawyer or law firm and the advantages and disadvantages of doing so. I understand that I must consent to the terms of a co-counseling relationship.

7. **Limits of Representation:** I understand that Attorney's representation is limited to the Internal Appeals process and External Review requests. Any further representation would be addressed in a separate Retainer Agreement.

I understand and agree to Attorney's help under these terms.

CLIENT █████

Date: _12/4/17_

_____
David Roth, WSBA#51822
**Washington Autism Alliance & Advocacy**

Date: _____

 Virginia Mason



September 13, 2017
Re: J███ R███
DOB: ███/2013

To Whom It May Concern,

J███ R███ is a patient under my care. He is diagnosed with Autism Spectrum Disorder (F84.0) and ABA Therapy is medically necessary for treatment.

Respectfully,

Jonathan Fox MD
Virginia Mason Federal Way Pediatrics
33501 1st Way South Federal Way, WA 98003
(253) 874-1616

**APPENDIX C**
**Page 14 of 98**





**EXHIBIT**
**B**

# UW AUTISM CENTER
### UNIVERSITY *of* WASHINGTON

**PSYCHOLOGICAL EVALUATION**
**CONFIDENTIAL**

Name: J█████ R████
Date of Birth: █████ 2013
Chronological Age: 3 years, 0 months
Exam Date(s): November 10, 14, 15, & December 2, 2016
Clinician: Kelly A. Johnson, Ph.D.

**IDENTIFYING INFORMATION AND REFERRAL QUESTION**: J████ is a 3-year-old boy brought for diagnostic assessment of possible Autism Spectrum Disorder (ASD). J███'s current Primary Care Provider (PCP) is Dr. Fox at Virginia Mason.

J███'s parents, J████ and J███ R█████, provided the background information unless otherwise specified. Findings and recommendations were shared with both parents. Only findings relevant to J████'s diagnosis will be included.

**DEVELOPMENTAL HISTORY & BACKGROUND INFORMATION:** In terms of standard developmental milestones, J████ walked independently around 12 months of age. His speech/language milestones have been delayed. He currently says "Done" spontaneously at appropriate times. His father noted that they had to be insistent in teaching him to use this word by keeping him in his high chair until he said, "Done." Otherwise, J████ is inconsistent in his use of words and doesn't tend to use words very often to communicate. He seems to mix up sounds in words. He is starting to vocalize more now, however, including while he plays by himself. He seems to be trying to imitate the vocal tone of animated phrases he hears from his father. J████ uses some signs to communicate (e.g., more, help, please). When requesting with a sign or with a word (other than "Done" which he uses reliably and more clearly), J████ tends to use all the signs he knows and say various sounds as if he's trying to find the correct one. He often takes his parent's hand and puts it on what he wants or pushes his parent's hand toward what he wants if it's out of reach. He is being taught how to point and is beginning to do so spontaneously at times when requesting something close by that he can touch. He does not point to distant objects or point to share interest in something else. He sometimes will wave when he is leaving somewhere. He reaches his arms up when he wants to be picked up. He shakes his head for 'no'; he does not yet nod for 'yes.' He is not yet bringing objects just for purposes of showing his parent. He is not yet spontaneously sharing. He accepts affection and gives affection toward family members (e.g., gives hugs to his father, lays on his brother).

J████'s eye contact was described as inconsistent. He is more consistent about responding to his name. He has a wide range of facial expressions, though doesn't tend to use these expressions for purposes of conveying how he is feeling. He will smile in response to another person smiling at him. He tends to laugh when he hears a baby cry or when he pushes a younger child down. If approached by another child to play, J████ tends to ignore the child or push the child away. He does like to play peek-a-boo and hide-and-seek with his parents and will engage in parallel play with his 8-year-old brother. J████ usually is okay with playing near other children.

J████ tends to engage in repetitive play, repetitive behaviors, and repetitive use of objects. He likes to move a toy car over and over again to watch the wheels spin. He likes to line up



**Seattle Office**
Box 357920 Seattle, WA 98195-7920
206.221.6806 fax 206.598.7815

**Toll-free Information Line 1.877.408.UWAC**
uwautism@uw.edu
http://depts.washington.edu/uwautism

**Tacoma Satellite**
Box 358455 Tacoma, WA 98402-8455
253.692.4721 fax 253.692.4759

**APPENDIX C**
**Page 215 of 98**

objects and will immediately return an object to its place if someone moves it. He can spend 40 minutes at a time running in the same pattern or pouring water from a container. It can be difficult to re-direct him during these activities unless he is given access to another highly preferred activity. It seems that the longer he does a repetitive activity at any particular time, the more challenging it is to re-direct him.

█ is beginning to show some pretend play. He will sometimes imitate when he sees another person pretending to feed a doll, and he will sometimes put an empty cup to his father's mouth as if to pretend to give him a drink.

█ is very particular about certain things. For example, if his father whistles, █ gets upset and slaps his father's face. If his mother turns around to look at him while they're in the car, he gets upset unless she makes a silly face. He tends to do better with changes in his routine as long as it is in a familiar environment and with familiar people. It takes him awhile to get used to new routines in other environments, e.g., sitting in a new chair, snack routine at his playgroup. He gets upset when his fingernails are cut, wanting the clippings to be put back on his fingernails.

█ has high pain tolerance (e.g., pinching his skin in a door and not reacting). He appears sensitive to clothing textures and to wet clothes on his body/feet. He is a picky eater, though it is unclear if this is related to textures. He gazes toward the periphery when looking at objects and at other times.

No self-injurious behavior was reported. █ sometimes gets aggressive toward other children/adults/pets when he is tired and/or hungry.

**PREVIOUS EVALUATIONS & INTERVENTIONS**: █ was reportedly evaluated through the Birth-to-3 program in Federal Way, Washington, when he was 2 years of age and evaluated through the Federal Way Public School District just prior to his 3rd birthday. He received early intervention services from age 2-3 years old including speech/language, occupational therapy for sensory issues, and behavior therapy. He participated in a playgroup through the early intervention program for a couple of months prior to transitioning to special education developmental preschool when he turned 3. He is qualified for special education under the category of Developmental Delay. He is qualified for Specially Designed Instruction (SDI) in the areas of Cognitive, Social, and Adaptive. He also receives Speech/Language (SLP) and Occupational Therapy (OT) services at school.

Please refer to original documents for further information.

**SOCIAL/FAMILY HISTORY**: █ lives in Federal Way, Washington, with his 8-year-old brother and their biological parents. █'s brother has special needs related to hip dysplasia, cleft palate, and fine motor issues. English is the primary language at home. █'s father works in the Graphic Design field, and █'s mother is a Critical Care Nurse Manager. Mr. R█ works from home. There is a nanny who helps at home as well.

Family history is reportedly significant for birth defects (brother) and astigmatism. There is no known history of diagnosed Autism Spectrum Disorders (Autistic Disorder, Pervasive Developmental Disorder Not Otherwise Specified, or Asperger Disorder), developmental, psychiatric, or neurological disorder.



**PRENATAL/BIRTH & MEDICAL HISTORY**: Prenatal/birth history was reported as follows:

- No infections, high fevers, or prenatal exposures (other than prenatal vitamins) were reported during the pregnancy.
- J████'s mother and father were 33 and 32 years of age, respectively, when he was born.
- Labor began spontaneously at 9 days post expected delivery. He was born vaginally without reported complications.
- No special care was required for J████.
- Birthweight was 9.89 pounds.

Parent report indicated J████ is generally a healthy child.

- Vision—no known problems
- Hearing—J████ passed his newborn hearing screening; he has not had other audiological evaluation
- Gastrointestinal—no concerns reported in this area
- Sleep—takes about 1 hour to fall asleep at night; sleeps about 9 hours per night
- Skin—no problems reported
- Growth—J████ is big for his age
- Nutrition/Diet—picky eater and eats a limited range of foods; however, parents do not have significant concerns about his overall nutrition
- Allergies—none reported
- Surgeries—none reported
- Overnight hospitalizations—none reported
- No seizures, loss of consciousness, or trauma was reported.
- Parents reported some possible regression of certain skills between 20-24 months of age, as J████ previously would imitate his father saying "hiiiiii" and would follow verbal directions when asked "where's Daddy's nose".

**CURRENT MEDICATIONS/SUPPLEMENTS:** None.

**ASSESSMENT TOOLS:**

- Behavior Observations
- Autism Diagnostic Observation Schedule—2nd Edition (ADOS-2), Module 1
- Social Communication Questionnaire (SCQ)
- Mullen Scales of Early Learning
- Adaptive Behavior Assessment System—3rd Edition (ABAS-3)
- Achenbach Child Behavior Checklist (CBCL)—Parent Rating Form
- Achenbach Child Behavior Checklist (CBCL-C/TRF)—Caregiver/Teacher Rating Form
- Short Sensory Profile (SSP)
- Parent Interview
- Review of Records

**ASSESSMENT FINDINGS:**

Behavior Observations: J████ presented as a casually-dressed Caucasian male who appeared somewhat tall for his age. He was observed across two separate sessions including direct testing as well as unstructured play while his parent spoke with the examiner and completed a questionnaire. J████'s father was present during the first testing





session, and J████'s mother was present through the second testing session. They indicated the examiner obtained a valid observation of their son.

J████ would not sit at the child-sized table and chair for the structured testing, though he climbed on the table later in the session. His father indicated that it had taken 2 months for J████ to get used to sitting in a new chair for snack time at his playgroup. J████ more willingly sat on his father's lap while the structured cognitive testing was performed. He appeared to benefit from being given frequent breaks to move around and then gentle re-direction from his father to return to the testing activities.

At the second testing session (with administration of the ADOS), J████ sat at the table briefly when presented with his preferred snack. Otherwise, he needed physical guidance from his mother in order to sit at the table. He often moved around in the chair or got out of the chair to move around.

Additional observations of J████'s behavior are provided below. In addition to direct assessment, further information about J████'s functioning in other settings (i.e., home, Birth-to-3 playgroup) was also obtained for this evaluation. Overall, this assessment is considered a valid representation of J████'s current functioning, though it is important to note that standardized scoring guidelines for some tests (e.g., ABAS-3, Mullen Scales) may not necessarily capture inconsistency that can occur within specific skill domains. Therefore, the scores for some tests may underestimate his abilities in some respects. Cognitive/developmental scores obtained at this age are not considered predictive of the future.

ADOS-2: Module 1 of the ADOS-2 was administered, which is designed for children who are nonverbal or primarily speak in single words with occasional use of phrases. The ADOS provides several opportunities for social interaction and communication, measuring behaviors that are of particular interest in diagnosing autism spectrum disorders (e.g., eye contact, nonverbal communication and gestures, joint attention, showing, requesting, functional and pretend play).

J████ displayed several relative strengths as well as challenges in communication, social, and play skills during the ADOS.

*Communication and Language.* J████ vocalized periodically during the session using extended vowel, consonant-vowel, and repetitive sounds in stereotypic tones. He did not clearly direct his vocalizations for purposes of communication. He initially communicated his wants by moving the examiner's hand to objects that he wanted help in activating (i.e., jack-in-the-box, mechanical bunny). At some other points in the session, J████ used signs to make requests including sign for "more" regarding his preferred snack and sign for "go" to request a balloon release and bubbles. He may have been trying to use other signs to request at times, though this was unclear to his mother and the examiner. When highly motivated (e.g., snack, balloon release), J████ showed his best eye contact and coordinated this with a sign/gesture for requesting. He also pursed his lips to blow as a gesture to request the balloon activity. He was not observed to point or use other communicative gestures.

*Reciprocal Social Interaction.* J████ demonstrated occasional eye contact with the examiner and with his mother. He initially responded to his name being called the first time by the examiner. At other times in the session, it was difficult for the examiner or for his

 CONFIDENTIAL

mother to gain his attention except by offering certain preferred toys. He did not look long enough at the examiner in order to demonstrate whether he would follow her gaze or point toward a distant object, though he did look at the object once it was activated (i.e., mechanical bunny). He did not respond to the examiner's effort to engage with him in interactive play. Although he showed limited range of facial expressions, J███ looked and smiled at the examiner and at his mother on some occasions. He often directed his smiles toward objects that he liked. Although he didn't look at the examiner (and walked away after a few moments), J███ smiled and giggled when the examiner attempted to play peek-a-boo with him. J███ did not bring objects to show or attempt to direct another person's attention to a distant object to share emotion or interest. However, on two occasions, J███ looked directly at his mother while gently touching the mechanical bunny's ears. This appeared to be a deliberate effort on J███'s part to show his mother that he was doing what she had been asking him to do at home in regard to being gentle in touching the family's new kitten (per his mother's report).

*Play.* When presented with a variety of toys for free play, J███ engaged with cause-effect toys (i.e., pop-up toy, jack-in-the-box), tossed a ball up in the air several times (and sometimes tried to dribble on the floor), and stacked blocks at different times (after the examiner did so). J███ liked to squeeze a sound-producing toy. He did not imitate the examiner's actions with objects (other than stacking blocks). With multiple prompts, he did imitate his mother's demonstration of using a plastic fork to pretend to feed a doll. J███ seemed to like hearing the sound his mother made whenever he touched the fork to the doll's mouth, as he smiled and giggled. He was not observed to engage in spontaneous pretend play.

*Behavior/Mannerisms/Interests.* J███ engaged in unusual sensory seeking behaviors including gazing toward the periphery and putting objects to his lips. He sometimes flapped his hands briefly when he was excited. He showed strong focus on certain objects, though could be re-directed if other interesting objects were presented. No self-injurious behavior was observed.

*Other Behaviors.* J███ sat briefly at the table for snack (getting up several times) and sat for the pretend birthday party activity. He otherwise resisted sitting in the child-size chair and table for activities, though did like to climb into the adult-sized chair away from the presented activities. At one point when he appeared frustrated, he appeared to be motioning to hit his mother. However, he did not do so. He did not exhibit a tantrum during the session and generally appeared to be a happy boy. No clear anxiety was exhibited.

<u>Sensory Processing:</u> The possibility of sensory processing differences was screened using standardized parent report on the Short Sensory Profile (SSP). This measure classifies a child's sensory-related behaviors in terms of "Typical Performance" (within one standard deviation of average), "Probable Difference" (between one to two standard deviations from average) or "Definite Difference" (greater than two standard deviations from average) in 7 areas. J███'s SSP scores fell in the Definite Difference range for 3 areas including:

- Tactile Sensitivity (e.g., frequently avoids going barefoot, especially in sand or grass)
- Taste/Smell Sensitivity (e.g., always avoids certain tastes or food smells that are typically part of children's diets; always a picky eater, especially regarding food textures)
- Underresponsive/Seeks Sensation (e.g., always touches people and objects).



▮▮'s scores fell in the Probable Difference range for 2 areas including:

- Visual/Auditory Sensitivity (e.g., frequently covers eyes or squints to protect eyes from light)\
- Auditory Filtering (e.g., occasionally is distracted or has trouble functioning if there is a lot of noise around)

▮▮'s scores fell in the Typical Performance range for the remaining 2 areas including Movement Sensitivity and Low Energy/Weak. Overall, this measure suggests ▮▮ has several areas of sensory processing differences including hyper-sensitivity as well as sensory-seeking.

Current Cognitive Functioning: The DAS-2 as well as the Mullen Scales of Early Learning were administered to obtain information about ▮▮'s current cognitive/developmental skills when directly tested under standardized conditions. He was provided numerous breaks and test materials were sometimes presented multiple times in order to maximize his attention to the tasks. He did not appear to understand the DAS-2 tasks. On the Mullen, he showed variable engagement with the testing tasks, often dependent on whether he was interested in the particular materials or not. He sometimes focused on parts of the testing materials that were not the goal of the task. For example, on a task looking at his object permanence skills in finding an object that was displaced from a cup to then be hidden under a cloth, ▮▮ repeatedly was more interested in the cup rather than looking for the displaced, hidden object. On another object permanence task, ▮▮ would look when a ball was hidden under one of two cloths, but he wouldn't look for the toy that is usually used as part of this task. It appears that in some cases, he has skills that are inconsistent and/or have not yet generalized beyond highly preferred materials. Therefore, his scores may underestimate his abilities in some respects. While all of his scores fell in the Very Low range (1st percentile), ▮▮'s performance on Fine Motor tasks was his strongest area. He used a crayon to scribble on paper, and he stacked up to 9 small blocks. His performance on Visual Reception tasks was inconsistent. He showed early object permanence skills by finding an object hidden under one cloth. However, he did not correctly respond to more advanced object permanence tasks, and he showed no interest in looking at a book. However, his score does not reflect some relatively more advanced visual processing skills that ▮▮ demonstrated when the examiner administered more test items. ▮▮ was able to place 3 of 4 shapes into a form board puzzle, and he nested cups of different sizes. He was able to sort objects by category. He did not yet sort objects by shape, size, or color. ▮▮ showed significant delays in his receptive understanding of language as well as his expressive language. He understood to help put objects away into containers. He recognized a familiar verbal command from his father (i.e., knocking on a door after hearing his father say 'knock knock'). He did not hand over objects using verbal command and/or gesture. He did look at himself in the mirror and possibly smile. He did not respond to a loud whistle blown near him. ▮▮ was heard to say "uh oh" when something fell, and he occasionally made vocalizations. In generally, he was often quiet. His father reported that he has said a few words at home. ▮▮ was not observed to use gestures (e.g., pointing, communicative reaching) to communicate.

Overall, ▮▮'s current cognitive functioning appears significantly delayed for his age and should continue to be supported with direct instruction. Mullen scores based upon standardized scoring guidelines are included in the addendum for purposes of professional review and for future comparison. ▮▮ did complete a few items above the scoring ceiling



that are not counted into these scores. It is important to note that scores in children this young are not necessarily considered predictive of the future. Furthermore, test age equivalents are not precise measures and are provided only as a rough estimate of functioning level.

<u>Adaptive Functioning—Parent Report:</u> Additional information about ▮▮▮'s daily functioning was obtained through parent report on the ABAS-3, a standardized measure of adaptive functioning. Adaptive behaviors are those day-to-day skills that are necessary for an individual to take care of himself and get along with others. Of course, these skills change as a person grows older and depend less on the help of others, but at every age, certain behaviors and skills are expected in the home, community, and/or school. Parents are asked to report based upon what their child *actually does* rather than what they think their child *could* do. This measure was completed by ▮▮▮'s father with additional input from his mother. The ABAS-3 covers the following adaptive areas:

*CONCEPTUAL—Behaviors needed to communicate with others, apply academic skills, & manage/accomplish tasks*
- COMMUNICATION—Speech, language, and listening skills needed for communication with other people, including vocabulary, responding to questions, conversations skills, etc.
- FUNCTIONAL ACADEMICS—Basic reading, writing, math, and other academic skills needed for daily, independent functioning, including telling time, measurement, writing notes and letters, etc.
- SELF-DIRECTION—Skills needed for independence, responsibility, self-control, including starting and completing tasks, keeping a schedule, following time limits, following directions, making choices, etc.

*SOCIAL-- Behaviors needed to engage in interpersonal interactions, act with social responsibility, & use leisure time*
- LEISURE—Skills needed for engaging in and planning leisure and recreational activities, including playing with others, engaging in recreation at home, following rules in games, etc.
- SOCIAL—Skills needed to interact socially and get along with other people, including having friends, showing and recognizing emotions, assisting others, and using manners

*PRACTICAL-- Behaviors needed to address personal & health needs, take care of home/classroom/work settings, and function in a community*
- COMMUNITY USE—Skills needed for functioning in the community, including use of community resources, shopping skills, getting around the community, etc.
- SCHOOL/HOME LIVING—Skills needed for basic care of a home or living setting, including cleaning, straightening, property maintenance and repairs, food preparation, performing chores, etc.
- HEALTH AND SAFETY—Skills needed for protection of health and to respond to illness and injury, including following safety rules, using medicines, showing caution, etc.
- SELF-CARE—Skills needed for personal care including eating, dressing, bathing, toileting, grooming, hygiene, etc.



MOTOR—Basic gross and fine motor skills needed for movement, manipulating the environment, and developing more complex skills such as for sports.

Compared to other children his age, J████'s overall adaptive functioning composite score suggests significant delays at this time (GAC 2nd percentile, Extremely Low range).  There were not significant differences across domain scores which all fell in the Extremely Low range:  Conceptual 2nd percentile, Social 1st percentile, and Practical 1st percentile. Within his own pattern of adaptive skills, J████'s highest adaptive score was found in Functional Pre-Academics (Below Average range), as J████ is interested in looking at books and sometimes turns book pages one by one.  His least developed adaptive subdomain score was found in the area of Communication skills (Extremely Low range).

Within the Conceptual domain, J████'s Self-Direction skills emerged as a relative strength with a score in the Below Average range, while his Communication skills showed as significant weakness in the Extremely Low range.

Within the Practical domain, J████'s Self-Care skills showed as a significant weakness compared to other practical skills.

J████'s Motor skills score fell in the Below Average range.

Overall, the ABAS-3 suggests J████'s skills in everyday settings are delayed for his age, and adaptive skills development should continue to be supported with direct instruction. ABAS-3 scores are included in an addendum for purposes of professional review and for future comparison.

Socio-Emotional/Behavioral Functioning—Parent Report: J████'s mother completed the Child Behavior Checklist (CBCL), which is a standardized rating scale for behavior and emotion difficulties exhibited in the preceding 2-month period.  Ratings that are categorized as "Clinical" are considered cause for concern at this time, while ratings that are categorized as "Borderline Clinical" are considered cause for potential concern.  Ratings of J████ fell in the Borderline Clinical range for Withdrawn behaviors.  On the DSM-Oriented Scales, Autism Spectrum Problems score (>97th percentile) and Depressive Problems score (>97th percentile) fell in the Clinical range. The Depressive Problems score primarily reflected issues related to not eating well (i.e., picky eater) and sleep problems (i.e., problems getting to sleep, sleeping less than most kids his age). The parent-completed Social Communication Questionnaire (SCQ) score was also consistent with an Autism Spectrum Disorder (ASD), with many items endorsed, including: insistence on sameness, repetitive movements, using parent's hand as a tool or as if it were part of his own body, being more interested in parts of objects rather than using the object as it was intended. When asked what most concerns her about J████ at this time, his mother indicated J████'s communication and behavior. Overall, these scores indicate significant concerns in regard to J████'s social functioning with particular concerns consistent with ASD. Concerns about sleep and picky eating were also reported. He should continue to receive direct instruction to support social as well as adaptive functioning areas.

Functioning in Peer Group Setting: Information about J████'s functioning in a peer group setting was obtained from his Birth To Three Developmental Center Special Education Teacher, Ms. Peggy Saya'n. Ms. Saya'n reported knowing J████ very well. J████

participated in that Developmental Playgroup 3 hours per week for 4 months. There were 8 children in the group.

When asked to describe the quality of J████'s peer relationships, his special education teacher noted that J████ required adult support in order to initiate any social interactions with his peers during playgroup. He had difficulty responding appropriately to social initiations from others. He demonstrated difficulty engaging in sustained play within the context of an adult- or child-directed activity. He required a verbal prompt in order to initiate or respond to any social interaction with peers.

During group activities, J████ participated for a short period of time with adult support and once he felt comfortable in the group setting (which took around 1.5-2 months). He benefited from a picture schedule to help him with transitions. J████ had extreme difficulty handling changes in routine (tantrum up to a half-hour or more when faced with unexpected changes like not playing outside when raining or any other change in his day). During free choice, he preferred playing by himself and moving from one activity to the next consistently.

When asked to describe J████'s early academic functioning, his special education teacher commented that J████ is able to play independently with familiar toys at home (i.e., puzzle and shape sorters). During playgroup, he required adult support to stay engaged functionally with toys. J████ was most likely to imitate actions from familiar adults and while playing at the sensory table. Otherwise, he had difficulty imitating modeled actions in play.

On the CBCL-C/TRF standardized questionnaire, special education teacher report of J████ at developmental playgroup indicated he exhibited significant levels of behavior and emotion problems in that setting when compared to other boys in his age range, particularly emotional reactivity, anxiety, rigidity (e.g., bothered by things being out of place), withdrawn behavior, attention problems, and stress-related behavior. On the DSM-Oriented Scales, J████'s scores on the Autism Spectrum Problems and Anxiety Problems fell in the Clinical range (>97th percentile), and his score for Attention Deficit/Hyperactivity Problems fell in the Borderline Clinical range (97th percentile).

When asked what most concerns her about J████, his special education playgroup teacher indicated J████'s limited eye contact, limited joint attention, limited imitation with or without objects, rigid play schemas, limited response to others when calling his name, and limited diet. She reported that J████ made great progress in the time he was in playground. He required adult support and modifications in order to be successful and participate with his peers. J████'s routines are very rigid, but with consistency and support, he was able to thrive in playgroup.

Strengths: When asked about J████'s strengths, his mother described J████ as a generally happy and affectionate boy who likes to play and interact. J████'s special education developmental playgroup teacher described J████ as a happy boy who loves to play with water, art projects, and likes playdough.

## DIAGNOSTIC IMPRESSIONS (DSM-5):
Autism Spectrum Disorder (ASD 299.00*)
- ➢ With developmental delays
- ➢ With limited functional communication
- ➢ With anxiety features

*DSM-5 severity rating of Level 3 (requires very substantial support) is assigned for Social Communication and Restricted/Repetitive Behaviors. As noted in DSM-5 (p. 51), there is "recognition that severity may vary by context and fluctuate over time" and "[t]he descriptive severity categories should not be used to determine eligibility for and provision of services...these can only be developed at an individual level and through discussion of personal priorities and targets."*

**SUMMARY AND RECOMMENDATIONS:** J█████ is a 3-year-8-month-old boy brought for evaluation of possible Autism Spectrum Disorder (ASD). J█████ has a number of strengths, some of which include his gross motor skills, happy temperament, and his affection with his father. Along with these and other strengths, J█████ also has sufficient characteristics for an Autism Spectrum Disorder diagnosis (299.00 DSM-5 criteria; 299.00 Autistic Disorder DSM-IV-TR criteria) including impairment in social communication and social interaction (e.g., limited social-emotional reciprocity, limited use and understanding of nonverbal communication, and limited development/maintaining/understanding social relationships) as well as presence of restricted, repetitive patterns of behavior and play, insistence on sameness, and sensory hyper- and hypo-sensitivities in addition to unusual sensory seeking. Autism/ASD remains a clinical diagnosis, as there is no reliable biological marker such as a blood test or brain scan that determines the absolute presence or absence of an Autism Spectrum Disorder. In addition, our understanding of Autism has been broadening in recent years such that the term "Autisms" (rather than the singular "Autism") is sometimes used in order to convey something about the variability that may come with this diagnostic label. In other words, two children may have the same diagnostic label of Autism/ASD and, while they share some characteristics, also may have quite different strengths and challenges. Consequently, intervention must be individualized.

While J█████'s current overall cognitive and adaptive scores indicate significant developmental delays, he demonstrates relative strengths in fine and gross motor skills as well as interest in books.  He is minimally verbal at this time and has limited functional communication other than moving people's hands to what he wants or having emotional/behavioral responses (e.g., tantrum, aggression).  He appears to become particularly stressed/frustrated/anxious in group settings and other times when required to be more flexible with following other people's agendas. When not stressed, his general temperament appears very happy.

*The following recommendations are provided based upon this clinical assessment:*

Intensive intervention has been shown to help many children with Autism/ASD. When considering J█████ across various domains of development (e.g., communication, social, speech/language, play, cognitive, adaptive, sensory, motor), he will likely benefit most from direct intervention rather than relying on only an enriched environment without support. Intervention should be provided in naturalistic environments whenever possible. A combination of child-directed and adult-directed approaches may be used. Intervention may consist of a combination of appropriate education/school, speech/language therapy, occupational/physical therapy, intensive behavior therapy, and home programs. J█████'s intervention program, of course, must be balanced within the context of his family situation and well as his ability to benefit from the intervention. While intensive intervention is recommended, emphasis should be placed on *quality and coordination of services* rather than simply quantity of services.

CONFIDENTIAL



*School:*

1. J███ has been assessed through the local school district and is currently qualified for special education services under the category of Developmental Delay. J███'s parents are encouraged to contact the school district about changing J███'s special education eligibility category to Autism based upon findings from this evaluation. This could open up the most intensive services.
   - In addition to Speech/Language and OT services at school, <u>Extended Day</u> school program focusing on social skills and learning instruction should be considered given J███'s needs as a student with Autism/ASD.
   - <u>Extended School Year</u> should also be considered to help maintain his skills.
   - J███ is currently qualified for Specially Designed Instruction (SDI) in Cognitive, Social, and Adaptive areas. Consider adding Communication and Motor given his delays in those areas as well.

2. High levels of environmental structure and support will be important for helping J███'s benefit from instruction. For preschool, J███ is likely to do best in a classroom that is: a) highly structured (without being overly rigid), b) has a predictable and routine environment, c) a low level of stimulation (noise, distractions), d) a high level of teacher support, e) most learning activities taught in 1 to 1, expanding to small group settings when he is ready, f) use of visual supports such as a schedule to promote independence, g) preparation for transitions, and h) direct instruction in social, expressive and receptive communication, play, adaptive/self-help, cognitive, and emotion regulation skills.

3. If J███ attends private preschool or daycare, it is recommended that school personnel welcome and utilize consultation with an ABA Autism Consultant with consideration of a "shadow teacher" dedicated to support J███'s ability to benefit from the preschool. A "shadow teacher" may be a trained behavior therapist, as discussed elsewhere in these recommendations. J███ may also benefit from a private preschool that is specialized for his individual needs.

*Therapies:*

4. Applied behavioral analysis (ABA) services are recommended and prescribed given the adverse impact of J███'s core impairments. ABA services are reasonably expected to result in a measureable improvement in J███'s skills and behaviors and reducing interfering behaviors. There is no equally effective alternative available for increasing pro-social behaviors and achieving desired developmental gains. Therapy is recommended to focus on functional communication, expressive/receptive communication, social communication, play, adaptive, cognitive, and fine motor skills in the context of developmental age expectations. Intervention should consist of *parent/caregiver training* and/or the utilization of behavior therapists/technicians to administer services at home and other naturalistic settings. J███'s parents are strongly encouraged to contact their insurance for a list of covered ABA providers.

5. Private speech/language services (SLP) may be obtained to supplement services J███ receives through the school district. It is important that the SLP has expertise in Autism Spectrum Disorders in young children with developing communication skills. Alternative/Augmentative Communication (AAC) strategies may be helpful.



**APPENDIX C**
**Page 25 of 98**



Parents/caregivers and professionals working with J█████ are encouraged to seek activities and/or strategies to use with him outside of SLP sessions. J█████ may be seen at the UW Autism Center for speech/language evaluation, consultation, and therapy upon request.

6. Private occupational therapy services may be obtained to supplement services J█████ receives through the school district. It is important that the OT has expertise in young children with ASD and can assess, monitor, and provide treatment in the various areas that may be impacted in ASD (e.g., sensory, adaptive, play, motor, self-regulation, transitions, etc.). Parents and professionals working with J█████ are encouraged to seek activities and/or strategies to use with him outside of OT sessions.

7. Expanding J█████'s range of foods that he will eat may be addressed through therapies such as ABA, OT, and/or SLP depending upon the clinician's area of expertise as well as J█████'s needs.

> □ Autism Speaks (www.autismspeaks.org) has several resources related to feeding issues and Autism Spectrum Disorder including "Exploring Feeding Behavior in Autism: A Parent's Guide" and a blog (e.g., http://www.autismspeaks.org/blog/2015/01/16/help-needed-child-autism-eats-only-when-spoonfed-moms-lap?utm_source=email&utm_medium=text-link&utm_campaign=sciencedigest ). Additional resources include:
> - *Treating Eating Problems of Children with Autism Spectrum Disorders and Developmental Disabilities: Interventions for Professionals and Parents* by Williams and Foxx.
> - *Strategies for A Successful Mealtime: A Program for Children with Autism Spectrum Disorder and Related Disabilities Who Have Eating Difficulties* by Maureen Flanagan
> - www.mealtimematters.org

8. Consider a private dyad (J█████ and one peer) or small structured social skills group to work on J█████'s social skills with peers. It is important that the group is well-matched for J█████'s functioning level.

**Other Recommended Evaluations:**

9. Audiological evaluation is recommended to rule out hearing issues as impacting J█████'s speech/language and developmental delays. If hearing problems are identified, it would not exclude the ASD diagnosis.

10. Consider obtaining evaluation with Developmental Pediatrics or other neurodevelopmental medical specialist to look at possible reasons for J█████'s neurodevelopmental issues and/or to consider possible co-occurring medical conditions. Referral to Developmental Pediatrician is available through the UW Autism Center upon request.

11. Talk with J█████'s PCP about issues related to J█████'s:
    - Sleep patterns given parent report that J█████ often has trouble getting to sleep and is reported to sleep less than other kids his age.

    ☐ Sleep behaviors may be addressed through therapies such as ABA and/or OT depending upon the clinician's area of expertise.
    ☐ Strategies to address sleep problems may be found in *Solving Sleep Problems in Children with Autism Spectrum Disorders: A Guide for Frazzled Families* by Katz and Malow as well as *Sleep Better! A Guide to Improving Sleep for Children with Special Needs (revised edition)* by Durand.  Autism Speaks also has a free tool kit on their website (www.autismspeaks.org) for parents regarding sleep strategies.
    ☐ UW Autism Center's short-term Sleep Consultation Clinic is available upon request.

12. The Center for Pediatric Dentistry (thecenterforpediatricdentistry.com ; 206-543-5800) through UW and Seattle Children's in Seattle has a dental clinic for children with ASD.  There is also a directory of dentists who provide dental care to patients with special needs may be available through http://www.wsda.org/special-needs-directory/ . There is also a "Dental Tool Kit" available for free download at Autism Speaks website. (www.autismspeaks.org/family-services/tool-kits/dental-tool-kit) to help parents and dental providers.

*Goals and Strategies:*

13. There is not a "one size fits all" when providing intervention for children with Autism Spectrum Disorder. Teachers, therapists, and other staff who are knowledgeable — or receive relevant training/consultation--about programming for young children with autism spectrum disorders and developmental differences will be important. Intervention will likely need to address the following core skills (not an exhaustive list):
    - functional communication
    - expressive and receptive communication skills
    - social communication skills including ability to initiate and sustain social attention, interest, and shared enjoyment with other people, turn-taking, etc.
    - expand the range of toys with which he plays purposefully and functionally
    - early pretend play
    - cooperative play
    - adapting to change (e.g., transitions, new or different ways of using toys)
    - adaptive/self-help skills
    - expanding range of food acceptance
    - sensory processing differences (e.g., seeking and/or sensitivity) that impact daily functioning

    ██████'s parents and care providers may wish to look at:
        ☐ An Early Start for Your Child with Autism: Using Everyday Activities to Help Kids Connect, Communicate, and Learn by Rogers, Dawson, and Vismara
        ☐ Teaching Social Communication to Children with Autism: A Manual for Parents by Ingersoll and Dvortcsak



Additional resources include:

> ☐ <u>Topics in Autism: Reaching Out, Joining In, Teaching Social Skills to Young Children with Autism</u> by Mary Jane Weiss and Sandra Harris (Woodbine House 2001)
> ☐ <u>Teaching Children with Autism: Strategies to Enhance Communication and Socialization</u>, by Kathy Quill (Delmar Publishing, 1-800-347-7707)
> ☐ <u>Do-Watch-Listen-Say</u> also by Kathy Quill (Brookes Publishing, 1-800-638-3775)

14. Visual strategies and supports are often helpful for teaching and supporting a variety of skills. The following resources may be consulted now or as J█ gets a bit older:

- Visual Supports Toolkit available for free download from Autism Speaks www.autismspeaks.org
- Videos for modeling social skills can be made by caregivers and/or therapists; they can also be purchased, e.g., www.modelmekids.com, www.nlconcepts.con, www.spectrumconnections.com.
- Video Self-Modeling approaches in which he is videotaped engaging in desired behaviors and then views these as a model or as a prime before relevant situations/events. Parents/providers can also edit segments together into a more sustained exhibit of the desired behaviors. This editing can be done on computer or using various smartphone Apps. For video modelling and video self-modeling ideas, see, for example, <u>Video Modeling for Young Children with Autism Spectrum Disorders: A Practical Guide for Parents and Professionals</u> by Murray
- Social stories (with pictures) may be a helpful strategy for teaching new skills or preparing J█ for different situations (e.g., getting a haircut, how to respond when someone says hello, etc.).
  - ☐ More information on social stories can be found at http://www.thegraycenter.org/social-stories/what-are-social-stories.
  - ☐ In addition, free personalized templates for social stories are available at: http://www.autismspeaks.org/family-services/office-forms-stories .
- <u>Visual Strategies for Improving Communication: Practical Supports for School and Home</u> by Linda Hodgdon (Quirk Roberts Publishing)
- Visual timer (e.g., www.timetimer.com )
- *The Transporters* DVD—research-based approach to teach emotion recognition to children ages 4-8 with Autism Spectrum Disorders
- If an iPad or other tablet/smartphone is used for visual supports and/or communication, consider consultation with a Speech/Language Pathologist or other professional with expertise in using the iPad/smartphone capabilities for visual supports. This consultation is available through the UW Autism Center's Speech/Language services upon request.

*Guidelines:*

15. It will be important to help J█ learn skills that are meaningful and relevant to his everyday adaptation.



16. Help J█████ generalize skills from one environment to another including different settings, different materials, and different people.

17. Provide structure and consistency while also attempting to introduce and maintain flexibility when possible.

18. Provide exposure—with appropriate support--to typically-developing peers.

19. Strategies that have been successful with J█████ can be shared among teachers, therapists, parents and other caregivers. Consider how to coordinate interventions for J█████ and facilitate interventionists working toward agreeable goals (i.e., not at cross-purposes). This role is often underappreciated. It is important that J█████'s teachers, therapists, parents and other caregivers to work together and understand what each other is actually doing when interacting with J█████ so they don't inadvertently work at cross-purposes.

*Resources and Support:*

20. J█████'s parents may be interested in attending UW Autism Center parent training workshops including learning more about ABA approaches (see http://depts.washington.edu/uwautism/training/for-families/).

21. Self-care for parents as individuals and as a couple. It is very important for primary caregivers to have *dedicated personal and couple's time on a regular basis* in order to rejuvenate and maintain the energy necessary for parenting, especially when their children have special needs While easier said than done, J█████'s parents are strongly urged to seek and develop supports that will allow them to meet a reasonable amount of their own needs as individuals and as a couple. Many parents find it helpful to obtain professional and/or parent group support as part of this process.  This should benefit their entire family.
    • Individual therapy for parents is offered through the UW Autism Center.
    • J█████'s mother and father may consider participating in a group with other families of children with ASD.  J█████'s parents may contact FEAT of Washington (Families for Effective Autism Treatment, www.featwa.org), Parent to Parent (http://www.arcofkingcounty.org/our-services/parent-to-parent-support-program ), and/or the Autism Outreach Project (http://www.nwesd.org/autism ) for information about parent groups.
    • J█████'s father may be interested in support available through the Washington State Father's Network (www.fathersnetwork.org)–this group extends beyond Autism to include any type of special health care need.

22. Sibling support resources are available through Organization for Autism Research's Sibling Support Initiative http://www.researchautism.org/family/familysupport/SiblingSupportInitiative.asp , the Sibling Support Project www.siblingsupport.org , and "A Sibling's Guide to Autism" from Autism Speaks www.autismspeaks.org/  .

23. If not already done, J█████'s parents may contact the Developmental Disabilities Administration (DDA, formerly Division of Developmental Disabilities DDD; http://www.dshs.wa.gov/ddd/ ), the Washington State agency for families of children



who have developmental disabilities, to determine whether they may be eligible for any services or support (e.g., respite).

24. For more information on special education and advocating for children with special needs, the following books and websites are recommended:
    • Advocacy for children with special needs: From Emotions to Advocacy by Pam Wright and Pete Wright, Founders of Wrightslaw Website.
    • Information on special education law: http://wrightslaw.com/
    • PAVE: Partnerships for Action. Voice for Empowerment: support, advocacy, training, and informational resources for families and individuals with disabilities: http://wapave.org/

25. The internet can be another useful source of information, although it is essential to thoroughly evaluate the credibility of information and claims provided. The following provide information and tips for evaluating websites:
    http://nccam.nih.gov/health/webresources
    http://nnlm.gov/outreach/consumer/evalsite.html
    http://www.nlm.nih.gov/medlineplus/webeval/webeval_start.html
    http://researchautism.org/resources/parents%20guide.pdf

26. Additional resources are included below. As with any organization, website, or book, there may be pieces that are relevant and some that are not. Some aspects may not be useful now, but may be worth re-visiting at a later point. Keep in mind, some information may become outdated as new findings emerge. Also, being included in this listing does not imply endorsement; likewise, you may find helpful resources that are not included in this report.
    • Resources from Autism Speaks including the "First 100 Days Kit" to guide families just after a diagnosis, "Parent's Guide", "Grandparent's Guide", "Toilet Training", and others available for free download from their website (www.autismspeaks.org)
    • Interacting with Autism is a video-based website providing information related to Autism/ASD www.interactingwithautism.com
    • "My Next Steps: A Parent's Guide to Understanding Autism" is a dvd that can be streamed for free from the UW Autism Center's website (http://depts.washington.edu/uwautism/resources/autism-resource-dvd.html)
    • Autism Internet Modules http://www.autisminternetmodules.org/ includes free instructional videos
    • Autism Society of Washington www.autismsocietyofwa.org
    • Autism Outreach Project (http://autism.esd189.org or 1-888-704-9633) that provides information and training on autism spectrum disorders to Washington State families and schools. They also have a lending library of resources, parent groups, and other resources.
    • Families for Effective Autism Treatment, FEAT, a parent support and resource group, to explore other resources in the community (206-449-FEAT or www.featwa.org).
    • Washington Autism Alliance & Advocacy http://www.washingtonautismadvocacy.org/updates/
    • Summer Camp Directory for children with special needs can be found on the Center for Children with Special Needs Web site at: www.cshcn.org. Please check the Web site for the most current camp information. The Web site



includes a searchable database where you can look for camps that meet your child's needs.
- Parent to Parent www.arcwa.org
- Association for Science in Autism Treatment (www.asatonline.org ) provides summaries of research support available about various treatments
- The Thinking Person's Guide to Autism by Rosa et al (editors)
- Helping Your Child with Autism Spectrum Disorder: A Step-by-Step Workbook for Families by Lockshin, Gillis, and Romanczyk
- The Northwest Autism Foundation has a lending library of books and videos on autism that can be accessed via http://www.autismnwaf.org/library-and-media/. The Autism Outreach Project in Anacortes, WA, also has a lending library that can be accessed at https://library.nwesd.org/autism/lending_library.

27. After reviewing this report, ⬛️'s parents are encouraged to share a copy with ⬛️'s Primary Care Provider (PCP) as well as any service providers and/or school staff who work with ⬛️.

28. At parent discretion, re-evaluation is recommended in approximately 2-3 years to assess ⬛️'s progress and to update diagnosis and intervention needs. Re-evaluation prior to educational transitions (e.g., kindergarten) is often helpful for planning.

Thank you for the opportunity to see ⬛️ and his family. Ways to prioritize interventions were discussed, and additional resources related to ASD were provided. Please call (206) 221-6806 if there are questions about this evaluation or for further consultation based upon these findings and recommendations.

*Electronically signed by Kelly A. Johnson, Ph.D.*

Kelly A. Johnson, Ph.D.
Licensed Clinical Psychologist
UW Autism Center
University of Washington's Center on Human Development & Disability (CHDD)



CONFIDENTIAL

Summary of Assessment Procedures and Standardized Test Results
Confidential: FOR *professional use* ONLY

**NOTE: Scores in children this young are *not* considered predictive of future potential.**

### MULLEN SCALES OF EARLY LEARNING:

■■■ earned the following scale scores using standardized scoring (most children score between 40 and 60 on the scales). **See report for interpretation of scores.**

| Scale | T-Score* | Percentile | 90% Confid. Interval | Descriptive Category | Age Equivalent** |
|---|---|---|---|---|---|
| VisualReception | 20 | 1 | 13-27 | Very Low | 10 months |
| Fine Motor | 20 | 1 | 12-28 | Very Low | 21 months |
| ReceptiveLanguage | 20 | 1 | 12-28 | Very Low | 10 months |
| ExpressiveLanguage | 20 | 1 | 13-27 | Very Low | 8 months |

*\*T-scores have a mean of 50 and a standard deviation of 10.*
*\*\*Age equivalents are not precise measures and are intended only as a rough guideline.*

| Early Learning Composite | 49*** | 1 | 42-56 | Very Low |
|---|---|---|---|---|

*\*\*\*Standard Scores have a mean of 100 and standard deviation of 15.*

 **CONFIDENTIAL**

Summary of Assessment Procedures and Standardized Test Results
Confidential: FOR *professional use* ONLY

## Adaptive Behavior Assessment Scale—Third Edition (ABAS-3):

Parents as Reporters:

Mean Standard Score=100, s.d.=15
Mean Scaled Score=10, s.d.=3

| ADAPTIVE DOMAIN | Standard Score | Percentile Rank | 95% Confidence Interval | Qualitative Description |
|---|---|---|---|---|
| *GENERAL ADAPTIVE COMPOSITE (GAC)* | 68 | 2 | 63-73 | *Extremely Low* |
| *Conceptual* | 70 | 2 | 62-78 | *Extremely Low* |
| *Social* | 66 | 1 | 57-75 | *Extremely Low* |
| *Practical* | 66 | 1 | 60-72 | *Extremely Low* |

| ADAPTIVE SKILL AREA | Scaled Score | Qualitative Description |
|---|---|---|
| *Conceptual* | | |
| Communication | 1 | **Extremely Low** |
| Functional Academics | 7 | **Below Average** |
| Self-Direction | 7 | **Below Average** |
| *Social* | | |
| Leisure | 5 | Low |
| Social | 3 | **Extremely Low** |
| *Practical* | | |
| Community Use | 4 | Low |
| Home Living | 4 | Low |
| Health & Safety | 6 | **Below Average** |
| Self-Care | 1 | **Extremely Low** |
| *Motor* | 7 | **Below Average** |

CONFIDENTIAL



**EXHIBIT**

**C**

# NORTHWEST ABA 

## Behavior Identification Assessment and Treatment Plan

☒ Initial          ☐ Update

| Start Date of Initial Assessment | Completion Date of Assessment and Service Plan |
|---|---|
| 9/12/2017 | 10/11/2017 |

Did the assessment start (e.g., make an appointment for in-home assessment) within 10 days from the date that services were requested (i.e., the date consent for treatment was signed)?
☒ Yes  ☐ No  If no, state the reason.

### CLIENT INFORMATION

| Client's Last Name: | First: | Middle | Birth Date: | Age: | Gender: |
|---|---|---|---|---|---|
| Reynolds | J | | 2013 | 3 | ☒ M   ☐ F |

| Mother's Name: | Primary Phone: | Email: | Marital Status: |
|---|---|---|---|
| J  F | | | ☐ Single ☒ Married |

| Father's Name: | Primary Phone: | Email: | ☐ Separated |
|---|---|---|---|
| J  R | | | ☐ Divorced |

Address:

Federal Way, WA

Insurance Subscriber:                    Insurance ID:

### PROVIDER INFORMATION

| Provider: | NPI: | Tax ID: |
|---|---|---|
| Northwest ABA | 1790114593 | 900791199 |

Service Address: 15445 53rd Ave S Suite 110 Tukwila 98188

| Supervisor / Lead Therapist: | Supervisor Email: |
|---|---|
| Adrienne Barker, M.Ed., BCBA | Adrienneb@northwestaba.com |
| Supervisor Phone: | Therapy Assistant: |
| 206-313-8840 | Joshua Fain |

### ASSESSMENT METHOD(S)

☒ Parent Interview          ☒ Direct Observation          ☒ Review of Medical Records

☐ Review of School Records          ☐ Other Provider Interview

☐ Assessment of Basic Language and Learning Skills (ABLLS)

☐ Verbal Behavior Milestones Assessment and Placement Program (VB-MAPP)

☐ Assessment of Functional Living Skills (AFLS)

☐ Early Start Denver Model Checklist

☐ Assessment of Social and Communication Skills for Children with Autism

☒ Other curriculum-based assessment (specify):

DATA Skills Model

# NORTHWEST ABA

- ☐ Autism Diagnostic Observation Schedule (ADOS)
- ☐ Vineland Adaptive Behavior Scales
- ☐ Differential Ability Scale (DAS)
- ☐ Adaptive Behavior Assessment System (ABAS)
- ☐ Social Responsiveness Scale (SRS)
- ☐ Other norm-referenced assessment (specify):

- ☐ Other (specify):

## MEDICAL HISTORY

| Referring Clinican: | Diagnosing Clinician: | |
|---|---|---|
| Dr. Fox | Dr. Kelly Johnson, Ph.D. | |
| Diagnosis: | Diagnostic Code: | Date of Diagnosis |
| Autism Spectrum Disorder | F84.0 | December 2, 2016 |

Reason for referral:

ABA therapy is recommended by Dr. Kelly Johnson to focus on functional communication, expressive/receptive communication, social communication, play, adaptive, cognitive, and fine motor skills in the context of developmental age expectations.  Intervention should consist of parent/caregiver training and/or the utilization of behavior therapists/technicians to administer services at home and other naturalistic settings.

| | | If yes, please list/explain: |
|---|---|---|
| Are there any current/past medical or health problems or concerns? | ☐Yes ☒No | |
| Is the patient currently on any medications? If medications are taken, describe dosage and purpose. | ☒Yes ☐No | Occasionally will take melatonin for sleep when needed |
| Is the patient on a special diet? | ☐Yes ☒No | |
| Does the patient have any known allergies? | ☐Yes ☒No | |
| Is the patient at risk of hurting themselves or others, including suicide and/or homicide? | ☐Yes ☒No | |
| Has the patient had any history of physical or sexual abuse? | ☐Yes ☒No | |
| Is the patient currently under court order for treatment? | ☐Yes ☒No | |
| Does the patient have a history of substance abuse? (including tobacco) | ☐Yes ☒No | |
| Does the patient have a problem with pathological gambling? | ☐Yes ☒No | |
| Is the patient under the supervision of | ☐Yes | |

2

# NORTHWEST ABA

| The Department of Corrections? | ☒No |
| Is there a court order exempting you from reporting requirements? | ☐Yes ☒No |

**Brief Mental Health History:**

J▮▮▮ was born 9 days after expected due date with no complications during pregnancy or birth. Parents reported that he was a generally healthy child with no known hearing or vision problems. They also reported initial regression in skills around 24 months of age, primarily with a lack of language and appropriate play skills with peers and toys. His vocalizations drastically decreased and his sounds were inconsistent, and he had only a few signs to communicate (done, more, please.) He also engages in repetitive actions of playing with car wheels and lining toys up, pouring water back and forth between containers, and walking along the same pathway in his house or backyard for almost an hour at a time if left alone. He was evaluated when he was 2 by the Federal Way Public School District and qualified for birth to three early intervention services. J▮▮▮ additionally did not begin communicating with words until the age of 2.

## BACKGROUND

|  |  | If yes, please list/explain: |
|---|---|---|
| Does anyone in the family have a history of behavioral health or medical issues? | ☒Yes ☐No | Heart disease in family, dementia, alziehimers is prevalent in several family members J▮▮▮ (J▮▮▮'s brother) was born with hip dysplasia, cleft palate and had early intervention services, as well as speech and OT |
| Are there any cultural or spiritual values in the family that may impact treatment? | ☐Yes ☒No | |
| Are there currently any family legal issues (divorce, child custody, orders of protection)? | ☐Yes ☒No | |

**Description of the Client:**

▮▮▮ is a sweet, loving and active young boy. He loves to play outside in his backyard for hours at a time in both his sandbox, water sensory table, and running and climbing around. He also has incredible gross motor skills and likes climbing the rock retaining wall in his family's home back yard. He also likes watching movies and tv shows (Moana, Trolls, Frozen) and loves to sing and dance. He loves music, but has preferences of versions of songs that he likes to listen to and can get upset when others sing along. J▮▮▮ has also taken interest in setting up his play sets together and playing with them and his figurines. He has had a previous interest in doing art projects (painting) and other activities. Currently, J▮▮▮ attends preschool in the morning at the same school as his older brother, and is dropped off by his dad. He is picked up around noon, and spends time with his Dad who is able to work from home full time. Occasionally they run errands, or he goes with his Dad to the gym and will play in the age appropriate play area with peers. Parents reported that they typically do not eat dinner together as everyone has different schedules, and mom works in a hospital and can get home at varying hours. He completes his bedtime routine with his dad, and he staying in the room with him until he falls asleep.

**Interests and Activities:**

3

# NORTHWEST ABA

- J█ enjoys almost any activity that he can do outside, including running, jumping and climbing. He has a lot of toys in his backyard (sand box, water sensory table, etc.) that he reportedly can play with for several hours at a time.
- He likes to listen to music and singing and dancing; he also likes watching Disney movies that have lots of music to them. (Trolls, Moana, Frozen)
- During observation, J█ was incredibly motivated to play with bubbles during parent interview, and parents report that he will be fascinated for hours at a time with them as well.
- J█ loves most activities that involve water (water table, swimming, playing in water) and is very motivated to play in it.
- He also loves playing pretend with his toys and animals most recently, especially Daniel Tiger.
- J█ has a close relationship with his dad, who is his primary caretaker. He enjoys cuddling his dad, and will frequently seek out his affectionate attention.

Strengths:

- J█ is incredibly physically coordinated and was able to climb out of his crib at a very young age. He also likes to climb the rock retaining wall in his backyard and parents are not concerned when he does so, as they know he is careful and does not fall easily.
- J█ is also very self sufficient, and when he is determined he will find any means to gain access to things he wants (food, toys, attention.)
- He is genuinely happy most of the time and has an easygoing attitude when he is comfortable in his environment.
- J█ has shown to have an increase of interests and demonstration of skills after starting preschool, and has developed a tolerance of parallel play with peers when in environments outside of school or home.

Chief Complaint:

- J█ has shown no interest in potty training. His parents tried for a week, and ended in much more frustration.
- When upset or seeking attention or access to tangibles, J█ has started hitting parents and others. While it is not incredibly forceful at this time, they are still worried about the frequency and inappropriateness of this behavior and that is will continue.
- J█ has a very limited food palate. They are not worried about his nutritional intake as of now, but worry that it can be a problem in the future. He has little willingness to try new foods and eating at places other than home can become a challenge.
- Parents also struggle with brushing his teeth appropriately and want to be sure that he has less aversion to this so his oral health does not decline and become a concern later.
- When J█ is upset, his tantrums can last for over an hour. His parents are concerned at the length of these, and how to help decrease the frequency of how often they happen.

Presenting Problems:

- J█ loves to play with a lot of different toys, but does not clean up when ending an activity. This can lead to others cleaning up after him most of the time, as well as escaping demands when given to clean. Additionally, J█ can stay at one task or playing with certain toys for both long durations of time, or very short (less than a minute.) The inconsistency can be difficult to keep J█ on a schedule, as well as attention seeking behaviors that may be displayed at inopportune times.
- J█ does not have a consistent means of functional communication. While observed, he began to whine in order to gain access to more bubbles to be put into the bubble machine he was playing with. Additionally, while wanting access to something to drink from the fridge, he cried

4

# N☾RTHWEST ABA

out and his dad helped him gain access without any additional independent manding. His parents have to interpret many of his wants and needs, which can lead to a reliance on their support instead of gaining independence.

- J▇ has increased his imitation of many vocalizations and actions, but does not initiate independently. He relies on his parents or other family members and caregivers to support and prompt him in order to gain access to his wants and needs.
- When he gets upset, J▇ does not have any consistent calming strategies. He can get upset and reported to tantrum for over an hour at times. Potential functions may be varying, but without any strategies it can create situations difficult for the family (going to new places, transitions from places may cause missed appointments, etc.)

Family/Social History:

J▇ lives at home with both of his parents and his older brother. His father is the primary caregiver, as he works from home and his mother works at a hospital full time. She is able to occasionally work from home, but she works consistently through the day and comes home at variable hours. J▇ has some extended family in the area, and his grandfather and aunt will also provide childcare support when needed. J▇'s older brother and him do interact at times, including playing with their neighbors close by outside of their homes.

Age, Cultural Relevance:

J▇ and his family are Caucasian and both parents work; his father is a stay at home graphic designer and mother works in a hospital. They attend church on the weekends and have additional support for J▇ that the church provides so they can be participating members in their community. Their family communicates in English and spends time together, but not consistently for meal time as they have varying schedules.

## EDUCATIONAL HISTORY

Has the patient previously received or is currently receiving any other therapies?     ☒Yes  ☐No

J▇ has received in home services from the birth to three program though the Federal Way public school system, and had built in OT and speech. His parents reported that they saw some progress, primarily with his transitions and imaginative play skills.

Past Education:

J▇ attended Brigadoon Elementary school for early intervention preschool starting December 2016 through June 2017. He attended school for roughly 3 hours a day for 4 days a week.

Current Education:

J▇ currently attends Twin Lakes Elementary in an early intervention preschool in the morning session for 3 hours a day for 4 days a week, and next month will attend extended day services and will continue to stay for 3 additional hours of services. He additionally receives OT and speech services while he attends preschool.

Functional Assessment, Behavior Plans

J▇ currently has an IEP that he has received through the Federal Way Public School system.

## DEVELOPMENTAL HISTORY

Adaptive/Self-Help/Daily Living Skills:

**Toileting:** J▇ is not independent going to the bathroom, and has shown little interest in doing so.

5

# NℭRTHWEST ABA ⚙

Parents have reported attempting before but not having any success.

**Hygiene:**

- Handwashing: J███ is not independent washing his hands, as he likes to play in the water but does not like getting wet. If he gets water on any of his clothes and will get upset if he does so.
- Hair/teeth brushing: J███ currently requires support to do both hair and teeth brushing, and parents report that he can display behaviors at times during these grooming tasks.
- Bathing: J███ enjoys playing in the water during bathing time, and will take several baths sometimes during the day for access to the water. He needs assistance to wash his hair and body, as well as to transition out of the tub at the end of bathing time.

**Dressing:** J███ does not independently dress himself, but will assist in putting his clothes on. He needs prompting to put them on the right way (facing forward, right side out). He needs additional assistance putting on coats and shoes.

**Eating:** J███ will occasionally use utensils while eating, but not frequently. He also eats many foods that do not require them, but has a limited palate and will eat in short spurts of time.

**Sleeping:** J███'s father assists him in his nighttime routine, including supporting hygiene and putting down. His father also reports that he stays in his room until he falls asleep. J███ can sleep through the night, but he also will come into his parent's room in the middle of the night to sleep with them. If he dad is sleeping on the couch downstairs as well, he will go down to look for him. Occasionally, J███'s parents will give him Melatonin to support him falling and staying asleep at night.

### Communication:

- Receptive Language: J███'s parents report that he does understand a lot of directions given to him, but needs prompting to follow through on many directions. He also echoes many things that are asked of him and does not necessarily understand what specifically may have been said.
- Expressive Language: J███ started using Geminii, a computerized speech program, in December of 2016. Parents report that he had only 1 word he would use previously (done) and has expanded his vocabulary to roughly 25 words. He will express some independently, but does need verbal prompting to expand on words. He did not start talking until he was 2 years old, and others can have a hard time understanding what he is attempting to say.
- Social/Pragmatic Language: J███ has some sounds and vocalizations, but can be difficult to pair specifically with what he is trying to convey to a novel listener. He will gesture towards things he wants, as well as will independently attempt to gain access to them himself without asking for help. Parents report that he may not be very motivated to help others understand what he may be saying as well.
- Due to J███'s severe impairment of both receptive and expressive language, he has a very difficult time expressing his wants and needs to others. He will engage in attention seeking behaviors when playing with his dad that will escalate and become increasingly unsafe (climbing on table, throwing items, hitting, etc.) as he does not have functional communication skills to advocate for himself. Additionally, he does not interact with others frequently and does not have typical interactions with his peers or other family members. All of these areas of communication and his impaired abilities have an effect on himself every day and his environment around him, and can become detrimental to his social and overall development.

### Social, Emotional, Play Skills:

- J███ will play by himself for hours at a time, but will also go outside and parallel play with the neighborhood children. His older brother frequently plays with them as well and is very supportive of J███ when he is motivated to do so.

6

# N♥RTHWEST ABA

- He is typically a very happy and loving young boy, however J███ can get upset when denied access to tangibles or preferred activities, and can last for long durations of time.
- He has occasional eye contact, and was willing to be in the same room when two novel adults were there. Additionally, he continued to play with his toys as he typically does by parent report.
- J███ will test his boundaries frequently, both by not responding or stopping when asked to do so with parents in the community, as well as will continue to do something after being asked to stop. He will additionally look back and see if parents are watching him while he continues to engage in the activity.
- Parents report that has recently started playing with some of his toys appropriately (play sets, figurines) after support from birth to three services. He has maintained these skills, but still has a limited repertoire of toys he prefers to engage in.
- J███'s social and emotional skills severely impact his daily life in many ways. He does not interact with other peers or adults outside of his family and does not seek out those interactions. When others attempt to engage with him, he will cry, whine, throw items, or engage in other maladaptive behaviors, as he does not have any functional communication skills to appropriately request space from the individual. Additionally, he cannot build relationships with other peers that can be positive role models for him. His play skill repertoire is severely impacted to his limited routines, and he will additionally engage in maladaptive behaviors when asked to perform skills outside of his preferred schedule. Without continuing to learn new skills, J███ will continue to be severely impacted and only be able to access very limited social and play opportunities with constant adult support.

### Cognitive/Academic Skills:

- J███ has just started displaying some counting skills and color recognition. He additionally has some recognition of letters and parents report he continues to show an interest in learning.
- J███ has strong echoic skills and will frequently repeat what is said before him or to his own approximation to it. He inconsistently will imitate motor actions
- He does not have consistent matching and sorting skills when probed initially. He was not very interested in complying with tasks for novel adults.
- J███ is enrolled in early intervention preschool, as well as extended day services at the same school, which will begin the beginning of October of 2017.

### Motor Development:

**Gross Motor development:** J███ loves to run, climb, jump, swim, and enjoys being very active when he can be.

**Fine Motor development:** J███ used a palm grasp while holding a pen during initial observation, and parents reported he needs additional support at times and receives OT services through school.

### Vocational Skills:

N/A

### Behaviors:

- J███ prefers to play by himself most times, and in specific ways that he only enjoys. He scripts words and phrases occasionally while he plays and does not like others to interrupt him. He does not have any functional communication skills, and will get upset (cry, raise the volume of vocalizations, stomp feet, hit, throw items, etc.)
  - Antecedent: Disruption to play routine (touching toys, moving items, interrupting his scripting)

7

# N⚙RTHWEST ABA 🐾

- - Consequence: Escape disruption, continue to play by himself
- - Frequency: Over 10 times per day
- - Severity: Mild to moderately severe, more severe when disrupted for longer durations of time (over a minute, does not escape disruption)
- Behaviors are escape and attention maintained, and happen multiple times a day. They can range in magnitude from mild to severe, and can lead into highly aggressive directed towards his dad primarily and will continue for almost an hour.
- J███ also displays tantrumming behavior with denied access to toys and environments, and they can last from minutes to over an hour. Additionally, J███ does not have any calming strategies that have been consistently successful or generalize across adults or environments.
  - - Antecedent: Wants access to tangible item or environment (toy, playground prefers to play on, snack in store)
  - - Consequence: Will gain access to item, or will tantrum for long duration of time of over an hour.
  - - Frequency: Several times a day, both in home and community environments
  - - Severity: mild to severe, tantrums can last over an hour in community and can disrupt the family schedule for other events following.
- J███ has very recently begun functional imaginative play with figurines and play structures. He has many of them in his home, and will line them up and perform a variety of actions, however will also repeat the same again and again. He does not have many other play skills with a wider variety of toys. This can be disruptive when he does not have access to preferred toys or activities, and can lead to additional attention seeking behaviors. It can also be disruptive to his daily living as it can delay his schedule for him and his family and cause them to miss events that are previously scheduled.
- J███ does not like being wet (spilling water, wet pants, washing hands, getting rained on) and will get upset if he does. He will begin to take his clothes off immediately when he does get wet when not preferred and can lead to additional tantrumming and higher magnitude of behaviors if not allowed to change into dry clothes. This can affect his daily living as his parents have to constantly have additional changes of clothes with them at all times, as well as have to reinforce the behavior when he takes his clothes off at inopportune times (during church, restaurants, parks, etc.)

## ASSESSMENT SUMMARY

J███ is a loving and energetic young boy who loves to smile. He is very attached to his father, who is his primary caretaker and they have a loving father son relationship. He also is very active, and loves to run, jump and climb in many places including his backyard; outside is highly preferred at any time and he enjoys playing in his sensory tables outside. J███ does have some repetitive play, and prefers to play alone in his own scripts and routines. He has some imitation skills, including some words after models and actions, but he does not generalize across adults. He can have a difficult time playing with novel adults unless motivated, and can get upset when things do not go his way. ████████ is also a picky eater, and does not stay at the meal table for long durations of time even with screen access. J███ does echo words with approximation occasionally, but does not frequently use independently. He also does not have any independent functional communication and does not request breaks or for help when he needs it. He also has not had any success or interest shown in potty training, and is a skill that will benefit him greatly and increase his independence.

8

# N&RTHWEST ABA ☝

| TREATMENT RECOMMENDATIONS | |
|---|---|
| Recommended Amount of Therapy Hours per week: | 10 |
| Recommended Amount of Supervision Hours per month: | 8 |
| Recommended Amount of Parent Training Hours per month: | 4 |

1. **Therapy Focus:**
   a. Communication: J▇ has very limited receptive and expressive language. These both limit his ability to express his wants and needs to those other than his parents who are his primary care givers, and additionally limits his social interactions with others. Focusing on functional communication can help increasing J▇'s success in obtaining his wants and needs appropriately and effectively.
   b. Appropriate play skills: Though J▇ does engage in some functional and independent imaginative play, he does not frequently engage in back-and-forth play. Increasing his ability to play with a larger variety of activities will increase his opportunities to interact with others and peers across multiple environments.
   c. Adaptive skills: J▇ does display some appropriate skills (occasionally eating with utensils, some dressing skills), increasing support with hand washing, following routines, cleaning up after self, and dressing can lead to increasing independence.
   d. Cognitive skills: Providing support during therapy directed towards age appropriate cognitive skills, can continue to encourage development at an individualized level.

2. **Service Modalities:**
   a. Naturalistic teaching will be used for play skills, functional communication training, social interaction and adaptive skills.
   b. Discrete trial training will be used for receptive and expressive communication and cognitive skills.

3. **Reinforcement Strategies:**
   a. Differential reinforcement will be used treatment.
   b. Extinction procedures will additionally be used during tantrumming and when other attention seeking behaviors are exhibited (throwing, screaming, hitting, etc.)

4. **Setting:**
   a. All interventions will take place in the family home, as well as in the community with support from primary caregivers if need be.

5. **Plan for Supervision and Training of Therapy Assistants:**
   a. A therapy assistant/behavior technician will be supervised once a week initially to train the therapy assistant on how to implement programming. Supervision may be transitioned to every other week once J▇ becomes compliant with structure of therapy and programs are well established. Supervisor will provide feedback and training to the therapy assistant during supervision, as well as update and modify programming as needed on progress and data evaluation.

6. **Service Coordination with Other Providers:**
   a. Supervisor will provide progress report to J▇'s school/additional providers every six months as requested by parents to update goals and progress.
   b. Additionally, supervisor will attend IEP meetings and collaborate with other professionals (teachers, OT, SLP) as requested by parents.

7. **Parent Training:**
   a. Parents will have the opportunity for weekly check ins with supervisor, as well as how

9

# N&RTHWEST ABA

to implement strategies across environments and behaviors, as well as to educate on behavioral principles.

8.  **Crisis/Behavior Intervention Plan:**

    a.  J█████ does not currently have a crisis or Behavior Intervention Plan, but if one is needed it will be created by the BCBA and the family and behavioral therapist will be trained to ensure ethical and valid implementation of proposed plan.

9.  **Transition/Generalization/Discharge Plan:**

    a.  Once J█████ has mastered expressive and receptive communication, social and emotional, adaptive, and behavioral goals at age appropriate levels (or services are terminated), the BCBA will develop a transition plan so the next education/therapy setting for J█████ will be informed of his behavioral supports, current goal progress, and other relevant information.

    b.  All programming will be targeted for generalization by completing generalization checks for current mastered skills with at least one other adult other than his typically assigned therapy assistant. In addition, generalization will be checked across settings when possible when skills are mastered.

    c.  BCBA will conduct maintenance checks on al mastered skills one month after the mastery date of each skill.

## GOALS and OBJECTIVES

**M:** Mastered **IP:** In Progress **NG:** New Goal **TR:** Temporarily Removed

\*Indicates that this goal has been introduced since previous treatment plan

### Adaptive

**Dressing:** When given the direction of "pull your pants/shorts down/up, before and after using the toilet, J█████ will independently do so to his ankles or up to his waist after the first time the direction was given. Mastery criteria will be independently completing step in the bathroom for 4 out of 5 consecutive opportunities.

- Baseline: 0 times independent
- Current Progress: (September 2017) **NG**

**Toileting (Parent initiated):** When given the verbal direction, J█████ will independently complete the steps to his bathroom routine and void in the toilet without displaying any maladaptive behaviors. Mastery criteria will be voiding at least one time during session for 4 out of 5 consecutive sessions without displaying any maladaptive behaviors.

- Baseline: 0 times voided in toilet independently
- Current Progress: (September 2017) **NG**

**Gross Motor Imitation (Body Parts):** When given verbal direction "copy me, do what I do, do same, etc." and visual model of touching a body part, J█████ will imitate the motor action of touching body parts. Mastery criteria will be when J█████ is able to independently imitate the gross motor action demonstrated of touching body parts within 3 seconds of being given the direction on the first opportunity for at least 10 different body parts for 3 consecutive sessions for each body part.

- Baseline: 0 body parts touched with imitation

10

# N&RTHWEST ABA ⚖

- Current Progress: (September 2017) **NG**

**Gross Motor Imitation (Actions):** When given a verbal direction "copy me, do what I do, do same, etc." and a visual model of a simple action (clap hands, wave, etc.) J▓▓▓ will imitate the action presented. Mastery criteria will be on the first probe imitating the action presented within 3 seconds for at least 8 simple gross motor actions for 3 consecutive sessions for each action.
Baseline: 0 actions imitated
- Baseline: 0 actions imitated
- Current Progress: (September 2017) **NG**

Receptive ID of Body Parts:  When asked to touch a body part, J▓▓▓ will touch the corresponding body part directed to do so.  Mastery criteria will be independently touching at least 10 different body parts within 3 seconds on the first opportunity of being asked for 3 consecutive sessions for each body part.
- Baseline: 0 body parts touched independently
- Current Progress: (September 2017) **NG**

## Communication

**Requesting Help:** When needing help, J▓▓▓ will vocalize the word "help" or a verbal approximation to request assistance to complete a task (open container, gain access to tangible, zip coat, etc.) Mastery criteria will be independently verbalizing "help" in appropriate situations at least 80% of opportunities for 4 out of 5 consecutive sessions.
- Baseline: 0 times using help independently
- Current Progress: (September 2017) **NG**

**Appropriate Protest:**  When asked to give up preferred item or activity, J▓▓▓ will vocalize "no" or appropriate approximation at an appropriate conversational volume level and not display any maladaptive behaviors.  Mastery criteria will be independently appropriately protesting at least 80% of opportunities for 4 out of 5 consecutive sessions.
- Baseline: 0 times appropriately protest
- Current Progress: (September 2017) **NG**

**Requesting More:** When wanting more of an activity, tangible, or sensory activity, J▓▓▓ will vocalize "more" or his own approximation to gain access. Mastery criteria will be independently requesting more at least 80% of opportunities for 4 out of 5 consecutive sessions.
- Baseline: 0 times independently requesting more
- Current Progress: (September 2017) **NG**

**Kaufman Cards:** To increase articulation practice, when shown a card and given a verbal direction of "Say ma-ma" or corresponding verbal probe with each picture, J▓▓▓ will correctly repeat the verbal word given. Mastery criteria will be completing set of Kaufman SLP cards Kit number 1 that contain 20 different groups of targeted words of varying speech levels, independently saying each word at the mastery level for 3 consecutive sessions for each word.
- Baseline: 0 cards independent
- Current Progress: (September 2017) **NG**

11

# N&RTHWEST ABA

## Social/Emotional

**Return Greetings:** When greeted by an adult, J▮▮ will return the greeting by vocalizing "hi" or "bye". Mastery criteria will be independently returning greetings to at least 2 different adults within 3 seconds of being greeted for at least 3 consecutive sessions per adult.
- Baseline: 0 greetings returned independently
- Current Progress: (September 2017) **NG**

**Turn Taking:** When asked to give up preferred item by an adult, J▮▮ will give up the item within 5 seconds of being asked without displaying any maladaptive behaviors. Mastery criteria will be independently giving up the item without displaying maladaptive behavior for at least one minute for 80% of opportunities for 4 out of 5 consecutive sessions.
- Baseline: 0 items given up independently
- Current Progress: (September 2017) **NG**

## Cognitive/Academic

**Matching Object to Picture:** When given an object (manipulative, figurine, etc.) J▮▮ will match it to the corresponding picture available within an array of three total pictures. Mastery criteria will be independently matching at least 10 different objects to their pictures within 3 seconds of the item being given for at least 3 consecutive sessions for each item.
- Baseline: 0 objects matched
- Current Progress: (September 2017) **NG**

**Matching Picture to Picture:** When presented with an array of three pictures and given a matching picture with the verbal direction of "Match" or similar, J▮▮ will match to the corresponding picture. Mastery criteria will be matching at least 15 different pictures within 3 seconds of presentation for 3 consecutive sessions for each picture.
- Baseline: 0 pictures matched
- Current Progress: (September 2017) **NG**

12

# NORTHWEST ABA

## Acknowledgement of Review and Acceptance of Behavior/Treatment Plan

By my signature below, I acknowledge that I have reviewed, am in agreement with, and received a copy of the following behavior/treatment plan for

_____:

      ☐      Intake Assessment and Initial Behavior/Treatment/Service Plan

      ☐      Progress Report and Updated Behavior/Treatment/Service Plan

_____     _____
Signature of Parent/Legal Representative     Date

_____     _____
Print Name of Parent/Legal Representative     Relationship to the Client

_____     _____
Signature of Lead Behavior Therapist/Supervisor     Date

_____
Print Name of Lead Behavior Therapist/Supervisor

_____     _____
Signature of Therapy Assistant     Date

_____
Print Name of Therapy Assistant

13



**BlueCross BlueShield
of Illinois**



EXHIBIT
D

October 25, 2017

**J█ R█████████**
Federal Way WA████████

| | |
|---|---|
| **Subscriber:** | J███ R█████ |
| **Group/Sub. No.:** | |
| **Claim No.:** | Pre-service benefit determination |
| **Appeal ID No.:** | 529834717 |
| **Appeal Type:** | Member |
| | |
| Phone: | (866)776-4244 |
| Fax: | (918)551-2011 |
| Email: | SDOAppeals@bcbsil.com |

### Subject: **Your appeal results**

Dear J███ R██████:

We received your first level appeal on October 10, 2017. You have requested the review for coverage of applied behavior analysis (ABA) therapy for future services.

The appeal has been reviewed by an Appeals Specialist who had no involvement in the prior denial.

| **Appeal Decision** | After careful review of the information we have, the appeal request has been **denied**. |
|---|---|

| Service(s) | Review of applied behavior analysis (ABA) therapy | | |
|---|---|---|---|
| Member | J███ R██████ | Provider | Jonathan Fox, M.D. |
| Service Date(s) | Pre-Service | Facility | ABEC. L.L.C. |
| Initial Decision | This service is not a benefit of the contract (provision is not covered). | Initial Decision Code | 299 |
| Initial Decision Date | August 31, 2017 | Claim Amount | $0.00 |

This decision is based on:

Based on review of the documentation submitted it has been determined the charges were denied correctly and in accordance with the policy provisions; there are no benefits available at this time. Applied Behavior Analysis (ABA) Therapy is not a covered benefit of this plan.

This determination is based on your Catholic Health Initiatives benefit book; "The Details – What's

Page 1 of 3

Blue Cross and Blue Shield of Illinois, a Division of Health Care Service Corporation, a Mutual Legal Reserve Company, an Independent Licensee of the Blue Cross and Blue Shield Association

ILAPPEALS
2017-1026-000424



**APPENDIX C
Page 47 of 98**



**BlueCross BlueShield**
**of Illinois**

October 25. 2017

| | |
|---|---|
| **Subscriber:** | J____ R____ |
| **Group/Sub. No.:** | |
| **Claim No.:** | Pre-service benefit determination |
| **Appeal ID No.:** | 529834717 |
| **Appeal Type:** | Member |

J____ R____
Federal Way WA____

| | |
|---|---|
| Phone: | (866)776-4244 |
| Fax: | (918)551-2011 |
| Email: | SDOAppeals@bcbsil.com |

Covered and Not Covered" section on page 31 which states in part:

"Applied Behavior Analysis (ABA) Therapy

Not covered
Benefits will not be provided for ABA therapy"

Please understand that this decision is not an issue of medical necessity. but is due solely to the above plan requirements.

If you don't agree with this decision, you have the right to a second internal appeal. You may send us more evidence or give a statement to support your claim. Mail your second appeal and any related information you'd like to add within 180 days of the date of this letter (with time allowed for mail delivery) to:

Claim Review Section
Health Care Service Corporation
P.O. Box 2401
Chicago. IL 60690

If your request is not received within the time frame, your right to a review ends.

You may request a copy. free of charge, of the benefit term(s) or rule(s) we used to make our decision. If needed, you may also get a copy of all documents relevant to the appeal free of charge. This includes any new or added evidence that we didn't have at the time of our first decision. If you'd like a description of the medical code(s). you may ask for that as well.

If you have questions or to request copies. please contact Customer Service at the number above.

Sincerely,

Brittany H

Page 2 of 3

Blue Cross and Blue Shield of Illinois. a Division of Health Care Service Corporation. a Mutual Legal Reserve Company. an Independent Licensee of the Blue Cross and Blue Shield Association **APPENDIX C**
**Page 48 of 98**



*Development and Psychopathology* 25 (2013), 1455–1472
© Cambridge University Press 2013
doi:10.1017/S0954579413000710

# A quarter century of progress on the early detection and treatment of autism spectrum disorder

GERALDINE DAWSON[a] AND RAPHAEL BERNIER[b]
[a]*Duke University; and* [b]*University of Washington, Seattle*

## Abstract

The last 25 years have witnessed tremendous changes in our ability to detect autism very early in life and provide interventions that can significantly influence children's outcomes. It was once questioned whether autism could be recognized before children had developed language and symbolic play skills; now changes in early behaviors, as well as structural brain changes, have been documented in infants 6–12 months of age who later develop autism. Advances in brain imaging and genetics offer the possibility of detecting autism before the syndrome is fully manifest, thereby reducing or preventing symptoms from developing. Whereas the primary mode of behavioral intervention a few decades ago relied on operant conditioning, recent approaches integrate the methods of applied behavioral analysis within a developmental, relationship-focused intervention model that are implemented by both parents and clinicians. These interventions have been found to have positive effects on children's developmental trajectory, as measured by both behavioral and neurophysiological assessments. Future approaches will likely combine both behavioral and pharmacological treatments for children who have less robust responses to behavioral interventions. There has been a paradigm shift in the way that autism is viewed, evolving from a lifelong condition with a very poor prognosis to one in which significant gains and neuroplasticity is expected, especially when the condition is detected early and appropriate interventions are provided. The grand challenge for the future is to bridge the tremendous gap between research and the implementation of evidence-based practices in the broader community, both in the United States and worldwide. Significant disparities in access to appropriate health care for children with autism exist that urgently require advocacy and more resources.

This 25th Anniversary Special Issue of *Development and Psychopathology* provides an opportunity to look back at the last quarter century of progress in autism research in the areas of early detection and intervention with the goal of informing future directions and priorities. The last two and a half decades have involved significant changes in prevalence, early detection, and intervention methods for autism spectrum disorder (ASD). In 1989, the prevalence of autism was estimated to be 4 per 10,000 individuals, and 66% of the autism population scored below 70 on standardized IQ tests (Ritvo et al., 1989). In comparison, ASD is currently estimated to occur in about 1% of children in the United States (1 in 88), with 1 in 54 boys affected. The distribution of intellectual disability among individuals with ASD has also changed significantly, with only 38% of individuals with ASD

now classified in the range of intellectual disability (IQ ≤ 70; Centers for Disease Control and Prevention [CDC], 2012). The reported increase in prevalence of ASD has been demonstrated across multiple studies (Cavagnaro, 2009; CDC, 2009, 2012; Hertz-Picciotto & Delwiche, 2009; King & Bearman, 2009; Newschaffer, Falb, & Gurney, 2005). Although it is clear that some of the increase in prevalence of ASD is related to improved identification and broadening definitions, a true increase in prevalence cannot be ruled out (Rice et al., 2012). Current research is focusing on a variety of prenatal and early postnatal environmental risk factors that could help explain some of the increase in prevalence. Multiple risk factors, including genetic and environmental factors and their interaction, contribute to risk for autism (Newschaffer et al., 2007).

Regardless of the reasons for the increases in prevalence, it is clear that ASD now represents a major public health challenge. It is estimated that the annual cost of caring for individuals with ASD in the United States is $137 billion, with the lifetime cost per individual estimated to be $2.4 million for those with co-occurring intellectual disability and $1.4 million for those without intellectual disability (Buescher, Cidav, Knapp, & Mandell, 2013). These estimates are based on services and supports received, as well as opportunity costs and productivity losses. Given that early detection and early behavioral intervention has been shown to ameliorate the intellectual impairment associated with autism, thus leading to

The authors acknowledge Autism Speaks for its efforts in autism advocacy, science, services, and awareness and the many families and individuals with autism spectrum disorders, whose partnership in research has made the progress of the past 25 years possible. Elizabeth Sturdivant provided helpful editorial assistance on this manuscript. This paper is dedicated to Dr. Marian Sigman, mentor, colleague, and friend, whose pioneering efforts in the area of developmental psychopathology transformed our understanding and treatment of autism spectrum disorders.

Address correspondence and reprint requests to: Geraldine Dawson, Department of Psychiatry and Behavioral Sciences, Duke University School of Medicine, Durham, NC 27701; E-mail: geraldine.dawson@duke.edu.

APPENDIX C
Page 49 of 98

better long-term outcomes, improvements in the ability to recognize autism early in life and access to effective interventions can help reduce the costs of autism and increase quality of life (Peters-Scheffer, Didden, Korzilius, & Matson, 2012). This paper provides a perspective on the considerable progress that has been made over the past quarter of a century in the ability to identify children at risk for autism and the development of evidence-based early interventions that can lead to improved outcomes. There has been a paradigm shift in the way that autism is viewed, evolving from a lifelong condition with very poor prognosis to one in which significant gains and neuroplasticity is expected, especially when the condition is detected early and appropriate interventions are provided. The field of developmental psychopathology has been a significant contributing factor in this shift in perspective on autism and long-term outcome, particularly in demonstrating the dynamic and developmental nature of autism and the important role of the environmental in shaping developmental outcomes.

## The Changing Landscape of Early Detection of Autism

### Identification of autism in the 1980s

The landscape of early detection of autism has changed considerably over the past quarter century. Formative work conducted in the 1980s helped to define the core distinguishing early characteristics of autism. This foundational understanding set the stage for the systematic examination of autism in infancy, originally through home videotape studies and more recently through studies of high-risk infants, which has led to tools for early screening. Looking ahead, the science of early detection of autism will increasingly rely on the use of genetics, neuroimaging, and other biomarkers.

There is a clear and significant increase in the ability to diagnose autism at younger ages, with the current national average age of diagnosis for children with autistic disorder estimated to be 3.1 years of age (Mandell, Novak, & Zubritsky, 2005). This shift can be largely traced back to the seminal work conducted in the 1980s examining the early distinguishing characteristics of autism from a developmental psychopathology perspective. Only with the identification of these key features could we consider how autism may look in early development and therefore develop methods to accurately identify young children with autism. The foundational work in identifying these early characteristics highlighted behaviors that were not necessarily part of the diagnostic nomenclature but that over the course of early development would result in the social communicative impairments that serve as the hallmark diagnostic criteria.

Pioneering work in the 1980s clarified the nature of the impairments in affective reciprocity shown by young children with autism. Although children with autism show similar frequency and duration of facial expressions of positive affect overall, they show less positive affect in conjunction with attention to others, such as mothers and teachers, or when engaged in interactions (Dawson, Hill, Spencer, Galpert, & Watson, 1990; Kasari, Sigman, Mundy, & Yirmiya, 1990; Yirmiya, Kasari, Sigman, & Mundy, 1989). It is this pattern of intact positive affect in general but reduced facial expressions in conjunction with engagement with others that contributes to the impairments in affective reciprocity. Dawson and colleagues (1990) coded videotaped observations of naturalistic, face-to-face interactions between children with autism and their caregivers. Raters unaware of diagnosis status found that the frequency and duration of smiles and positive affect did not differ between children with autism and typically developing peers but that the children with autism were much less likely to combine smiles with eye contact in acts to convey affective reciprocity (Dawson et al., 1990). Further, although the groups did not differ in the frequency with which they smiled at social (mother's verbalization) and nonsocial (playing with a chair) actions, the children with autism were much less likely to smile in response to mother's smile than were the typically developing children. In addition, results indicated that the mothers of the children with autism smiled less frequently overall and in response to their children's smiles than did the mothers of the typical children, highlighting a critical, developmental interaction: the behavior of children with autism can influence the behavior of those with whom they interact. Through careful and systematic coding of behaviors and facial expressions using the Maximally Discriminative Movement Coding System, Sigman and colleagues found that children with autism were more neutral in their facial expressions and showed more ambiguous facial expressions relative to typically developing children and children with mental retardation, thereby disrupting the sense of emotional reciprocity (Yirmiya et al., 1989). Further, coding of facial expressions elicited during a semistructured interaction between a child and experimenter in which joint attention and requests are elicited, the Early Social-Communication Scales (Mundy, Sigman, Ungerer, & Sherman, 1986) highlighted that when jointly attending to toys or making requests of others, children with autism show significantly less positive affect than typical peers or peers with intellectual disability (Kasari et al., 1990). This early work identified that although the display of affect overall differs little from comparison children, the affect displayed during interactions with others is significantly impaired in autism, highlighting the disruption to affective reciprocity in young children with autism.

The observation that children with autism show marked reductions in orienting to social information was another critical finding that helped improve early detection and establish tools for screening young children with autism. Dawson and colleagues documented a failure to orient to social stimuli and introduced the term "social orienting impairment" as a core early feature of autism. A social orienting impairment was documented in preschool age children with autism (Dawson, Meltzoff, Osterling, Rinaldi, & Brown, 1998) and subsequently noted in videotapes of 10-month-old infants who go on to develop autism as well (Werner, Dawson, Osterling,

& Dinno, 2000). In the "social orienting task," a child seated across from an experimenter while playing quietly is presented with a series of auditory stimuli that are either social (e.g., the child's name being called, clapping hands) or nonsocial (e.g., car horn honking, kitchen timer). Using this paradigm, Dawson and colleagues (1998) found that children with autism more frequently failed to orient to all stimuli on the social orienting task, with greater impairment for the social stimuli compared to typical peers and children with Down syndrome. Further, those children with autism who oriented to the social stimuli were delayed in doing so relative to the comparison children. Subsequent work examining social orienting in young children with autism has found that impairments on the social orienting task, in conjunction with impairments in joint attention, best discriminate children with autism from their same age typically developing and developmentally delayed peers (Dawson, Toth, et al., 2004). These and other findings led to the introduction of the "social motivation hypothesis" (Dawson, Webb, & McPartland, 2005), which posited that autism is associated with reduced social reward sensitivity that manifests in a failure to affectively tag socially relevant stimuli. This failure to attend to social stimuli was further hypothesized to disrupt the neural and behavioral development of a wide range of social and communicative skills, further compounding the impairments associated with autism (Dawson, 2008; Grelotti, Gauthier, & Schultz, 2002).

Impairments in imitation were also viewed as a fundamental impairment that broadly affected social learning in young children with autism. These imitation impairments were elucidated through a series of studies that explored their prevalence and nature (Dawson & Adams, 1984; Rogers, Bennetto, McEvoy, & Pennington, 1996; Rogers, Hepburn, Stackhouse, & Wehner, 2003). A deficit in joint attention, the ability to jointly share a common point of reference or coordinate attention with a social partner, is another distinguishing characteristic of children with autism that was influential in shaping our understanding of autism and early detection efforts. Mundy, Sigman and colleagues first demonstrated the critical contribution of joint attention deficits to autism by comparing children with autism to typically developing children and children with intellectual disability and observing a much lower frequency of sharing, showing, and pointing despite similar general levels of responsiveness to their caregivers among groups (Mundy et al., 1986). Further, they found these deficits in nonverbal communicative behaviors, such as pointing, better discriminated children with autism from the comparison groups than did other behaviors, such as object play. Finally, this early work highlighted the contributions of joint attention behaviors to subsequent language development in young children with autism (Mundy, Sigman, Ungerer, & Sherman, 1987). Research has shown that autism is marked by impairments in initiating joint attention (i.e., spontaneously sharing and directing others' attention), as opposed to requesting (Mundy et al., 1986) or responding to joint attention bids (i.e., following others' gaze and gestures

to share a common point of reference; Mundy, Sigman, & Kasari, 1994). Further exploration of these deficits has revealed that these impairments are consistent over time (Mundy, Sigman, & Kasari, 1990), correlate with subsequent language use (Mundy et al., 1990), and are related to the intensity of subsequent social symptoms and outcomes (Mundy et al., 1994; Sigman et al., 1999).

Subsequent experimental work examining young children's responses to others' affective cues revealed differences associated with autism. In a series of three experiments, Sigman and colleagues observed the behavior of children with autism in response to experimenter and parent displays of different emotions and compared this to the behavior of children with mental retardation and typical development (Sigman, Kasari, Kwon, & Yirmiya, 1992). In the first experiment, examiners and parents pretended to hurt themselves with a plastic hammer during play and then proceeded to display facial and vocal expressions of distress. Overall the 3- to 4-year-old children with autism often failed to notice or ignored the affective displays of the adults, whereas the comparison children were very attentive to the emotional displays, regardless of the type of affective display. Further, when the adults showed a hurt expression, the children with autism were much more likely to stay engaged with playing with a toy than to attend to the adult in distress. Taken together with findings on social orienting and joint attention, these findings led to a general picture of autism involving a global impairment in social attention (Dawson, Bernier, & Ring, 2012; Dawson, Toth, et al., 2004).

Finally, within the last few decades, the notion of a deficit in *theory of mind* was proposed and has played a key role in the advancement of our understanding of the characteristics of autism in children. By using Wimmer and Perner's Sally and Anne puppet scenario (Wimmer & Perner, 1983), Baron-Cohen and colleagues demonstrated that, despite cognitive ability greater than that of comparison children, children with ASD failed to make inferences about another's beliefs (Baron-Cohen, Leslie, & Frith, 1985). Charman and Baron-Cohen further clarified that this deficit was specific to the imputation of other's mental states and beliefs and not only a metarepresentation impairment by demonstrating intact performance on false drawing but not false belief tasks (Charman & Baron-Cohen, 1992). These studies identified and clarified the disruption in theory of mind present in children with ASD and underscored that autism is a disorder of social cognition.

Concurrent to the illumination of the distinguishing characteristics of children with ASD, examination of the early manifestations of ASD in infancy was taking place. By collecting home videotapes recorded by parents of children who went on to receive an ASD diagnosis, these studies established a relatively consistent picture of few symptoms apparent at 6 months of age followed by a loss of social behaviors and the emergence of symptoms between 6 and 12 months. By coding behaviors observed on the videotape clips of children who later were diagnosed with ASD and children

with typical development while unaware of the child's diagnostic status, Osterling and Dawson (1994) found that children with ASD, even at 1 year of age, showed a failure to orient to their name and demonstrated reduced eye contact, pointing, and showing. Further, by examining these behaviors in first birthday party videotapes, Dawson and colleagues were able to reliably distinguish children who subsequently received an ASD diagnosis from those who later were diagnosed with intellectual disability without autism (Osterling, Dawson, & Munson, 2002). Examination of videotapes of infants between the ages of 8 and 10 months of age showed that a failure to orient to name and reduced social smiling accurately discriminated children with ASD from those with typical development (Werner et al., 2000). The findings from these early studies highlighted the key early identifying features of autism and underscored the idea that autism can be reliably observed as early as the first year of life. The findings that emerged from home videotapes, summarized by Ozonoff and colleagues (Palomo, Belinchon, & Ozonoff, 2006) were consistent with the first case study of an infant who was followed prospectively from birth through diagnosis, which was published in 2000 (Dawson, Small, Logan, & Geringer, 2000). The development of this infant was documented in medical records made by a pediatric neurologist who noted that the infant was socially engaged at 6 months but then began to withdraw and show distress reactions between 6 and 12 months. By 13 months of age, this toddler showed many symptoms of autism and eventually received an autism diagnosis.

The identification of the early emerging distinguishing characteristics of autism, such as deficits in joint attention and affective reciprocity, paved the way for the development of toddler screening tools. The Checklist for Autism in Toddlers (CHAT) emerged as an early screening tool for autism, which combined parent reports with clinical observation to examine the presence or absence of these distinguishing autism characteristics. Through nine short parent-report yes and no questions and five short yes and no validation items used by the clinician to cross-check the parent report, the CHAT allows a clinician in the community to screen for ASD in 18-month-old children in the typical population. In a study of 91 18-month-old toddlers, 40 of which were younger siblings of children with ASD, Baron-Cohen and colleagues found that 4 of the 91 failed the CHAT, and of the 4 toddlers that failed, all went on to receive a diagnosis of ASD (Baron-Cohen, Allen, & Gillberg, 1992). Results from a population-based study of the CHAT suggested that screening of autism in the population is not only important but also possible through quick assessment of the core behaviors first reported by seminal work in the 1980s highlighting the social deficits in ASD (Baron-Cohen et al., 2000).

### Current approaches to the identification of autism

Building on work conducted in the 1980s and 1990s, screening parameters were developed and implemented and a new wave of screening tools was introduced in the community. The American Academy of Neurology issued practice parameters highlighting a two-tiered screening approach in which level 1 consists of routine developmental surveillance at all well-child visits to identify children at risk for atypical development, followed by identifying those specifically at risk for autism, and Level 2 consists of formal diagnostic procedures by expert evaluators (Filipek et al., 2000). In addition to the recommendation that surveillance occur during all well-child visits, the practice parameters stipulated that further evaluation was required whenever a child failed to meet certain milestones (babbling by 12 months, gesturing by 12 months, using single words by 16 months, using spontaneous two-word phrases by 24 months) if there was a loss of language or social skills at any age. The practice parameters highlighted the importance of screening instruments, such as the CHAT, for any child failing routine developmental surveillance. More recently, the American Academy of Pediatrics highlighted that although surveillance, the process of identifying children at risk for developmental delay (Council on Children With Disabilities, Section on Developmental Behavioral Pediatrics, Bright Futures Steering Committee, & Medical Home Initiatives for Children With Special Needs Project Advisory Committee, 2006), should be undertaken in an ongoing manner at every visit, specific screening should take place using an autism screening tool at 18 and 24 months of age regardless of whether any risks have been identified through ongoing surveillance (Johnson, Myers, & American Academy of Pediatrics Council on Children With Disabilities, 2007).

There are several screening measures for infants at Level 1 screening that are currently available to meet the American Academy of Pediatrics' recommendations: modified CHAT (M-CHAT), the Pervasive Developmental Disorders Screening Test and the First Year Inventory and Infant Toddler Checklist. The M-CHAT (Robins, Fein, Barton, & Green, 2001) and Pervasive Developmental Disorders Screening Test (Siegel, 2004) offer Level 1 screening for toddlers, which are parent-report screeners that provide clinicians with key information through quickly completed questionnaires. The First Year Inventory (Baranek, Watson, Crais, & Reznick, 2003) increases the lower age boundary for screening through parent report of behaviors in children as young as 12 months old. Level 2 screening measures include the Screening Tool for Autism in Toddlers (Stone, Coonrod, & Ousley, 2000) and the Communication and Symbolic Behavior Scales Developmental Profile (Wetherby & Prizant, 2002). Both are interactive tools that, in a 20-min play-based interaction, provide the clinician with information regarding the presence of autism along with key targets for intervention. In addition to the short play-based interaction, the Communication and Symbolic Behavior Scales Developmental Profile includes a general developmental screener, the Infant Toddler Checklist, and a follow-up caregiver questionnaire.

At the same time that screening tools have increased in sophistication, so, too, has our understanding of early defining

characteristics of autism in young children. Studies of high-risk infants, the younger siblings of children with ASD, have painted a fuller yet more complicated picture of autism in early childhood. The sibling recurrence rate of autism is about 20%, much higher than the general population risk of about 1% (Ozonoff et al., 2011). This makes this population of high-risk siblings fertile ground for examining the early emerging traits of autism. By following younger children from very early on, 20% of whom will go on to develop ASD, greater insight into the developmental course and trajectory of autism can be gained. Even the 80% of siblings who do not go on to develop ASD provide valuable contributions to our understanding of the disorder because many share some of the characteristic features of ASD but to a lesser degree, termed the broader autism phenotype. In this way, prospective studies of at-risk infants provide a mechanism for increasing our understanding of etiology and course as well as enhance methods for early detection and indicate avenues for intervention.

Prospective studies of high-risk infants are consistent with the case study that was reported in 2000 showing that, during the earliest months of life, young infant siblings exhibit only subtle differences from low-risk infants, often displaying clear social engagement (Ozonoff et al., 2010; Rogers, 2009; Tager-Flusberg, 2010). However, these prospective studies demonstrate that by 12 months of age the young children that ultimately develop ASD show notable differences from those that do not. These children begin to show motor delays (Landa & Garrett-Mayer, 2006), demonstrate unusual repetitive behaviors (Iverson & Wozniak, 2007), display atypical visual attention (Ozonoff et al., 2008) and disengaging and shifting attention (Zwaigenbaum et al., 2005), as well as display characteristic deficits in social communication, such as reduced social orienting, joint attention skills, eye contact, imitation abilities, and use of gestures (Mitchell et al., 2006; Nadig et al., 2007; Ozonoff et al., 2010; Presmanes, Walden, Stone, & Yoder, 2007). However, despite these clear differences observed at 1 year of age, there is no one single atypical behavior that differentiates those children who go on to develop ASD, reflecting the complexity of the disorder and highlighting that it is the constellation of these behaviors that indicates increased risk, not any one single behavioral deficit (Tager-Flusberg, 2010).

Even those young siblings who do not go on to develop ASD show differences from low-risk comparison infants, which suggests that these observed behavioral differences could be phenotypic risk markers for autism, or endophenotypes. Enhanced performance on working memory tasks focused on nonsocial stimuli (Noland, Reznick, Stone, Walden, & Sheridan, 2010), increased latencies to disengage from a central stimulus (Elsabbagh et al., 2009), decreased preference for infant-directed speech (Nadig et al., 2007), reduced affective facial expressions (Yirmiya et al., 2006), and reduced smiling (Cassel et al., 2007) have all been observed in high-risk younger siblings relative to low-risk younger siblings. Recent work suggests that 19% of high-risk siblings

who do not go on to develop ASD by 3 years of age show the presence of broader autism phenotype traits by 1 year of age (Georgiades et al., 2013).

The development of the Autism Observation Scale for Infants (AOSI) stemmed from the work on infant siblings. The AOSI was initially designed to identify and monitor early emerging autism signs as observed in high-risk infant siblings of children with ASD (Bryson, Zwaigenbaum, McDermott, Rombough, & Brian, 2008). The goal of its development was to provide developmentally appropriate activities for infants so that through 20 min of direct play interaction and coding behaviors in several domains, putative signs of autism can be detected. The interactive approach requires an examiner skilled with both infants and autism to administer a series of presses during the interactive play through which behaviors in the social, affective, communication, visual, and motor domains can be coded. The contribution of this measure to our understanding is underscored by findings resulting from its use. Longitudinal studies utilizing the AOSI has revealed increased repetitive motor mannerisms in at-risk siblings at 12 and 18 months (Loh et al., 2007), differences in sensory responsivity evidenced at 12 months (Zwaigenbaum et al., 2005), atypical levels of behavioral activity and motor control (Brian et al., 2008), and increased presence of the broader autism phenotype in high-risk siblings who do not develop ASD (Georgiades et al., 2013).

The work of the last few decades ultimately paved the way for the development of screening instruments and tools to identify and diagnose autism earlier and earlier. The study of at-risk, younger siblings of children with autism has yielded critical information leading to breakthroughs in our understanding of early symptom emergence and course and development of ASD and has provided insight into etiological mechanisms. Recent advances in technology and genetics suggest that we are on the crest of a wave of advances in our ability to detect autism through the use of biomarkers and new screening tools.

### Looking ahead

The future of the early identification of autism will see increased application of neuroimaging and genetics. The identification of biomarkers for autism is a high priority for the scientific community; the National Institutes of Health Interagency Autism Coordinating Committee Strategic Plan calls for the identification of biological markers that separately, or in combination with behavioral markers, "accurately identify, before age 2, one or more subtypes of children at risk for developing ASD" (Interagency Autism Coordinating Committee, 2011). Developmental perspectives increasingly incorporate multiple levels of analysis (Cicchetti & Dawson, 2002) as a means of exploring the early indices of autism.

Electrophysiological studies of toddlers and preschoolers with ASD have demonstrated the utility of the study of event-related potentials (ERPs) and electroencephalography (EEG) in elucidating differential brain activity in infants

*G. Dawson and R. Bernier*

with autism. Because electrophysiological paradigms do not rely on language or behavioral responses beyond passive viewing they are excellent for studying neurophysiological processes in infants. EEG, with its temporal sensitivity, provides insight into aspects of brain activity that functional magnetic resonance imaging studies are unable to illuminate. ERPs, which can be derived from EEG recordings, reflect the averaged brain response to the repeated presentation of a single stimulus event. Atypical ERPs have been observed in young children with autism in response to the observation of faces and facial expressions (Dawson et al., 2002; Dawson, Webb, et al., 2004; Webb, Dawson, Bernier, & Panagiotides, 2006) as well as to speech sounds (Kuhl, Coffey-Corina, Padden, & Dawson, 2005). These findings have been replicated in high-risk infants. In an ERP paradigm in which infants viewed pictures of faces and toys, 10-month-old high-risk infants showed slower responses to faces and faster responses to objects and failed to show the hemispheric specialization that the low-risk infants did (McCleery, Akshoomoff, Dobkins, & Carver, 2009). High-risk infants between 6 and 10 months of age who go on to develop ASD also show decreased amplitude of the ERP signal to eye-gaze stimuli relative to high-risk siblings who do not develop ASD and control infants (Elsabbagh et al., 2012). Nine-month-old high-risk infants have also shown reduced habituation to repeated pure tone stimuli and attenuated amplitude responses to deviant auditory stimuli using an ERP paradigm (Guiraud et al., 2011). These downward extensions of the electrophysiological work conducted with children with ASD suggest that atypical neurological functioning in response to specific social stimuli such as faces and speech sounds, measured using EEG and ERP paradigms, may prove to be useful biomarkers for the early detection of autism.

Although electrophysiological measures provide fine temporal resolution and insight into the brain's activity, magnetic resonance imaging and diffusion tensor imaging, provide insight into the brain's structure, circuitry, and connectivity. By following toddlers from 12 months to 4 years, Courchesne and colleagues examined the hypothesis that there is an abnormal brain growth trajectory in autism (Schumann et al., 2010). They identified significant differences in brain enlargement between 41 children diagnosed with ASD and 44 typically developing peers. By 30 months of age, toddlers who were ultimately diagnosed with ASD showed significantly greater enlargement of cerebral gray and white matter, which was most pronounced in the frontal, temporal and cingulate cortices. Further, in the toddlers with ASD, all gray matter regions, except for that in the occipital cortex, showed an abnormal growth rate. Early developmental abnormalities to white matter pathways in the brain may also serve to illuminate potential biomarkers for autism. In infants who later developed ASD, the development of white matter fiber tracts between 6 and 12 months of age was characterized by increases in fractional anisotropy, which indexes axonal diameter, fiber density, and myelination at 6 months; but by 24 months the development was characterized by significant slowing in development (Wolff et al., 2012). The observation of atypical development of white matter pathways using diffusion tensor imaging provides further evidence that autism is marked by aberrant neurodevelopmental connectivity very early in life. Taken together, these findings highlight that altered patterns and rates of brain growth could potentially serve as a biomarker for autism.

The rapid advances in genetics over the past decade have led to significant leaps in our understanding of the etiological heterogeneity of autism. The number of genes believed to confer autism risk has reached far into the 100s with predictions of close to 1,000 different genes being implicated in the disorder (O'Roak, Vives, Girirajan et al., 2012; Sanders et al., 2012; State & Sestan, 2012). Multiple studies have confirmed the role of rare and de novo chromosomal structural rearrangements and point mutations in increasing autism risk. The collaborations that have developed over the past decade, including the Autism Genetic Resource Exchange, the Simons Simplex Collection, and the Autism Genome Project, as well as repositories such as NIMH's Autism Genetics Initiative, have provided valuable resources for geneticists and have radically quickened the pace and advanced efforts toward gene discovery in autism. Further collaborations with increasingly larger samples, in conjunction with increased numbers of identified risk genes, will allow for the quantification of risk in the near future. This will provide medical geneticists and genetic counselors the necessary tools to offer meaningful and relevant information to families impacted by autism.

Following the successes of gene discovery, the role of proteomics (the study of protein structure and function) in autism has dramatically increased. The identification of specific proteins implicated in autism, ranging from synaptic adhesion molecules (NRXN1) to chromatin modifiers (CHD8), has provided insight into the biology of autism whereas the elucidation of networks of implicated proteins has suggested that common molecular pathways underlie the phenotypic expression from a multitude of genotypic presentations (Geschwind, 2011; Sakai et al., 2011; Voineagu et al., 2011). Illumination of molecular pathways, such as the highly interconnected beta-catenin/chromatin remodeling protein network revealed through large-scale exome sequencing (O'Roak, Vives, Fu, et al., 2012; O'Roak, Vives, Girirajan, et al., 2012), provides new avenues for understanding the biological pathways in autism and identifying risk earlier than before.

The increased understanding of the genetic contributors to autism has led to closer scrutiny of the phenotypic expression of those specific mutations or rearrangements, each of which accounts for no more than 1% of ASD cases. The focus on identifying meaningful phenotypic subtypes that reflect this genetic heterogeneity has become an important research priority (Geschwind, 2011). Atypical physical features (dysmorphologies), such as macro- and microcephaly, have been shown to reflect the divergent genetic etiologies in ASD (O'Roak, Vives, Fu, et al., 2012). Children with autism have significantly greater numbers of major and minor dysmorphologies relative to typically developing control chil-

dren (Ozgen et al., 2011). Recent work assessing unusual physical characteristics, such as a prominent forehead, asymmetrical face, and hair whorls, suggests that the presence of these three dysmorphologies alone can significantly differentiate children with autism from comparison children with typical development (Ozgen, Hellemann, de Jonge, Beemer, & van Engeland, 2013). Therefore, the presence of particular dysmorphologies could serve as a useful biomarker and aid in the detection of ASD.

Early detection through the use of biomarkers has the potential to allow us to intervene much earlier than we do currently (Glatt et al., 2012; Kong et al., 2012). Studies employing multiple levels of analysis will likely reveal risk profiles for autism that incorporate genetic, brain structural, physiological, and behavioral information (Cicchetti & Dawson, 2002). With earlier detection, families can begin treatments that we know are effective, such as behavior-based therapies, prior to a full syndrome being present so that atypical developmental trajectories can be recalibrated and, ideally, diagnoses even averted (Dawson, 2008).

## The Changing Landscape of Early Autism Intervention

### Early autism intervention in the 1980s

With the advent of Skinnerian principles in psychological research, as early as the 1960s and 70s, practitioners began using operant conditioning to address impairments associated with autism (Hingtgen, Coulter, & Churchill, 1967; Leff, 1968; Lovaas, Schreibman, & Koegel, 1974; Mazuryk, Barker, & Harasym, 1978) and taught parents to use these methods as well (Berkowitz & Graziano, 1972). With the publication of Lovaas' 1987 controlled trial of intensive early intervention based in applied behavior analysis (Lovaas, 1987), the notion that autism is a treatable condition that responds to early intervention was embraced by many in the professional and parent community. Particularly compelling was the finding that significant changes in cognitive abilities, as reflected on IQ tests, resulted from early intensive behavioral intervention. Furthermore, Lovaas later showed that initial gains achieved through early intensive intervention were sustained in later life (McEachin, Smith, & Lovaas, 1993). From the beginning, parents were viewed as important participants in the intervention, and parent-training methods typically accompanied therapist-delivered treatment programs (Berkowitz & Graziano, 1972). This tenant has continued as part of the most recent approaches to early intervention in autism (Vismara & Rogers, 2010).

Lovaas's model of intervention used discrete trial training as its primary intervention strategy, a method that involves presentation of a stimulus, a child response, and a consequence, followed by repeated trials of those steps. Soon after the Lovaas method was developed, variations began to be created that attempted to increase children's motivation and engagement in the treatment (Koegel & Mentis, 1985). These

new approaches were based on studies that had explored ways of increasing motivation through stimulus variation (Dunlap & Koegel, 1980), novel prompting strategies (Schreibman, Charlop, & Koegel, 1982), optimal response–reinforcer contingencies (Koegel & Mentis, 1985), and use of child-preferred activities (Koegel, Dyer, & Bell, 1987). Approaches that incorporated these new strategies included natural language teaching paradigms (Koegel, O'Dell, & Koegel, 1987) and pivotal response training (Pierce & Schreibman, 1995; Stahmer, 1995). These approaches incorporated natural rather than artificial reinforcers and emphasized child choice of materials, reinforcement of approximations and communicative attempts, and trials that occurred within the context of a natural exchange. The concept of teaching "pivotal" behaviors was introduced; these behaviors are those that impact multiple areas of functioning (Koegel & Koegel, 1988), leading to response covariation, generalization, and improvements in response classes. These modifications were consistent with developmentally oriented behavioral interventions which were emerging at about the same time.

The integration of developmental principles into methods of early intervention was motivated by an explosion of new developmental science that elucidated the core developmental impairments in autism, such as joint attention and social orienting, as well as a better understanding of the developmental precursors and pathways that led to many of the core autism symptoms, such as impairments in imaginary and symbolic play. Several core developmental principles began to influence treatment approaches with young children with autism. First, the importance of prelinguistic development in the form of communicative babbling, imitation, toy play, and joint attention for setting the stage for language development was underscored by several studies of both infants and toddlers with typical and atypical development (Loveland & Landry, 1986; Mundy et al., 1990; Tomasello & Farrar, 1986; Toth, Munson, Meltzoff, & Dawson, 2006), leading to increased emphasis on teaching these skills as a way of promoting language development. In addition, these studies suggested that language should be promoted within the context of joint activities involving shared participation and control between the therapist and child that allow for opportunities to promote skills such as imitation, shared toy play, and joint attention.

Second, research findings revealed that infants are active participants and constant hypothesis testers who are involved in cocreating their learning experiences (Baldwin, 1991; Meltzoff, Kuhl, Movellan, & Sejnowski, 2009), which emphasized the need to provide opportunities for children with autism to initiate and explore within the therapeutic context rather than be passive recipients of antecedent requests and prompts and reinforcers. Research suggested that infants are capable of detecting statistical patterns and rely on statistical learning to detect such patterns and make predictions (Saffran, Aslin, & Newport, 1996). Thus, interventions began to incorporate strategies that helped direct children's attention to relevant stimuli, making key information such as language,

faces, and gestures more salient to the child. Third, developmental research shed light on the important role of affective engagement between the child and his or her social partner in the promotion of learning, including language, social, cognitive, and perceptual development. Studies demonstrated that learning is facilitated when it occurs within the context of an affectively rich social relationship (Kuhl, 2007; Kuhl, Tsao, & Liu, 2003). In light of studies that demonstrated that children with autism show deficits in affective sharing (Dawson et al., 1990) and have reduced sensitivity to the reward value of social information (Dawson, Bernier, et al., 2012), developmental interventions began to incorporate intervention strategies that promote affective engagement and increased social motivation on the part of the child with its social partner (Rogers & Pennington, 1991). Concurrent studies that demonstrated reduced neural responses to social and affective stimuli by young children with autism further supported the need to focus directly on social engagement as part of the intervention program (Dawson et al., 2002; Dawson, Webb, et al., 2004).

### Current approaches to autism intervention

The evidence base for the efficacy of interventions based on the principles of applied behavioral analysis (ABA) has continued to grow, such that treatments based on ABA principles are now widely acknowledged as those with the most empirical support (National Research Council, 2001). One review of 13 studies including a total of 373 children with ASD indicated significant gains in cognitive ability following ABA treatment using the Lovaas model (Reichow & Wolery, 2009). Since Lovaas' 1987 report, many studies have replicated findings of efficacy (Cohen, Amerine-Dickens, & Smith, 2006; Howard, Sparkman, Cohen, Green, & Stanislaw, 2005; Sallows & Graupner, 2005), demonstrated long-standing effects (McEachin et al., 1993) and shown that treatment intensity alone does not account for the gains (Eikeseth, Smith, Jahr, & Eldevik, 2002; Howard et al., 2005). Further effectiveness studies of ABA-based approaches to treat communication deficits, social skills impairments, and problematic behavior have yielded positive support (Cohen et al., 2006; Horner, Carr, Strain, Todd, & Reed, 2002; McConnell, 2002; Sallows & Graupner, 2005). In the multiple systematic reviews or meta-analyses of early comprehensive behaviorally based interventions, the consistent conclusion is that behaviorally based interventions resulted in gains in cognition, language skills, and adaptive behaviors for children with autism and showed some evidence of sustained benefit (see Table 1 and Table 2). This strong scientific support for ABA-based intervention as an effective treatment for ASD has prompted significant policy changes, including substantial insurance reform. State insurance programs and many private agencies have revised policies to provide insurance coverage for ABA-based treatment approaches for ASD.

Although traditional ABA-intervention models based on discrete trial training remain in wide use today, several naturalistic, developmental models have been created to incorporate ABA-based principles into a developmental framework, taking into account the significant gains in knowledge about infant learning and developmental trajectories that have occurred over the past two decades.

One such developmental intervention, the Social Communication, Emotional Regulation, and Transactional Support model, incorporates a developmental framework to address the specific learning styles of children with ASD (Prizant, Wetherby, Rubin, & Laurent, 2003). According to the model, the developmental dimensions of social communication, emotional regulation, and transactional support must be addressed within a comprehensive treatment approach. The treatment priority goals therefore fall into these three primary domains. For example, in the social communication domain, the focus is on enhancing joint attention skills and increasing symbolic behavior, such as spontaneously communicating. Another prioritized treatment goal is in the ability to regulate emotional arousal to support learning and engagement with others. The third priority domain concerns the incorporation of transactional supports, such as the use of environmental modifications, support for family members, and supporting developing relationships. The Social Communication, Emotional Regulation, and Transactional Support model proposes a developmental framework to address the core deficits in ASD through the integration of an individual's strengths and weaknesses into evidence-based treatment planning (Prizant, Wetherby, Rubin, Laurent, & Rydell, 2005).

Another model, joint attention training, has also emerged as a developmental approach in the treatment of ASD. As demonstrated through pioneering work into the early characteristics of autism, joint attention is impaired in ASD (Sigman, Mundy, Sherman, & Ungerer, 1986). The ability to share attention with others about a common event or object is a prelinguistic skill that affects later language development because it affords a child an opportunity to share attention in a social interaction, thereby facilitating socially acquired skills such as language (Adamson, Bakeman, & Deckner, 2004). Because the development of speech prior to age 5 has been proposed to be a strong indicator of later positive outcomes in children with ASD (Billstedt, Gillberg, & Gillberg, 2005; Venter, Lord, & Schopler, 1992), by focusing on joint attention, a developmental precursor to language, Kasari and colleagues (Kasari, Freeman, & Paparella, 2006) proposed to improve language and overall outcomes in ASD. In a randomized controlled trial in which interventionists provided joint attention skills training for 30 min each day over 6 weeks to 3- to 4-year-old children with ASD, the children undergoing the intervention demonstrated improved joint attention skills and greater spoken language compared to the control group. At follow-up five years later, the children who began intervention earlier and those showing improved joint attention skills and higher levels of play exhibited wider use of spoken vocabulary (Kasari, Gulsrud, Freeman, Paparella, & Hellemann, 2012). Moreover, following the 6-week administration of this joint attention intervention in a preschool setting by trained public

**Table 1.** *Reviews of evidence of efficacy of early intensive behavioral intervention*

| Authors | Publication | Reviewed | Conclusion |
|---|---|---|---|
| Reichow et al., 2012 | Cochrane Library | 1 RCT and 4 CCTs | Only studies of the Lovaas method that used treatment as the usual comparison group are included. Some evidence that early intensive behavioral intervention is effective for some children with ASD. |
| Kuppens & Onghena, 2012 | *Research in Autism Spectrum Disorders* | Sequential meta-analysis of 14 studies | Sufficient cumulative knowledge to draw convincing statistical conclusions favoring a treatment benefit for intellectual, language, and adaptive behavior |
| Reichow, 2012 | *Journal of Autism and Developmental Disorders* | Overview of 5 meta-analyses | Four of five meta-analyses concluded that EIBI was effective. |
| Dawson & Burner, 2011 | *Current Opinion in Pediatrics* | 34 studies | The EIBI RCT for toddlers with ASD demonstrated gains in language, cognitive abilities, and adaptive behavior. Targeted, brief behavioral interventions are efficacious for improving social communication. Several studies show that social skills interventions are efficacious for improving peer relationships and social competence. |
| Peters-Scheffer et al., 2011 | *Research in Autism Spectrum Disorders* | Meta analysis, 11 studies | EIBI resulted in large and clinically significant effect sizes compared to other treatments on cognitive ability, receptive language, expressive language, and significant improvements on adaptive skills. EIBI outperformed other groups. |
| Warren et al., 2011 | *Pediatrics* | 34 studies | Studies of Lovaas-based approaches and early intensive behavioral intervention variants and the ESDM resulted in some improvements in cognitive performance, language skills, and adaptive behavior, although the literature is limited by methodological concerns. |
| Young et al., 2010 | IMPAQ Final Report on Environmental Scan | 271 publications | Fifteen behavioral interventions were found to be evidence based, including EIBI. |
| Eldevik et al., 2010 | *American Journal on Intellectual and Developmental Disabilities* | 16 studies, 11 with comparison | An individual data meta-analysis showed intensive behavioral intervention had the greatest improvements in IQ and adaptive behaviors. The authors conclude that intensive behavioral intervention is an evidence-based intervention for children with autism. |
| Makrygianni & Reed, 2010 | *Research in Autism Spectrum Disorders* | Meta-analysis, 14 studies | Behavioral intervention programs were effective in improving intellectual and language abilities and adaptive behavior. The effects are most evident through a meta-analytic approach. |
| Vismara & Rogers, 2010 | *Annual Review of Clinical Psychology* | Review of behavioral interventions | ABA is an educational–behavioral intervention for children that has generated the most extensive research and has been identified as the treatment of choice to address learning deficits. |

*G. Dawson and R. Bernier*

**Table 1** (*cont.*)

| Authors | Publication | Reviewed | Conclusion |
|---|---|---|---|
| Virues-Ortega, 2010 | *Clinical Psych Review* | Meta-analysis of 26 trials of EIBI | The results suggested that long-term, comprehensive ABA intervention leads to positive medium to large effects in intellectual functioning, language development, acquisition of daily living skills, and social functioning in children with autism. |
| Eikeseth, 2009 | *Research in Developmental Disabilities* | 25 studies, systematic review | Evidence from several high quality studies demonstrated that children receiving ABA made significantly more gains than control group children on standardized measures of IQ, language, and adaptive functioning. |
| Eldevik et al., 2009 | *Journal of Clinical Child and Adolescent Psychology* | 9 controlled studies | A meta-analysis of 9 studies revealed a large effect on IQ after EIBI and medium to large improvement in adaptive behavior. |
| Granpeesheh, Tarbox & Dixon, 2009 | *Annals of Clinical Psychiatry* | Review of behavioral interventions | ABA treatment programs for individuals with autism are supported by a significant amount of scientific evidence and are recommended for use. |
| Howlin, Magiati, & Charman, 2009 | *American Journal on Intellectual and Developmental Disabilities* | 11 studies | This review provides evidence for the effectiveness of EIBI for some, but not all, preschool children with autism. |
| National Autism Center, 2009 | http://www.nationalautismcenter.org/pdf/NAC%20Standards%20Report.pdf | 5,978 articles | Eleven specific behavioral treatments were established as effective, including EIBI. |
| Reichow & Wolery, 2009 | *Journal of Autism and Developmental Disorders* | 14 samples, 13 research reports | The findings suggest that EIBI is an effective treatment, on average, for children with autism. |
| Spreckley & Boyd, 2009 | *Journal of Pediatrics* | 13 studies | More research is needed to establish that EIBI has better outcomes than standard care for children with autism. |
| Seida et al., 2009 | *Developmental Medicine and Child Neurology* | 30 high quality studies reviewed | There were positive findings on intellectual abilities, communication, and problem behavior following behavioral interventions. Psychosocial interventions were reviewed positively. |
| Technology Evaluation Center, 2009 | BlueCross, BlueShield report | 16 studies | The authors felt that more research was needed with larger sample sizes and longer follow-up. |
| Ospina et al., 2008 | *PLoS ONE* | 101 studies, 55 RCTs | Evidence was found for positive outcomes in intellectual abilities, language abilities, and adaptive behaviors for Lovaas, TEACCH. Lovaas seemed to be superior to special education. |
| Rogers & Vismara, 2008 | *Journal of Clinical Child and Adolescent Psychology* | Studies published since 1998 | Lovaas treatment met APA criteria for "well established." |

*Note:* RCT, Randomized controlled trial; CCT, clinical controlled trial; ASD, autism spectrum disorder; EIBI, Early Intensive Behavioral Intervention; ABA, applied behavioral analysis; ESDM, Early Start Denver Model; TEACCH, Treatment and Education of Autistic and Related Communication Handicapped Children.

**Table 2.** *Studies on long-term outcomes following early intensive behavioral intervention*

| Authors | Publication | Participants | Follow-Up | Conclusion |
|---|---|---|---|---|
| Kovshoff, Hastings, & Remington, 2011 | *Behavior Modification* | 41 | 2 years after 24–month intervention | There is a slight difference between university and parent mediated EIBI. However, overall, EIBI was associated with greater likelihood of mainstream placement. There was evidence that the delivery model, higher program intensity, and higher initial skill set affected the outcome in EIBI. |
| Magiati et al., 2011 | *Research in Autism Spectrum Disorders* | 36 | 6–7 years | Follow-up was from 2007 study to 7 years of age. Most children were in specialist provision. Expressive and receptive language skills increased. Initial IQ, adaptive behavior, and language skills predicted long-term outcomes. |
| Magiati, Charman, & Howlin, 2007 | *Journal of Child Psychology and Psychiatry* | 44 | 2 years | Not a RCT, follow-up was based on choice of intervention. Home-based EIBI in a community setting resulted in slightly higher adaptive skills scores compared to a nursery provision. There were large individual differences. Both groups showed improvements over time, with few group differences. |
| Sallows & Graupner, 2005 | *American Journal on Mental Retardation* | 23 | 4 years | There were significant gains in IQ, receptive language, and adaptive skills for the EIBI group. Outcomes were improved for "rapid learners" compared to "moderate learners." |
| Harris & Handleman, 2000 | *Journal of Autism and Developmental Disorders* | 27 | 4–6 years | Children enrolled in EIBI before 48 months of age were more likely (11/27) to be placed in a mainstream classroom than kids who began after 48 months. Higher IQ at intake also associated with IQ gains and school placement. |
| Smith, Groen, & Wynn, 2000 | *American Journal on Mental Retardation* | 28 | 4–5 years | The intensive treatment group outperformed parent training on IQ measures; There were more IT participants in regular education. They also outperformed on language abilities, but there were no differences for adaptive behavior. Intake and follow-up were not related. |
| McEachin et al., 1993 | *American Journal on Mental Retardation* | 38 | 10 years | The EIBI group showed higher IQ than control and more likely to be placed in regular classes. They also showed improvement in adaptive functioning and had fewer maladaptive behaviors. Many children in EIBI were "indistinguishable" from nonaffected individuals. |

*Note:* EIBI, Early Intensive Behavioral Intervention; RCT, randomized controlled trial.

school teachers, the preschoolers with ASD undergoing the training used more joint attention skills compared to control preschoolers who did not (Lawton & Kasari, 2012). The findings of these intervention trials demonstrate the utility of focusing on the improvement of developmental precursors of language to improve outcomes in children with ASD.

A comprehensive developmental intervention model appropriate for children as young as 12 months of age is the

1466

Early Start Denver Model (ESDM). ESDM is a downward extension of the Denver Model (Rogers et al., 2006; Rogers & Lewis, 1989) such that it meets the needs of infants and toddlers. Results of studies testing the Denver Model using pre–post test study designs demonstrated significant language and social emotional developmental gains in children with ASD undergoing the treatment (Rogers & DiLalla, 1991; Rogers, Herbison, Lewis, Pantone, & Reis, 1986; Rogers & Lewis, 1989; Rogers, Lewis & Reis, 1987). In ESDM, ASD treatment is conceptualized from a multidisciplinary approach encompassing all aspects of development with a specific focus on social reciprocity, affective engagement, social attention and motivation. A randomized, controlled trial of ESDM, in which 48 toddlers with ASD were randomized either to 2 years of ESDM intervention or to treatment as usual in the community, showed significantly greater gains in cognitive, language, social, and adaptive behavior for the children who received the ESDM intervention (Dawson, Jones, et al., 2012; Dawson et al., 2010). Although at baseline the groups did not differ on cognitive ability, ASD severity, gender or socioeconomic status, following treatment the ESDM group showed an average gain of 17.6 points in overall cognitive abilities relative to 7 points in the community intervention group. Further, although adaptive skills in communication, daily living, and motor ability remained stable in the ESDM group, there was a decline in the community intervention group, providing further support for the efficacy of ESDM.

The impact that behaviorally based interventions have had on cognitive and adaptive functioning has prompted the examination of the effect of the intervention on brain activity, especially those neural systems that support social processing. Animal studies suggest that early enrichment has a significant impact on brain structure and activity. Changes in the weight and thickness of the cortex (Diamond, Rosenzweig, Bennett, Lindner, & Lyon, 1972), increases in neurotransmitter receptor density (Bredy, Humpartzoomian, Cain, & Meaney, 2003), increases in synapse number and density (Kleim, Lussnig, Schwarz, Comery, & Greenough, 1996), and diminished effects of early injury or genetic risk (Nithianantharajah & Hannan, 2006) have been noted in mice, rat, and nonhuman primate studies. These findings suggest the utility of behaviorally based interventions in altering the course of both behavioral and brain development. By integrating biological measures into the design and evaluation of the ESDM model (Cicchetti & Gunnar, 2008), the impact of early intervention on brain activity could be assessed. Following 2 years of intervention using ESDM, children undergoing treatment showed normalized spectral power in the alpha and theta ranges using an EEG paradigm comparing faces and houses. Control children who received a range of community interventions during the same interval failed to show that normalization. Further, in this study, increased cortical activation during the viewing of faces correlated with improved social communication outcomes, underscoring the contribution of this treatment approach to changes in brain activity (Dawson, Jones, et al., 2012). A second EEG study examining the effects of adult intervention on brain activity suggests that neural plasticity in response to intervention may exist throughout the life span. This study assessed the impact of face training on ERP responses to faces in adults with ASD (Faja et al., 2012). Specifically, adults with ASD were randomly assigned to a computerized training program focusing on either faces or houses. Participants were tested pre- and posttraining in behavioral measures of face and house recognition as well as on electrophysiological indices of face processing. Following training, participants demonstrated behavioral expertise with the specific stimuli to which they were randomly assigned, but only the group with face training showed more normalized behavioral and electrophysiological responses to faces. Taken together, these two studies provide strong support that behaviorally based treatments are associated not only with behavioral improvement, but can also normalize some aspects of brain activity. Furthermore, they provide evidence of neural plasticity throughout the life span in individuals with ASD.

*Looking ahead*

The future of intervention research holds promise for improving the lives of individuals with autism. Although a quarter of a century ago the conversation about autism treatment was in its infancy, through advances in our understanding of early detection and behaviorally based treatments, the possibility of intervening prior to the development of ASD symptoms is now within reach. The evidence that behavioral interventions are effective at changing both behavior and brain functioning suggests that intervening prior to the emergence of behavioral symptoms, which only hint at the underlying atypical brain development already underway, will allow for significant neural plasticity and adaptation and the possibility of avoiding or ameliorating the presentation of ASD symptoms altogether (Cicchetti & Gunnar, 2008; Dawson, 2008). A recent study found that a minority of children with autism lose their autism symptoms altogether and demonstrate an overall level of function within normal limits (Fein et al., 2013). It is clear that parents play a central role in providing intervention, especially when those interventions are being provided to infants and toddlers. Parents spend more time with their children than any therapist can and thus can be the most effective therapists. In this way, every interaction becomes a learning opportunity for the child. By training parents how to intervene with their infants and toddlers who are at risk of developing autism, such as younger siblings of children with autism or young children presenting with early warning signs, infants and toddlers can be directed to a more typical developmental trajectory.

Another primary focus of future autism intervention research will include an understanding of the variability in response to intervention. Although all children with ASD benefit from early intervention, some children make extremely rapid progress whereas progress for others is slower. Improved understanding of the mediating and moderating fac-

tors will allow for a more comprehensive understanding of the mechanisms of change and how best to intervene with each individual. Given that autism is a group of disorders with wide heterogeneity in terms of etiology, course, response to treatment, and outcome, advances in understanding the biological processes underlying the heterogeneity of the disorder and their interaction with treatment and prevention approaches will allow for more targeted interventions that are specific and appropriate for differing individuals with autism.

In order to understand the biological mechanisms at play in autism and evaluate the effectiveness of interventions, identifying meaningful biomarkers is a necessary step for the field. Neurophysiological indicators such as cortical activation in response to viewing faces (Dawson, Bernier, et al., 2012) or functional brain responses to rewarding stimuli (Scott-Van Zeeland, Dapretto, Ghahremani, Poldrack, & Bookheimer, 2010) provide insight both into the biological mechanisms underlying autism but may also serve as avenues for identifying what tailored approaches are needed for each individual. Further, the assessment of neurophysiological change following onset of an intervention can serve as an information-rich index of the anticipated behavioral change.

Finally, the future of autism intervention likely includes greater understanding of the efficacy and contribution of biomedical treatments. Only two drugs have been approved by the FDA for the treatment of ASD, and those treat associated symptoms of irritability rather than core autism symptoms (McPheeters et al., 2011). There are few studies demonstrating clear support for the efficacy of any of the full array of biomedical interventions that have been proposed to treat autism and that are currently in use (Warren et al., 2011). Initial clinical trials evaluating the efficacy of biomedical treatments that address the core social impairments of autism, such as arbaclofen (Gurkan & Hagerman, 2012) and oxytocin (Domes et al., 2013), have yielded encouraging results. The next several years of ASD intervention research likely will lead to the discovery of a number of novel biomedical treatments that will address core autism symptoms (Farmer, Thurm, & Grant, 2013). These can be used in combination with behavioral interventions to enhance social motivation (Dawson, Bernier, et al., 2012) and neural plasticity (Smith & Ehlers, 2012), perhaps allowing higher rates of improvement in those children whose response to behavioral intervention alone has not been robust. By tailoring treatment approaches to meet the specific biological and behavioral needs of individuals presenting with specific autism subtypes and using well-defined biomarkers to examine and assess response to treatment, the ultimate hope is that the lives of all individuals impacted by ASD will be markedly improved (Hammock et al., 2012).

### The grand challenge we face: Dissemination and implementation of evidence-based practices

At the same time that we applaud the significant advances that have taken place in the development of methods for earlier detection and intervention for children with ASD, we are sorely aware of the significant challenge in disseminating and implementing such interventions within community settings, especially in those settings that have low resources. Even though it is possible to reliably diagnose autism by 18 to 24 months of age (Johnson et al., 2007) and despite the availability of evidence-based, efficacious early interventions, diagnosis lags behind in many cases (CDC, 2012; Shattuck et al., 2009). The CDC reported that the average age at diagnosis for autism in the United States is approximately 48 months and is 53 and 75 months for ASD/pervasive developmental disorder and Asperger disorder, respectively (CDC, 2012). Without a diagnosis, children are not able to access the early interventions in a timely manner.

Several factors have been found to be associated with a delay in autism diagnosis in the United States, including lower socioeconomic status and racial/ethnic minority background (Mandell et al., 2009). Several studies have documented the lower prevalence of ASD among African American and Latino children (Boyle et al., 2011; CDC, 2012; Jarquin, Wiggins, Schieve, & Van Naarden-Braun, 2011; Kogan et al., 2008).

Many children with autism do not have access to high-quality, intensive, early behavioral interventions. Only half of the states in the United States mandate insurance coverage for behavioral health interventions for children with autism, and thus parents often must pay out of pocket for intervention. Research has shown that mothers of children with autism earn 35% less than mothers of children with other chronic health conditions, and family earnings are 28% lower (Cidav, Marcus, & Mandell, 2012). Parents of children with autism report higher levels of unmet health care needs and family support and difficulty receiving appropriate referral information, as compared to parents of children with other chronic health conditions (Kogan et al., 2008).

A global perspective only accentuates the scale of the challenge we face in disseminating and implementing evidence-based practices across the globe, especially in low-resource countries (Patel, Kieling, Maulik, & Divan, 2013). There is an urgent need to scale up services for developmental disorders both in the United States and abroad (Lancet Global Mental Health et al., 2007). Two strategies for scaling up services in remote and low-resource communities have received recent attention. First, clinical services that can be delivered by persons who are not trained professionals, including both parents and paraprofessionals, will allow communities greater access to screening and some forms of treatment (Lancet Global Mental Health et al., 2007). Second, the use of eLearning and telehealth programs that can provide both professionals and parents training from remote locations promises to expand access to expertise and support (Szeftel, Federico, Hakak, Szeftel, & Jacobson, 2012; Vismara, Young, & Rogers, 2012). In order for such strategies to be effective, sustained collaboration and dedication of a variety of stakeholders, including government, professionals, parents, donors, and nongovernment organizations, will be necessary (Wallace et al., 2012).

# References

Adamson, L. B., Bakeman, R., & Deckner, D. F. (2004). The development of symbol-infused joint engagement. *Child Development, 75*, 1171–1187.

Baldwin, D. A. (1991). Infants' contribution to the achievement of joint reference. *Child Development, 62*, 875–890.

Baranek, G., Watson, L., Crais, E., & Reznick, S. (2003). *First Year Inventory (FYI)*. Chapel Hill, NC: University of North Carolina.

Baron-Cohen, S., Allen, J., & Gillberg, C. (1992). Can autism be detected at 18 months? The needle, the haystack, and the CHAT. *British Journal of Psychiatry, 161*, 839–43.

Baron-Cohen, S., Leslie, A. M., & Frith, U. (1985). Does the autistic child have a "theory of mind"? *Cognition, 21*, 37–46.

Baron-Cohen, S., Wheelwright, S., Cox, A., Baird, G., Charman, T., Swettenham, J., et al. (2000). Early identification of autism by the Checklist for Autism in Toddlers (CHAT). *Journal of the Royal Society of Medicine, 93*, 521–525.

Berkowitz, B. P., & Graziano, A. M. (1972). Training parents as behavior therapists: A review. *Behavior Research and Therapy, 10*, 297–317.

Billstedt, E., Gillberg, I. C., & Gillberg, C. (2005). Autism after adolescence: Population-based 13- to 22-year follow-up study of 120 individuals with autism diagnosed in childhood. *Journal of Autism and Developmental Disorders, 35*, 351–360.

Boyle, C. A., Boulet, S., Schieve, L. A., Cohen, R. A., Blumberg, S. J., Yeargin-Allsopp, et al. (2011). Trends in the prevalence of developmental disabilities in US children, 1997–2008. *Pediatrics, 127*, 1034–1042.

Bredy, T. W., Humpartzoomian, R. A., Cain, D. P., & Meaney, M. J. (2003). Partial reversal of the effect of maternal care on cognitive function through environmental enrichment. *Neuroscience, 118*, 571–576.

Brian, J., Bryson, S. E., Garon, N., Roberts, W., Smith, I. M., Szatmari, P., et al. (2008). Clinical assessment of autism in high-risk 18-month-olds. *Autism, 12*, 433–56.

Bryson, S. E., Zwaigenbaum, L., McDermott, C., Rombough, V., & Brian, J. (2008). The Autism Observation Scale for Infants: Scale development and reliability data. *Journal of Autism and Developmental Disorders, 38*, 731–738.

Buescher, A., Cidav, Z., Knapp, M., & Mandell, D. (2013). *Costs of autism spectrum disorders in the United Kingdom and the United States of America*. Manuscript submitted for publication.

Cassel, T. D., Messinger, D. S., Ibanez, L. V., Haltigan, J. D., Acosta, S. I., & Buchman, A. C. (2007). Early social and emotional communication in the infant siblings of children with autism spectrum disorders: An examination of the broad phenotype. *Journal of Autism and Developmental Disorders, 37*, 122–132.

Cavagnaro, A. (2009). *Autistic spectrum disorders. Changes in the California caseload. An update: June 1987–June 2007* (pp. 536–551). California Department of Developmental Services. Retrieved from http://www.dds.ca.gov/Autism/docs/AutismReport_2007.pdf

Centers for Disease Control and Prevention. (2009). Prevalence of autism spectrum disorders: Autism and Developmental Disabilities Monitoring Network, United States, 2006. *Morbidity and Mortality Weekly Report Surveillance Summaries, 58*, 1–20.

Centers for Disease Control and Prevention. (2012). Prevalence of autism spectrum disorders: Autism and Developmental Disabilities Monitoring Network, 14 sites, United States, 2008. *Morbidity and Mortality Weekly Report Surveillance Summaries, 61*, 1–19.

Charman, T., & Baron-Cohen, S. (1992). Understanding drawings and beliefs: A further test of the metarepresentation theory of autism: A research note. *Journal of Child Psychology and Psychiatry and Allied Disciplines, 33*, 1105–1112.

Cicchetti, D., & Dawson, G. (2002). Multiple levels of analysis. *Development and Psychopathology, 14*, 417–420.

Cicchetti, D., & Gunnar, M. R. (2008). Integrating biological measures into the design and evaluation of preventive interventions. *Development and Psychopathology, 20*, 737–743.

Cidav, Z., Marcus, S. C., & Mandell, D. S. (2012). Implications of childhood autism for parental employment and earnings. *Pediatrics, 129*, 617–623.

Cohen, H., Amerine-Dickens, M., & Smith, T. (2006). Early intensive behavioral treatment: Replication of the UCLA model in a community setting. *Journal of Developmental and Behavioral Pediatrics, 27*, S145–155.

Council on Children With Disabilities, Section on Developmental Behavioral Pediatrics, Bright Futures Steering Committee, & Medical Home Initiatives for Children With Special Needs Project Advisory Committee. (2006). Identifying infants and young children with developmental disorders in the medical home: An algorithm for developmental surveillance and screening. *Pediatrics, 118*, 405–420.

Dawson, G. (2008). Early behavioral intervention, brain plasticity, and the prevention of autism spectrum disorder. *Development and Psychopathology, 20*, 775–803.

Dawson, G., & Adams, A. (1984). Imitation and social responsiveness in autistic children. *Journal of Abnormal Child Psychology, 12*, 209–225.

Dawson, G., Bernier, R., & Ring, R. H. (2012). Social attention: A possible early indicator of efficacy in autism clinical trials. *Journal of Neurodevelopmental Disorders, 4*, 11.

Dawson, G., & Burner, K. (2011). Behavioral interventions in children and adolescents with autism spectrum disorder: A review of recent findings. *Current Opinion in Pediatrics, 23*, 616–620.

Dawson, G., Carver, L., Meltzoff, A. N., Panagiotides, H., McPartland, J., & Webb, S. J. (2002). Neural correlates of face and object recognition in young children with autism spectrum disorder, developmental delay, and typical development. *Child Development, 73*, 700–717.

Dawson, G., Hill, D., Spencer, A., Galpert, L., & Watson, L. (1990). Affective exchanges between young autistic children and their mothers. *Journal of Abnormal Child Psychology, 18*, 335–345.

Dawson, G., Jones, E. J., Merkle, K., Venema, K., Lowy, R., Faja, S., et al. (2012). Early behavioral intervention is associated with normalized brain activity in young children with autism. *Journal of the American Academy of Child & Adolescent Psychiatry, 51*, 1150–1159.

Dawson, G., Meltzoff, A. N., Osterling, J., Rinaldi, J., & Brown, E. (1998). Children with autism fail to orient to naturally occurring social stimuli. *Journal of Autism and Developmental Disorders, 28*, 479–485.

Dawson, G., Rogers, S., Munson, J., Smith, M., Winter, J., Greenson, J., et al. (2010). Randomized, controlled trial of an intervention for toddlers with autism: The Early Start Denver Model. *Pediatrics, 125*, e17–23.

Dawson, G., Toth, K., Abbott, R., Osterling, J., Munson, J., Estes, A., & Liaw, J. (2004). Early social attention impairments in autism: Social orienting, joint attention, and attention to distress. *Developmental Psychology, 40*, 271–283.

Dawson, G., Webb, S. J., Carver, L., Panagiotides, H., & McPartland, J. (2004). Young children with autism show atypical brain responses to fearful versus neutral facial expressions of emotion. *Developmental Science, 7*, 340–359.

Dawson, G., Webb, S. J., & McPartland, J. (2005). Understanding the nature of face processing impairment in autism: Insights from behavioral and electrophysiological studies. *Developmental Neuropsychology, 27*, 403–424.

Dawson, S. J., Small, H., Logan, M. N., & Geringer, S. (2000). Case control study of epidural catheter infections in a district general hospital. *Communicable Disease and Public Health/PHLS, 3*, 300–302.

Diamond, M. C., Rosenzweig, M. R., Bennett, E. L., Lindner, B., & Lyon, L. (1972). Effects of environmental enrichment and impoverishment on rat cerebral cortex. *Journal of Neurobiology, 3*, 47–64.

Domes, G., Heinrichs, M., Kumbier, E., Grossmann, A., Hauenstein, K., & Herpertz, S. C. (2013). Effects of intranasal oxytocin on the neural basis of face processing in autism spectrum disorder. *Biological Psychiatry, 74*, 164–171.

Dunlap, G., & Koegel, R. L. (1980). Motivating autistic children through stimulus variation. *Journal of Applied Behavior Analysis, 13*, 619–627.

Eikeseth, S. (2009). Outcome of comprehensive psycho-educational interventions for young children with autism. *Research in Developmental Disabilities, 30*, 158–78.

Eikeseth, S., Smith, T., Jahr, E., & Eldevik, S. (2002). Intensive behavioral treatment at school for 4- to 7-year-old children with autism. A 1-year comparison controlled study. *Behavior Modification, 26*, 49–68.

Eldevik, S., Hastings, R. P., Hughes, J. C., Jahr, E., Eikeseth, S., & Cross, S. (2009). Meta-analysis of early intensive behavioral intervention for children with autism. *Journal of Clinical Child and Adolescent Psychology, 38*, 439–450.

Eldevik, S., Hastings, R. P., Hughes, J. C., Jahr, E., Eikeseth, S., & Cross, S. (2010). Using participant data to extend the evidence base for intensive behavioral intervention for children with autism. *American Journal on Intellectual and Developmental Disabilities, 115*, 381–405.

Elsabbagh, M., Mercure, E., Hudry, K., Chandler, S., Pasco, G., Charman, T., et al. (2012). Infant neural sensitivity to dynamic eye gaze is associated with later emerging autism. *Current Biology, 22*, 338–342.

Elsabbagh, M., Volein, A., Holmboe, K., Tucker, L., Csibra, G., Baron-Cohen, S., et al. (2009). Visual orienting in the early broader autism phenotype: Disengagement and facilitation. *Journal of Child Psychology and Psychiatry and Allied Disciplines, 50*, 637–642.

Faja, S., Webb, S. J., Jones, E., Merkle, K., Kamara, D., Bavaro, J., et al. (2012). The effects of face expertise training on the behavioral performance and brain activity of adults with high functioning autism spectrum disorders. *Journal of Autism and Developmental Disorders, 42,* 278–293.

Farmer, C., Thurm, A., & Grant, P. (2013). Pharmacotherapy for the core symptoms in autistic disorder: Current status of the research. *Drugs, 73,* 303–314.

Fein, D., Barton, M., Eigsti, I. M., Kelley, E., Naigles, L., Schultz, R. T., et al. (2013). Optimal outcome in individuals with a history of autism. *Journal of Child Psychology and Psychiatry and Allied Disciplines, 54,* 195–205.

Filipek, P. A., Accardo, P. J., Ashwal, S., Baranek, G. T., Cook, Jr., E. H., Dawson, G., et al. (2000). Practice parameter: Screening and diagnosis of autism. Report of the Quality Standards Subcommittee of the American Academy of Neurology and the Child Neurology Society. *Neurology, 55,* 468–479.

Georgiades, S., Szatmari, P., Zwaigenbaum, L., Bryson, S., Brian, J., Roberts, W., et al. (2013). A prospective study of autistic-like traits in unaffected siblings of probands with autism spectrum disorder. *JAMA Psychiatry, 70,* 42–48.

Geschwind, D. H. (2011). Genetics of autism spectrum disorders. *Trends in Cognitive Sciences, 15,* 409–416.

Glatt, S. J., Tsuang, M. T., Winn, M., Chandler, S. D., Collins, M., Lopez, L., et al. (2012). Blood-based gene expression signatures of infants and toddlers with autism. *Journal of the American Academy of Child & Adolescent Psychiatry, 51,* 934–944 e2.

Granpeesheh, D., Tarbox, J., & Dixon, D. R. (2009). Applied behavior analytic interventions for children with autism: A description and review of treatment research. *Annals of Clinical Psychiatry, 21,* 162–173.

Grelotti, D. J., Gauthier, I., & Schultz, R. T. (2002). Social interest and the development of cortical face specialization: What autism teaches us about face processing. *Development and Psychobiology, 40,* 213–225.

Guiraud, J. A., Kushnerenko, E., Tomalski, P., Davies, K., Ribeiro, H., Johnson, M. H., et al. (2011). Differential habituation to repeated sounds in infants at high risk for autism. *NeuroReport, 22,* 845–949.

Gurkan, C. K., & Hagerman, R. J. (2012). Targeted treatments in autism and Fragile X Syndrome. *Research in Autism Spectrum Disorders, 6,* 1311–1320.

Hammock, E., Veenstra-VanderWeele, J., Yan, Z., Kerr, T. M., Morris, M., Anderson, G. M., et al. (2012). Examining autism spectrum disorders by biomarkers: Example from the oxytocin and serotonin systems. *Journal of the American Academy of Child & Adolescent Psychiatry, 51,* 712–721.

Harris, S. L., & Handleman, J. S. (2000). Age and IQ at intake as predictors of placement for young children with autism: A four- to six-year follow-up. *Journal of Autism and Developmental Disorders, 30,* 137–142.

Hertz-Picciotto, I., & Delwiche, L. (2009). The rise in autism and the role of age at diagnosis. *Epidemiology, 20,* 84–90.

Hingtgen, J. N., Coulter, S. K., & Churchill, D. W. (1967). Intensive reinforcement of imitative behavior in mute autistic children. *Archives of General Psychiatry, 17,* 36–43.

Horner, R. H., Carr, E. G., Strain, P. S., Todd, A. W., & Reed, H. K. (2002). Problem behavior interventions for young children with autism: A research synthesis. *Journal of Autism and Developmental Disorders, 32,* 423–446.

Howard, J. S., Sparkman, C. R., Cohen, H. G., Green, G., & Stanislaw, H. (2005). A comparison of intensive behavior analytic and eclectic treatments for young children with autism. *Research in Developmental Disabilities, 26,* 359–383.

Howlin, P., Magiati, I., & Charman, T. (2009). Systematic review of early intensive behavioral interventions for children with autism. *American Journal on Intellectual and Developmental Disabilities, 114,* 23–41.

Interagency Autism Coordinating Committee. (2011). *IACC strategic plan for autism spectrum disorder research.* Retrieved from http://iacc.hhs.gov/strategic-plan/2011/index.shtml

Iverson, J. M., & Wozniak, R. H. (2007). Variation in vocal-motor development in infant siblings of children with autism. *Journal of Autism and Developmental Disorders, 37,* 158–170.

Jarquin, V. G., Wiggins, L. D., Schieve, L. A., & Van Naarden-Braun, K. (2011). Racial disparities in community identification of autism spectrum disorders over time; Metropolitan Atlanta, Georgia, 2000–2006. *Journal of Developmental and Behavioral Pediatrics, 32,* 179–187.

Johnson, C. P., Myers, S. M., & American Academy of Pediatrics Council on Children With Disabilities. (2007). Identification and evaluation of children with autism spectrum disorders. *Pediatrics, 120,* 1183–1215.

Kasari, C., Freeman, S., & Paparella, T. (2006). Joint attention and symbolic play in young children with autism: A randomized controlled intervention study. *Journal of Child Psychology and Psychiatry and Allied Disciplines, 47,* 611–620.

Kasari, C., Gulsrud, A., Freeman, S., Paparella, T., & Hellemann, G. (2012). Longitudinal follow-up of children with autism receiving targeted interventions on joint attention and play. *Journal of the American Academy of Child & Adolescent Psychiatry, 51,* 487–495.

Kasari, C., Sigman, M., Mundy, P., & Yirmiya, N. (1990). Affective sharing in the context of joint attention interactions of normal, autistic, and mentally retarded children. *Journal of Autism and Developmental Disorders, 20,* 87–100.

King, M., & Bearman, P. (2009). Diagnostic change and the increased prevalence of autism. *International Journal of Epidemiology, 38,* 1224–1234.

Kleim, J. A., Lussnig, E., Schwarz, E. R., Comery, T. A., & Greenough, W. T. (1996). Synaptogenesis and FOS expression in the motor cortex of the adult rat after motor skill learning. *Journal of Neuroscience, 16,* 4529–4535.

Koegel, R. L., Dyer, K., & Bell, L. K. (1987). The influence of child-preferred activities on autistic children's social behavior. *Journal of Applied Behavior Analysis, 20,* 243–252.

Koegel, R., & Koegel, L. K. (1988). *Generalized responsivity and pivotal behaviors.* Baltimore, MD: Paul H. Brookes.

Koegel, R. L., & Mentis, M. (1985). Motivation in childhood autism: Can they or won't they? *Journal of Child Psychology and Psychiatry and Allied Disciplines, 26,* 185–191.

Koegel, R. L., O'Dell, M. C., & Koegel, L. K. (1987). A natural language teaching paradigm for nonverbal autistic children. *Journal of Autism and Developmental Disorders, 17,* 187–200.

Kogan, M. D., Strickland, B. B., Blumberg, S. J., Singh, G. K., Perrin, J. M., & van Dyck, P. C. (2008). A national profile of the health care experiences and family impact of autism spectrum disorder among children in the United States, 2005–2006. *Pediatrics, 122,* e1149–e1158.

Kong, S. W., Collins, C. D., Shimizu-Motohashi, Y., Holm, I. A., Campbell, M. G., Lee, I. H., et al. (2012). Characteristics and predictive value of blood transcriptome signature in males with autism spectrum disorders. *PLoS ONE, 7,* e49475.

Kovshoff, H., Hastings, R. P., & Remington, B. (2011). Two-year outcomes for children with autism after the cessation of early intensive behavioral intervention. *Behavior Modification, 35,* 427–450.

Kuhl, P. K. (2007). Is speech learning "gated" by the social brain? *Developmental Science, 10,* 110–120.

Kuhl, P. K., Coffey-Corina, S., Padden, D., & Dawson, G. (2005). Links between social and linguistic processing of speech in preschool children with autism: Behavioral and electrophysiological measures. *Developmental Science, 8,* F1–F12.

Kuhl, P. K., Tsao, F. M., & Liu, H. M. (2003). Foreign-language experience in infancy: Effects of short-term exposure and social interaction on phonetic learning. *Proceedings of the National Academy of Sciences, 100,* 9096–9101.

Kuppens, S., & Onghena, P. (2012). Sequential meta-analysis to determine the sufficiency of cumulative knowledge: The case of early intensive behavioral intervention for children with autism spectrum disorders. *Research in Autism Spectrum Disorders, 6,* 168–176.

Lancet Global Mental Health Group, Chisholm, D., Flisher, A. J., Lund, C., Patel, V., Saxena, S., et al. (2007). Scale up services for mental disorders: A call for action. *Lancet, 370,* 1241–1252.

Landa, R., & Garrett-Mayer, E. (2006). Development in infants with autism spectrum disorders: A prospective study. *Journal of Child Psychology and Psychiatry and Allied Disciplines, 47,* 629–638.

Lawton, K., & Kasari, C. (2012). Teacher-implemented joint attention intervention: Pilot randomized controlled study for preschoolers with autism. *Journal of Consulting and Clinical Psychology, 80,* 687–693.

Leff, H. (1968). Behavior modification and the psychoses of childhood. A review. *Psychological Bulletin, 69,* 396–409.

Loh, A., Soman, T., Brian, J., Bryson, S. E., Roberts, W., Szatmari, P., et al. (2007). Stereotyped motor behaviors associated with autism in high-risk infants: A pilot videotape analysis of a sibling sample. *Journal of Autism and Developmental Disorders, 37,* 25–36.

Lovaas, O. I. (1987). Behavioral treatment and normal educational and intellectual functioning in young autistic children. *Journal of Consulting and Clinical Psychology, 55,* 3–9.

Lovaas, O. I., Schreibman, L., & Koegel, R. L. (1974). A behavior modification approach to the treatment of autistic children. *Journal of Autism and Childhood Schizophrenia, 4,* 111–129.

Loveland, K. A., & Landry, S. H. (1986). Joint attention and language in autism and developmental language delay. *Journal of Autism and Developmental Disorders, 16*, 335–349.

Magiati, I., Charman, T., & Howlin, P. (2007). A two-year prospective follow-up study of community-based early intensive behavioural intervention and specialist nursery provision for children with autism spectrum disorders. *Journal of Child Psychology and Psychiatry and Allied Disciplines, 48*, 803–812.

Magiati, I., Moss, J., Charman, T., & Howlin, P. (2011). Patterns of change in children with autism spectrum disorders who received community-based comprehensive interventions in their pre-school years: A seven-year follow-up study. *Research in Autism Spectrum Disorders, 5*, 1016–1027.

Makrygianni, M., & Reed, P. (2010). A meta-analytic review of the effectiveness of behavioural early intervention programs for children with autistic spectrum disorders. *Research in Autism Spectrum Disorders, 4*, 577–593.

Mandell, D. S., Novak, M. M., & Zubritsky, C. D. (2005). Factors associated with age of diagnosis among children with autism spectrum disorders. *Pediatrics, 116*, 1480–1486.

Mandell, D. S., Wiggins, L. D., Carpenter, L. A., Daniels, J., DiGuiseppi, C., Durkin, M. S., et al. (2009). Racial/ethnic disparities in the identification of children with autism spectrum disorders. *American Journal of Public Health, 99*, 493–498.

Mazuryk, G. F., Barker, P., & Harasym, L. (1978). Behavior therapy for autistic children: A study of acceptability and outcome. *Child Psychiatry and Human Development, 9*, 119–125.

McCleery, J. P., Akshoomoff, N., Dobkins, K. R., & Carver, L. J. (2009). Atypical face versus object processing and hemispheric asymmetries in 10-month-old infants at risk for autism. *Biological Psychiatry, 66*, 950–957.

McConnell, S. R. (2002). Interventions to facilitate social interaction for young children with autism: Review of available research and recommendations for educational intervention and future research. *Journal of Autism and Developmental Disorders, 32*, 351–372.

McEachin, J. J., Smith, T., & Lovaas, O. I. (1993). Long-term outcome for children with autism who received early intensive behavioral treatment. *American Journal of Mental Retardation, 97*, 359–372; discussion 73–91.

McPheeters, M. L., Warren, Z., Sathe, N., Bruzek, J. L., Krishnaswami, S., Jerome, R. N., et al. (2011). A systematic review of medical treatments for children with autism spectrum disorders. *Pediatrics, 127*, e1312–e1321.

Meltzoff, A. N., Kuhl, P. K., Movellan, J., & Sejnowski, T. J. (2009). Foundations for a new science of learning. *Science, 325*, 284–288.

Mitchell, S., Brian, J., Zwaigenbaum, L., Roberts, W., Szatmari, P., Smith, I., et al. (2006). Early language and communication development of infants later diagnosed with autism spectrum disorder. *Journal of Developmental and Behavioral Pediatrics, 27*, S69–S78.

Mundy, P., Sigman, M., & Kasari, C. (1990). A longitudinal study of joint attention and language development in autistic children. *Journal of Autism and Developmental Disorders, 20*, 115–128.

Mundy, P., Sigman, M., & Kasari, C. (1994). Joint attention, developmental level, and symptom presentation in autism. *Development and Psychopathology, 6*, 389–401.

Mundy, P., Sigman, M., Ungerer, J., & Sherman, T. (1986). Defining the social deficits of autism: The contribution of non-verbal communication measures. *Journal of Child Psychology and Psychiatry and Allied Disciplines, 27*, 657–669.

Mundy, P., Sigman, M., Ungerer, J., & Sherman, T. (1987). Nonverbal communication and play correlates of language development in autistic children. *Journal of Autism and Developmental Disorders, 17*, 349–364.

Nadig, A. S., Ozonoff, S., Young, G. S., Rozga, A., Sigman, M., & Rogers, S. J. (2007). A prospective study of response to name in infants at risk for autism. *Archives of Pediatrics & Adolescent Medicine, 161*, 378–183.

National Autism Center. (2009). *The national standards project: Addressing the need for evidence-based practice guidelines for autism spectrum disorders*. Randolph, MA: Author.

National Research Council. (2001). *Educating children with autism*. Washington DC: National Academy Press.

Newschaffer, C. J., Croen, L. A., Daniels, J., Giarelli, E., Grether, J. K., Levy, S. E., et al. (2007). The epidemiology of autism spectrum disorders. *Annual Review of Public Health, 28*, 235–258.

Newschaffer, C. J., Falb, M. D., & Gurney, J. G. (2005). National autism prevalence trends from United States special education data. *Pediatrics, 115*, e277–e282.

Nithianantharajah, J., & Hannan, A. J. (2006). Enriched environments, experience-dependent plasticity and disorders of the nervous system. *Nature Reviews Neuroscience, 7*, 697–709.

Noland, J. S., Reznick, J. S., Stone, W. L., Walden, T., & Sheridan, E. H. (2010). Better working memory for non-social targets in infant siblings of children with autism spectrum disorder. *Developmental Science, 13*, 244–251.

O'Roak, B. J., Vives, L., Fu, W., Egertson, J. D., Stanaway, I. B., Phelps, I. G., et al. (2012). Multiplex targeted sequencing identifies recurrently mutated genes in autism spectrum disorders. *Science, 338*, 1619–1622.

O'Roak, B. J., Vives, L., Girirajan, S., Karakoc, E., Krumm, N., Coe, B. P., et al. (2012). Sporadic autism exomes reveal a highly interconnected protein network of de novo mutations. *Nature, 485*, 246–250.

Ospina, M. B., Krebs Seida, J., Clark, B., Karkhaneh, M., Hartling, L., Tjosvold, L., et al. (2008). Behavioural and developmental interventions for autism spectrum disorder: A clinical systematic review. *PLoS ONE, 3*, e3755.

Osterling, J., & Dawson, G. (1994). Early recognition of children with autism: A study of first birthday home videotapes. *Journal of Autism and Developmental Disorders, 24*, 247–257.

Osterling, J. A., Dawson, G., & Munson, J. A. (2002). Early recognition of 1-year-old infants with autism spectrum disorder versus mental retardation. *Development and Psychopathology, 14*, 239–251.

Ozgen, H., Hellemann, G. S., de Jonge, M. V., Beemer, F. A., & van Engeland, H. (2013). Predictive value of morphological features in patients with autism versus normal controls. *Journal of Autism and Developmental Disorders, 43*, 147–55.

Ozgen, H., Hellemann, G. S., Stellato, R. K., Lahuis, B., van Daalen, E., Staal, W. G., et al. (2011). Morphological features in children with autism spectrum disorders: A matched case-control study. *Journal of Autism and Developmental Disorders, 41*, 23–31.

Ozonoff, S., Iosif, A. M., Baguio, F., Cook, I. C., Hill, M. M., Hutman, T., et al. (2010). A prospective study of the emergence of early behavioral signs of autism. *Journal of the American Academy of Child & Adolescent Psychiatry, 49*, 256–266 e1–e2.

Ozonoff, S., Macari, S., Young, G. S., Goldring, S., Thompson, M., & Rogers, S. J. (2008). Atypical object exploration at 12 months of age is associated with autism in a prospective sample. *Autism, 12*, 457–472.

Ozonoff, S., Young, G. S., Carter, A., Messinger, D., Yirmiya, N., Zwaigenbaum, L., et al. (2011). Recurrence risk for autism spectrum disorders: A Baby Siblings Research Consortium study. *Pediatrics, 128*, e488–e495.

Palomo, R., Belinchon, M., & Ozonoff, S. (2006). Autism and family home movies: A comprehensive review. *Journal of Developmental and Behavioral Pediatrics, 27*, S59–S68.

Patel, V., Kieling, C., Maulik, P. K., & Divan, G. (2013). Improving access to care for children with mental disorders: A global perspective. *Archives of Disease in Childhood, 98*, 323–327.

Peters-Scheffer, N., Didden, R., Korzilius, H., & Matson, J. (2012). Cost comparison of early intensive behavioral intervention and treatment as usual for children with autism spectrum disorder in The Netherlands. *Research in Developmental Disabilities, 33*, 1763–72.

Peters-Scheffer, N., Didden, R., Korzilius, H., & Sturmey, P. (2011). A meta-analytic study on the effectiveness of comprehensive ABA-based early intervention programs for children with autism spectrum disorders. *Research in Autism Spectrum Disorders, 5*, 60–69.

Pierce, K., & Schreibman, L. (1995). Increasing complex social behaviors in children with autism: Effects of peer-implemented pivotal response training. *Journal of Applied Behavior Analysis, 28*, 285–295.

Presmanes, A. G., Walden, T. A., Stone, W. L., & Yoder, P. J. (2007). Effects of different attentional cues on responding to joint attention in younger siblings of children with autism spectrum disorders. *Journal of Autism and Developmental Disorders, 37*, 133–144.

Prizant, B., Wetherby, A., Rubin, E., & Laurent, A. (2003). The SCERTS model: A transactional, family-centered approach to enhancing communication and socioemotional abilities of children with autism spectrum disorder. *Infants & Young Children, 16*, 296–316.

Prizant, B. M., Wetherby, A. M., Rubin, E., Laurent, A., & Rydell, P. (2005). *The SCERTS[TM] model: A comprehensive educational approach for children with autism spectrum disorders*. Baltimore, MD: Brookes.

Reichow, B. (2012). Overview of meta-analyses on early intensive behavioral intervention for young children with autism spectrum disorders. *Journal of Autism and Developmental Disorders, 42*, 512–20.

Reichow, B., Barton, E. E., Boyd, B. A., & Hume, K. (2012). Early Intensive Behavioral Intervention (EIBI) for young children with autism

disorders (ASD). *Cochrane Database of Systematic Reviews*, *10*, CD009260.

Reichow, B., & Wolery, M. (2009). Comprehensive synthesis of early intensive behavioral interventions for young children with autism based on the UCLA young autism project model. *Journal of Autism and Developmental Disorders*, *39*, 23–41.

Rice, C. D., Rosanoff, M., Dawson, G., Durkin, M. S., Croen, L. A., Singer, A., et al. (2012). Evaluating changes in prevalence of the autism spectrum disorders. *Public Health Reviews*. Advance online publication.

Ritvo, E. R., Freeman, B. J., Pingree, C., Mason-Brothers, A., Jorde, L., Jenson, W. R., et al. (1989). The UCLA-University of Utah epidemiologic survey of autism: Prevalence. *American Journal of Psychiatry*, *146*, 194–199.

Robins, D. L., Fein, D., Barton, M. L., & Green, J. A. (2001). The modified Checklist for Autism in Toddlers: An initial study investigating the early detection of autism and pervasive developmental disorders. *Journal of Autism and Developmental Disorders*, *31*, 131–144.

Rogers, S. J. (2009). What are infant siblings teaching us about autism in infancy? *Autism Research*, *2*, 125–137.

Rogers, S. J., Bennetto, L., McEvoy, R., & Pennington, B. F. (1996). Imitation and pantomime in high-functioning adolescents with autism spectrum disorders. *Child Development*, *67*, 2060–2073.

Rogers, S. J., & DiLalla, D. (1991). A comparative study of the effects of a developmentally based preschool curriculum on young children with autism and young children with other disorders of behavior and development. *Topics in Early Childhood Special Education*, *11*, 29–47.

Rogers, S. J., Hayden, D., Hepburn, S., Charlifue-Smith, R., Hall, T., & Hayes, A. (2006). Teaching young nonverbal children with autism useful speech: A pilot study of the Denver Model and PROMPT interventions. *Journal of Autism and Developmental Disorders*, *36*, 1007–1024.

Rogers, S. J., Hepburn, S. L., Stackhouse, T., & Wehner, E. (2003). Imitation performance in toddlers with autism and those with other developmental disorders. *Journal of Child Psychology and Psychiatry*, *44*, 763–781.

Rogers, S. J., Herbison, J. M., Lewis, H. C., Pantone, J., & Reis, K. (1986). An approach for enhancing the symbolic, communicative, and interpersonal functioning of young children with autism or severe emotional handicaps. *Journal of Early Intervention*, *10*, 135–148.

Rogers, S. J., & Lewis, H. (1989). An effective day treatment model for young children with pervasive developmental disorders. *Journal of the American Academy of Child & Adolescent Psychiatry*, *28*, 207–214.

Rogers, S. J., Lewis, H., & Reis, K. (1987). An effective procedure for training early special education teams to implement a model program. *Journal of Early Intervention*, *11*, 180–188.

Rogers, S. J., & Pennington, B. F. (1991). A theoretical approach to the deficits in infantile autism. *Development and Psychopathology*, *3*, 137–162.

Rogers, S. J., & Vismara, L. A. (2008). Evidence-based comprehensive treatments for early autism. *Journal of Clinical Child and Adolescent Psychology*, *37*, 8–38.

Saffran, J. R., Aslin, R. N., & Newport, E. L. (1996). Statistical learning by 8-month-old infants. *Science*, *274*, 1926–1928.

Sakai, Y., Shaw, C. A., Dawson, B. C., Dugas, D. V., Al-Mohtaseb, Z., Hill, D. E., et al. (2011). Protein interactome reveals converging molecular pathways among autism disorders. *Science Translational Medicine*, *3*, 86ra49.

Sallows, G. O., & Graupner, T. D. (2005). Intensive behavioral treatment for children with autism: Four-year outcome and predictors. *American Journal of Mental Retardation*, *110*, 417–438.

Sanders, S. J., Murtha, M. T., Gupta, A. R., Murdoch, J. D., Raubeson, M. J., Willsey, A. J., et al. (2012). De novo mutations revealed by whole-exome sequencing are strongly associated with autism. *Nature*, *485*, 237–241.

Schreibman, L., Charlop, M. H., & Koegel, R. L. (1982). Teaching autistic children to use extra-stimulus prompts. *Journal of Experimental Child Psychology*, *33*, 475–491.

Schumann, C. M., Bloss, C. S., Barnes, C. C., Wideman, G. M., Carper, R. A., Akshoomoff, N., et al. (2010). Longitudinal magnetic resonance imaging study of cortical development through early childhood in autism. *Journal of Neuroscience*, *30*, 4419–4427.

Scott-Van Zeeland, A. A., Dapretto, M., Ghahremani, D. G., Poldrack, R. A., & Bookheimer, S. Y. (2010). Reward processing in autism. *Autism Research*, *3*, 53–67.

Seida, J. K., Ospina, M. B., Karkhaneh, M., Hartling, L., Smith, V., & Clark, B. (2009). Systematic reviews of psychosocial interventions for autism: An umbrella review. *Developmental Medicine and Child Neurology*, *51*, 95–104.

Shattuck, P., Durkin, M., Maenner, M., Newschaffer, C., Mandell, D., Wiggins, L., et al. (2009). Timing of identification among children with an autism spectrum disorder: Findings from a population-based surveillance study. *Journal of the American Academy of Child & Adolescent Psychiatry*, *48*, 474–483.

Siegel, B. (2004). *The Pervasive Developmental Disorders Screening Test II (PDDST-II)*. San Antonio, TX: Harcourt Assessment.

Sigman, M. D., Kasari, C., Kwon, J. H., & Yirmiya, N. (1992). Responses to the negative emotions of others by autistic, mentally retarded, and normal children. *Child Development*, *63*, 796–807.

Sigman, M., Mundy, P., Sherman, T., & Ungerer, J. (1986). Social interactions of autistic, mentally retarded and normal children and their caregivers. *Journal of Child Psychology and Psychiatry and Allied Disciplines*, *27*, 647–655.

Sigman, M., Ruskin, E., Arbeile, S., Corona, R., Dissanayake, C., Espinosa, M., et al. (1999). Continuity and change in the social competence of children with autism, Down syndrome, and developmental delays. *Monographs of the Society for Research in Child Development*, *64*, 1–114.

Smith, D. G., & Ehlers, M. D. (2012). Mining and modeling human genetics for autism therapeutics. *Current Opinion in Neurobiology*, *22*, 902–910.

Smith, T., Groen, A. D., & Wynn, J. W. (2000). Randomized trial of intensive early intervention for children with pervasive developmental disorder. *American Journal of Mental Retardation*, *105*, 269–285.

Spreckley, M., & Boyd, R. (2009). Efficacy of applied behavioral intervention in preschool children with autism for improving cognitive, language, and adaptive behavior: A systematic review and meta-analysis. *Journal of Pediatrics*, *154*, 338–344.

Stahmer, A. C. (1995). Teaching symbolic play skills to children with autism using pivotal response training. *Journal of Autism and Developmental Disorders*, *25*, 123–141.

State, M. W., & Sestan, N. (2012). Neuroscience. The emerging biology of autism spectrum disorders. *Science*, *337*, 1301–1303.

Stone, W. L., Coonrod, E. E., & Ousley, O. Y. (2000). Brief report: Screening Tool for Autism in Two-Year-Olds (STAT): Development and preliminary data. *Journal of Autism and Developmental Disorders*, *30*, 607–612.

Szeftel, R., Federico, C., Hakak, R., Szeftel, Z., & Jacobson, M. (2012). Improved access to mental health evaluation for patients with developmental disabilities using telepsychiatry. *Journal of Telemedicine and Telecare*, *18*, 317–321.

Tager-Flusberg, H. (2010). The origins of social impairments in autism spectrum disorder: studies of infants at risk. *Neural Networks*, *23*, 1072–1076.

Technology Evaluation Center. (2009). *Special report: Early intensive behavioral intervention based on applied behavior analysis among children with autism spectrum disorders* (TEC Assessment 23.9). Chicago: Blue-Cross BlueShield Association.

Tomasello, M., & Farrar, M. J. (1986). Joint attention and early language. *Child Development*, *57*, 1454–1463.

Toth, K., Munson, J., Meltzoff, A. N., & Dawson, G. (2006). Early predictors of communication development in young children with autism spectrum disorder: Joint attention, imitation, and toy play. *Journal of Autism and Developmental Disorders*, *36*, 993–1005.

Venter, A., Lord, C., & Schopler, E. (1992). A follow-up study of high-functioning autistic children. *Journal of Child Psychology and Psychiatry*, *33*, 489–507.

Virues-Ortega, J. (2010). Applied behavior analytic intervention for autism in early childhood: Meta-analysis, meta-regression and dose–response meta-analysis of multiple outcomes. *Clinical Psychology Review*, *30*, 387–399.

Vismara, L. A., & Rogers, S. J. (2010). Behavioral treatments in autism spectrum disorder: What do we know? *Annual Review of Clinical Psychology*, *6*, 447–468.

Vismara, L. A., Young, G. S., & Rogers, S. J. (2012). Telehealth for expanding the reach of early autism training to parents. *Autism Research and Treatment*, 2012, 121878.

Voineagu, I., Wang, X., Johnston, P., Lowe, J. K., Tian, Y., Horvath, S., et al. (2011). Transcriptomic analysis of autistic brain reveals convergent molecular pathology. *Nature*, *474*, 380–384.

Wallace, S., Fein, D., Rosanoff, M., Dawson, G., Hossain, S., Brennan, L., et al. (2012). A global public health strategy for autism spectrum disorders. *Autism Research*, *5*, 211–217.

Warren, Z., McPheeters, M. L., Sathe, N., Foss-Feig, J. H., Glasser, A., & Veenstra-Vanderweele, J. (2011). A systematic review of early intensive intervention for autism spectrum disorders. *Pediatrics*, *127*, e1303–e1311.

G. Dawson and R. Bernier

Webb, S. J., Dawson, G., Bernier, R., & Panagiotides, H. (2006). ERP evidence of atypical face processing in young children with autism. *Journal of Autism and Developmental Disorders, 36,* 881–890.

Werner, E., Dawson, G., Osterling, J., & Dinno, N. (2000). Brief report: Recognition of autism spectrum disorder before one year of age: A retrospective study based on home videotapes. *Journal of Autism and Developmental Disorders, 30,* 157–162.

Wetherby, A., & Prizant, B. M. (2002). *Communication and symbolic behavior scales: Developmental profile.* Baltimore, MD: Paul H. Brookes.

Wimmer, H., & Perner, J. (1983). Beliefs about beliefs: Representation and constraining function of wrong beliefs in young children's understanding of deception. *Cognition, 13,* 103–128.

Wolff, J. J., Gu, H., Gerig, G., Elison, J. T., Styner, M., Gouttard, S., et al. (2012). Differences in white matter fiber tract development present from 6 to 24 months in infants with autism. *American Journal of Psychiatry, 169,* 589–600.

Yirmiya, N., Gamliel, I., Pilowsky, T., Feldman, R., Baron-Cohen, S., & Sigman, M. (2006). The development of siblings of children with autism at 4 and 14 months: Social engagement, communication, and cognition. *Journal of Child Psychology and Psychiatry and Allied Disciplines, 47,* 511–523.

Yirmiya, N., Kasari, C., Sigman, M., & Mundy, P. (1989). Facial expressions of affect in autistic, mentally retarded and normal children. *Journal of Child Psychology and Psychiatry and Allied Disciplines, 30,* 725–735.

Young, J., Corea, C., Kimani, J., Mandell, D., & Blackwell, E. (2010). *Autism spectrum disorders (ASDs) services. IMPAQ final report on environmental scan.* Baltimore, MD: Centers for Medicare and Medicaid Services.

Zwaigenbaum, L., Bryson, S., Rogers, T., Roberts, W., Brian, J., & Szatmari, P. (2005). Behavioral manifestations of autism in the first year of life. *International Journal of Developmental Neuroscience, 23,* 143–152.



Curr Dev Disord Rep (2016) 3:57–66
DOI 10.1007/s40474-016-0070-1

AUTISM SPECTRUM (A RICHDALE, SECTION EDITOR)

# The Efficacy of ABA for Individuals with Autism Across the Lifespan

Jonathan W. Ivy[1] · Kimberly A. Schreck[1]

Published online: 30 January 2016
© Springer International Publishing Switzerland 2016

**Abstract** The use of applied behavior analysis (ABA) across the lifespan for individuals with autism spectrum disorders (ASD) evolves as young children mature to adolescents and then to adults. In childhood, instruction of comprehensive skill repertoires in combined treatment packages (e.g., early intensive behavioral intervention) in conjunction with instruction of individual functional skills related to communication, social skill interactions, and adaptive behavior create a comprehensive program. As children mature to adolescents and adults, instruction focuses more on individual functional skills related to adaptive behavior (e.g., vocational, personal/domestic, community, and leisure). Both combined treatment packages and individual functional skill instruction for children and adolescents rely upon the research-supported operant principles and procedures of ABA. Thus, ABA can be considered an efficacious treatment option for individuals with ASD across the lifespan if used with fidelity to the application of ABA principles.

**Keywords** Applied behavior analysis · Autism spectrum disorders · Skills acquisition · Autism spectrum · Developmental disorders · Review

---

This article is part of the Topical Collection on *Autism Spectrum*

✉ Jonathan W. Ivy
jwi106@psu.edu

[1] Penn State Harrisburg, W311 Olmsted Building, 777 W Harrisburg Pike, Middletown, PA 17027-4898, USA

## Introduction

The discipline of applied behavior analysis (ABA) provides a comprehensive approach to understanding and improving human behavior. Built upon the scientific foundation of experimental analysis and refined by decades of applied research [1], behavior analysts create programs derived from basic learning principles (e.g., reinforcement) to promote the development of functional skills or to reduce challenging behaviors. Although behavior analysts employ many basic learning principles to improve socially important behavior, most improve skills using the principles of operant learning (i.e., an increase or decrease in future occurrences of the behavior as a function of consequences).

Operant learning principles include a variety of well-researched concepts. These operant learning principles (e.g., reinforcement, generalization, and stimulus control) contribute to the development of conceptually based operant procedures [1]. Because research-supported operant learning principles provide the foundation for operant procedures, each of the operant procedures can be considered conceptually effective for teaching a variety of skills. In addition to the efficacy of the underlying principles providing the foundation for operant procedures, research evaluating the efficacy of individual operant procedures (e.g., the application of reinforcement to improve a specific skill) indicates additional support (see Fig. 1 for examples of operant learning principles and the operant procedures developed from the principles).

Although research supports each of these individual operant procedures, the implementation of an operant procedure in isolation rarely produces optimal learning of functional skills. When constructing behavior change programs, behavior analysts combine the individual

Curr Dev Disord Rep (2016) 3:57–66



**Fig. 1** Graphical representation of the influence of operant principles on procedures and combined packages. *Asterisk* indicates determined to be supported by research. *1* see reference [47] pp. 213–214 for other examples of operant procedures developed from operant principles

operant procedures to create effective and comprehensive programming. For example, behavior analysts combine research-supported prompting and prompt fading procedures with reinforcement procedures. When behavior analysts develop specific combinations of operant procedures to teach functional skills, they may disseminate the combined procedures as a packaged treatment approach. For example, repeated presentation of idiosyncratic combinations of specific antecedent manipulation, prompting procedures, generalization and maintenance protocols, and reinforcement may be labeled as a specific packaged treatment approach (e.g., natural environmental training, applied verbal behavior, early intensive behavioral intervention, and pivotal response treatment) [2].

Within these packaged treatment approaches, idiosyncratic combinations and implementation of operant principles and procedures sometimes occur; such procedures may not follow ABA application standards. The conventional practices and idiosyncratic implementations that develop within these packaged approaches typically do not suggest any new principles of learning nor show superiority to their individual research-supported

operant procedure foundations. See Fig. 1 for examples of combined treatment packages developed from operant procedures.

The packaging of operant procedures also may cause confusion when attempting to evaluate the efficacy of the treatment package and underlying equivalencies to their underlying research-supported operant procedures [3••, 4••]. Behavior analysts and supporters of these packaged treatment approaches sometimes make anecdotal claims that the packaged combinations of operant procedures within the treatments maintain quantitatively and qualitatively different outcomes than the individual operant procedures. In fact, the idiosyncratic combinations and implementations of operant procedures developed within the packaged treatments may not follow research-supported ABA standards. For example, choosing targeted skills listed in a packaged curriculum that the person being treated will never use in his or her natural environment violates basic operant principles and procedures of target selection, generalization, and maintenance. Thus, although the packaged treatment may be developed from operant principles and procedures, the packaged treatment may not be supported because

Curr Dev Disord Rep (2016) 3:57–66                                                                                     59

the treatment does not follow ABA application, generalization, and maintenance standards.

These packaged treatments may become marketed without adequate examination of the effects of the packaged idiosyncratic procedures [3••]. It is important to note that packaging and labeling a combination of operant procedures does not create inherent problems and should not necessarily be avoided [3••]. However, problems in determining the efficacy of ABA interventions develop because evaluators may tend to investigate the efficacy of only the packaged treatments and their idiosyncratic application of ABA.

Practitioners debate the efficacy of ABA for people with autism spectrum disorders (ASD) due in part to what they consider ABA to be. Some evaluators of ABA strictly adhere to the investigation of the efficacy of operant principles and procedures for increasing functional skill acquisition. Other evaluators only examine ABA within the packaged treatment approaches, sometimes even creating their own package names (e.g., "Lovaas approach," "mass trial approach," etc.). The different approaches to determine treatment efficacy leads to varying determinations of the research support for ABA. This can be very confusing to consumers and professionals attempting to determine if they should use ABA to help people with ASD.

Despite the inherent difficulties with determining how to evaluate ABA, researchers require certain common standards for evaluating treatment efficacy. These evaluation standards typically require the examination of empirical research for quality scientific methodology and replication of results across studies [5–8, 9•, 10]. These standards result in research-efficacy determinations for the marketed, packaged treatments or for just specific combinations of operant procedures [4••]. For example, pivotal response treatment (i.e., a combined ABA package) and the combination of most to least prompting and edible reinforcement (i.e., a combination of specific operant procedures) may be considered efficacious while most to least prompting without reinforcement may not. However, researchers also suggest that individual operant procedures based upon research-supported operant principles can be considered efficacious for people with ASD [10].

Decades of applied research that includes the empirical evaluation of operant principles, operant procedures, and combined packaged treatments indicate that a variety of operant procedures may be considered effective for teaching skills for people with ASD. An inclusive search of *all* articles addressing teaching people with ASD reveals thousands of articles that use operant procedures. Thus, a comprehensive literature review of *all* research involving ABA for teaching skills and reducing behavior for people with ASD across the lifespan would be beyond the scope of this article. This literature review provides readers with research-supported *examples* of instruction of skills across the lifespan for people with ASD (i.e., early intervention/elementary school and adolescent/adult) using operant principles and procedures.

**Early intervention/elementary school**

Historically, behavior analysts used operant procedures to teach specific, individual functional skills to children. These skills often included very discrete skills, such as hand washing, teeth brushing, and sitting in a chair. Evaluation of these operant procedures indicates efficacy for teaching specific skills to children with ASD [4••, 8]. See Fig. 1 for examples of operant procedures considered research-supported for use with children with ASD.

Following Lovaas's [11, 12] seminal results, behavior analysts continued to teach children with ASD individual functional skills. However, they expanded treatment to teaching multiple skills within the same conceptual category or comprehensive skill repertoire (e.g., imitation, matching, requesting, etc.). This change in instructional focus resulted in the development of combined treatment packages (e.g., ABA, early intensive behavioral interventions, and comprehensive behavioral treatments) to instruct a combination of individual functional skills and comprehensive skill repertoires.

As instructional focus evolved from teaching individual skills to teaching comprehensive skill repertoires and combined behavioral packages focusing on developmental sequencing of skills, the evaluation of ABA's effectiveness for children changed. Evaluations of ABA's effectiveness had to include both operant procedures and combined behavioral packages. Evaluation of the individual operant procedures and the combined behavioral packages based upon operant procedures have since been determined to be continuously supported by research [4••, 8, 13].

Behavior analysts use these research-supported operant procedures and combined behavioral treatment packages to teach children with ASD a variety of individual functional skills and comprehensive skill repertoires. For children with ASD, these skills address basic learning needs. These learning needs typically involve instruction of communication, social interactions, and adaptive behavior skills.

**Functional skills commonly taught for early intervention/elementary school**

*Communication*

Depending upon the functioning level of the child with ASD, behavior analysts use operant procedures to teach a variety of individualized communication repertoires and individual functional skills. Early communication instruction for most children with ASD involves teaching the child to understand verbal communication. Behavior analysts may teach this communication repertoire by combining models with words, repeatedly prompting the child to follow verbal instructions, and reinforcing them following successful approximations to

Curr Dev Disord Rep (2016) 3:57–66

following verbal instructions [14–16]. As the child learns to understand verbal communication, he also learns how to communicate with others in his environment.

As the child learns to understand others, he also must learn to communicate with others in his environment. For a child without verbal communication skills, communication instruction may begin with vocal imitation or shaping of verbal approximations of words (e.g., verbalizing "ooh" to request "juice"). Some non-vocal children may begin communicating by learning to exchange pictures of objects to communicate their wants and needs [17]. Early Intensive Behavioral Intervention may progress to teaching comprehensive communication skill repertoires from the basic imitation of verbal and nonverbal skills to labeling, identifying, requesting, and conceptualizing of constructs or categories [15, 18, 19].

Children with some verbal communication or more progressed skills learn more advanced communication skills. These may include verbally identifying and requesting common objects in the child's environment, asking and answering questions, initiating or responding to social situations, commenting on play or the environment, or engaging in conversations with adults and peers, e.g., [16, 20–23]. As children learn to communicate, they learn to use these skills within social situations, such as changing conversation topics by asking questions [24].

### Social Interactions

As children with ASD learn to communicate, behavior analysts combine the application of specific communication skills and comprehensive skill repertoires with instruction of social and play skill repertoires and individual skills. For young children, behavior analysts use operant procedures to teach comprehensive skill repertoires (e.g., imitation) that assists the child in learning how to play. Play goals may start with basic imitation and prompting strategies to assist the child in learning how to play with toys in conventional or functional ways, such as throwing a ball, stacking blocks, completing puzzles, or looking at books, e.g., [16, 23, 25, 26]. This instruction starts with basic toy play and proceeds to more complex play, such as card and board games (e.g., CandyLand, Bingo, Memory, etc.) and basic pretend play (e.g., pretending to be an animal, pretending to cook a meal, or using figurines and props like construction) [20, 27–29].

As the young child progresses with basic play and communication skills, social interaction goals may evolve to more elaborate and symbolic pretend play. Elaborate pretend play can involve acting out scenarios (e.g., playing house or doctor), using imaginary props (e.g., playing the air guitar) or using one object to stand for another [25, 28, 30]. After the child develops these skills in structured environments, he learns to interact with other children in social pretend play and sociodramatic play (i.e., combining functional toy play

and pretend play with peers [30]). This generalization of pretend play skills typically requires advanced combinations of communication skill repertoires and individual skills, such as conversations, imitation, and elaborations on a theme. Children must have some communication skills related to commenting on play and making suggestions related to play to successfully engage in pretend and sociodramatic play [31].

As more elaborate play develops, social interactions begin to evolve to teaching skills for making and maintaining friends and following social rules. These more advanced skills for young children with ASD often include following rules in games, learning when to enter conversations, allowing changes in conversation topics (readers can obtain examples of skills from [16, 23, 32]). Specific skills within these broader social interaction domains may include teaching social initiations (e.g., saying "hello"), responses (e.g., answering a social question), and sharing [22].

### Adaptive Behavior

Communication and social interaction skills allow children with ASD to interact with people in their environment. In addition to instruction of these basic interaction skills, children with ASD must be able to complete other basic adaptive behavior to adequately function in a typical, non-structured environment. These skills comprise a variety of domains of functioning. However, common adaptive behavior domains include generalization of communication and socialization skills and daily living skills (see [33, 34] for examples of adaptive behavior domains). Within each of these domains, arbitrary subdomains of adaptive behavior skills further classify the specific types of functional skills needed for success.

Coinciding with the instruction of comprehensive skill repertoires and of individual functional skills for communication and socialization, the instructional focus for teaching adaptive communication and social interactions involves the generalization of skills to the child's everyday living environment. The overlap of communication and socialization for young children with ASD necessitates instruction of adaptive behavior combining both of these areas. Children with ASD must learn skills such as (a) paying attention to people (e.g., making eye contact); (b) understanding what people are saying (e.g., following teachers', parents', and peers' instructions); (c) expressing their needs (e.g., requesting food, asking to play with a friend, requesting help); (d) commenting upon their environment; and (e) holding conversations. While using communication skills, young children with ASD must learn the adaptive social skills of (a) social interactions (e.g., greetings, imitation, making friends), (b) play and leisure skills (e.g., toy play, pretend play, following rules of games), and (c) social manners and rules (e.g., saying "please" and "thank you," eating manners, etc.). The majority of the instruction of these

Curr Dev Disord Rep (2016) 3:57–66

61

adaptive skills can be found within the *communication and social interaction* sections of this paper.

Instruction of adaptive daily living skills allows young children with ASD to complete activities leading to personal independence. For young children with ASD, these adaptive behavior skills typically include (a) basic personal hygiene (e.g., eating, dressing, brushing teeth, washing hands, toileting); (b) household skills (e.g., setting the table, elementary food preparation, making beds, putting toys away); (c) community integration (e.g., tolerating medical and dental procedures, crossing the street, etc.); and (d) health/safety (e.g., stranger identification, first aid, sleeping routines), e.g., [20, 35]. As with the instruction of individual communication and social interaction skills, adaptive behavior instruction for daily living skills begins with teaching individual components of functional skills. As the child learns each individual skill, the skills combine into larger more complex skill repertoires. For example, a child first may be taught to put his arm into a sleeve of a specific shirt and over time be taught to put on most shirts and coats. The development of the more complex skill repertoire can then be extended to more complex adaptive behavior instructional focus involving dressing, choosing weather appropriate clothing, choosing matching clothing, cleaning clothing, and putting clothing away.

**Instructional Procedures for Young Children with ASD**

Within each of these basic functional skill domains (i.e., communication, social interactions, and adaptive behavior), a variety of operant procedures and combined treatment packages have been used to instruct functional skills. Table 1 provides examples of the operant principles and procedures used independently and within combined treatment packages to teach skills within each of these domains.

**Adolescent/Adult**

Beyond the differences of physiological development and learning histories, society creates important but subtle differences between a child and an adolescent. When a child becomes an adolescent, and eventually an adult, members of society generally increase the responsibilities, expectations, and freedom of that individual. An adolescent, for example, may be given greater control to choose activities of interest and make decisions about future plans than would a child. However, from a behavioral standpoint, the basic operant principles of learning do not change as a function of chronological age. Behavior analysts can equally understand the behavior of a young child, adolescent, and adult by examining

**Table 1**  Examples of early intervention/elementary skills using ABA operant principles and procedures

| Skills taught | ABA operant principles and procedures | Example references |
|---|---|---|
| Communication | Discrete trial instruction | [2][a], [12, 14, 15, 17, 20–22, 24, 48–50] |
| Comprehension of labels and commands | Prompts (verbal, visual, physical, gestural, time delay, in vivo model, video model) | |
| Expressive communication (verbal and picture) | Prompt methods (most-least, least-most, fading) | |
| Vocal imitation | Reinforcement (tangible, edible, verbal, tokens) | |
| Requesting | Shaping | |
| Comments and questions | Chaining | |
| Conversations | Discrimination training | |
| | Generalization programming | |
| | Incidental teaching | |
| Social interactions | Discrete trial instruction | [12, 20, 22], [25–32][a], [35, 48, 50, 51][a] |
| Motor imitation | Prompts (verbal, physical, gestural, in vivo model, video model) | |
| Functional toy play | | |
| Symbolic, dramatic, pretend play | Prompt methods (most-least; least-most) | |
| Board games and rules | Reinforcement (tangible, edible, verbal, tokens) | |
| Athletic games and rules | Shaping | |
| Social initiation | Chaining | |
| Sharing | Discrimination training | |
| Social commenting | Generalization programming | |
| Adaptive behavior | Discrete trial instruction | [20, 35, 48–50, 52, 53] |
| Daily living skills | Prompts (pictorial, gestural, verbal, in vivo model, video model, time delay) | |
| Household skills | | |
| Personal hygiene | Prompt methods (most-least, fading) | |
| | Reinforcement (tangible, edible, verbal) | |
| | Shaping | |
| | Chaining | |
| | Discrimination training | |
| | Generalization programming | |

[a] Literature reviewing the efficacy of ABA operant procedures

Springer

Curr Dev Disord Rep (2016) 3:57–66

operant principles. From this perspective, behavior analysts can consider interventions or comprehensive programs based on basic operant principles to be conceptually efficacious at any age.

Following this argument for the conceptual support of operant principles for adolescents and adults, research also supports the use of specific operant procedures for this population, e.g., [36–38]. This generalization of conceptual support may be needed as the literature base examining research-support for operant principles and procedures directly for adolescents and adults with ASD remains less than that for children [8, 39, 40]. However, in a meta-analysis of behavioral interventions for adolescence and adults with ASD, Roth et al. [38] found evidence to support the use of operant procedures across a range of functional skill domains (e.g., adaptive skills and academic skills). Although this conceptual support for operant principles and procedures exists, this support does not typically specify the details of application or the unique challenges when developing a program for an adolescent or adult.

Although challenges exist with direct application of some operant procedures to adolescents and adults, adolescents and adults with ASD require instruction in similar functional skill domains (i.e., communication, social interactions, and adaptive behavior) as children with ASD require. However, as a child moves into adolescence, different *specific* functional skills may be required from the comprehensive skill repertoires and individual functional skills taught in childhood. Adolescents and adults may continue to require instruction of basic communication and social skills; however, targeted skills may take on additional adaptive behavior directions like exercise and health, vocational skills, or more elaborate community daily living skills.

## Functional Skills Commonly Taught for Adolescent/Adults with ASD

### Adaptive Behavior

The transition from childhood to adolescence and adulthood for individuals with ASD often marks a shift in instructional focus to the adaptive behavior and skills necessary for success beyond school. Although instruction for younger children often emphasizes comprehensive skill repertoires (e.g., imitation) and instruction of individual functional skills, instructional programs for adolescents and adults concentrate more on specific functional skills. This transition creates a more specialized instructional focus on adaptive skill repertoires. These adaptive behavior repertoires of adolescents and adults with ASD commonly include vocational, domestic, personal, community, and leisure skills [33, 34].

### Vocational

As an adolescent and adult mature from school-age to employment-age, he or she requires instruction of the functional skills required at the job or workplace. Behavior analysts label these job-tasks and appropriate workplace social behavior as vocational skills. When developing a vocational skill program, behavior analysts assess the job-task preference of the individual [41]. As the skills necessary to perform the preferred job-tasks vary, the unique needs of the preferred vocation and workplace guide the instruction of specific functional vocational skills. Vocational skills specific to performance of a job-task may include (a) acquisition of specific work-task skills (e.g., preparing envelopes for mailing) [42], (b) seeking assistance with work-related problems [43], (c) increasing job-task independence [44], and (d) completing job-task performance skills [45]. In addition to vocation-specific skills, job success frequently requires proficiency of many of the foundational skills discussed throughout this review (e.g., communication and social interactions). If required, behavior analysts typically instruct these foundational skills for adolescents and adults as individual functional skills.

### Personal and Domestic

In addition to completing work-related skills, adolescents and adults with ASD must learn to complete skills allowing them to successfully live as independently as possible. The personal and domestic skills required for independent living include functional skills, such as completing household chores, participating in their own personal care, maintaining bodily health, and completing essential daily tasks [33]. The broad adaptive behavior repertoire of personal and domestic skills can be sub-divided into even more specific personal and domestic skills. Personal skills may include dressing, toileting, grooming, bathing, health awareness, nighttime routines, and exercise [33]. Domestic skills may include, meal preparation, home awareness (e.g., kitchen safety skills), and home upkeep (e.g., paying bills). Instruction often follows a hierarchical skill progression from basic personal care skills (e.g., self-dressing and self-feeding) to more advanced independent living skills (e.g., shopping and meal preparation).

Instruction within this broad adaptive skill domain often starts in early childhood (e.g., toilet training) and continues through adolescence and adulthood (e.g., personal hygiene). As the child matures to adolescence and adulthood, the additional self-care and domestic responsibilities evolve to more complex and complete personal and domestic functional skills. However, sometimes, child maturation to adolescence does not result in mastery of the basic adaptive personal care skills. Thus, instruction of basic functional skills in these domains must continue during adolescence and adulthood, e.g., [46].

🍀 Springer

## Community

In addition to completing vocational and personal functional skills for more independent living, adolescents and adults with ASD must learn to interact within a larger, social community. Following the deinstitutionalization movement of the 1960s and 1970s, individuals with developmental disabilities—including autism—became more active members of the community. Adolescents and adults with ASD had to learn community skills that allowed them to meaningfully and actively participate in society [33].

To meaningfully and actively participate in society, adolescents and adults with ASD have to learn basic community interaction functional skills. These functional skills typically include skill areas, such as (a) community mobility (e.g., crossing the street), (b) community safety knowledge (e.g., seeking help from appropriate community members, phone use), (c) community commerce (e.g., shopping skills, purchasing items), (d) community manners (e.g., eating), and (g) community schedules (e.g., telling time for bus schedules) [33]. Behavior

analysts choose specific community skills for instruction from the individual's current and projected skill needs within these community domains. For example, a primarily independent person's instructional focus may include budgeting, debit card use, and paying bills. An adolescent or adult requiring more assistance may require instruction in determining community signs (e.g., men's or women's bathroom) and ordering a meal.

## Leisure Skills

The lives of adults and adolescents with ASD do not involve all work and no play. They must develop leisure skills (i.e., functional skills allowing for engagement in enjoyable activities) for these more relaxing portions of their days. This idiosyncratic class of behaviors varies as activity preferences vary significantly across individuals and across the lifespan. For young children with ASD, leisure skill instruction involves social interactions and play. For adolescents and adults, leisure skills may include engaging in multiple activities, such as relaxation (e.g., knitting), social

**Table 2** Examples of adolescent/adult skills using ABA operant principles and procedures

| Skills taught | ABA operant principles and procedures | Example references |
|---|---|---|
| Vocational | Antecedent Intervention (motivating operations, instructional S$^D$) | [42, 43, 54, 55] |
| Job-task skill acquisition | Prompts (visual, script, graduated guidance, time delay) | |
| Seeking assistance or help | Prompt methods (fading, proximity, stimulus, most-least) | |
| Job-task independence | Reinforcement (tokens, tangible, break, edible, verbal) | |
| Job-task performance | Generalization programming | |
| Personal and domestic | Antecedent intervention (training, goal setting, modeling) | [56–58] |
| Setting the table | Prompts (video vibrating pager, verbal, physical) | |
| Putting away groceries | Task analysis | |
| Reducing rapid eating | Reinforcement (verbal) | |
| Exercise | Generalization programming | |
| Basic hygiene | | |
| Cleaning | | |
| Cooking | | |
| Community | Antecedent intervention (training, modeling) | [44, 59–62] |
| Social interaction | Prompts (time delay, graduated guidance) | |
| Basic money skills | Prompt methods (fading, least to most) | |
| Increased independence | Chaining (task analysis, total task) | |
| Answering a cell phone | Reinforcement (verbal, token) | |
| Seeking assistance when lost | Generalization programming | |
| Leisure | Antecedent intervention (instructions) | [63–66] |
| Teaching photography skills | Prompts (video, time delay, most-to-least) | |
| Tabletop games | Chaining (task analysis, backwards) | |
| Outdoor activities | Reinforcement (verbal, tangible, edible, preference assessments) | |
| Physical activities | | |
| Internet skills | Generalization programming | |

Curr Dev Disord Rep (2016) 3:57–66

interactions (e.g., playing a board game with friends), physical activity (e.g., hiking), and entertainment (e.g., watching a movie). The specific leisure skill targets should be selected with the input of the individual adolescent's or adult's activity preferences.

## Instructional Procedures for Adolescents and Adults with ASD

Instruction of adaptive behavior for adolescents and adults with ASD relies more upon operant procedures than on the combined treatment packages found in early childhood/ elementary school aged instruction. As with instruction of young children with ASD, behavior analysts use a variety of operant procedures to teach basic adaptive behavior repertoires (i.e., vocational, domestic, personal, community, and leisure skills). Table 2 provides examples of the operant principles procedures used independently and within combined treatment packages to teach skills within each of these domains.

## Conclusion

For young children, adolescents, and adults with ASD, operant principles and procedures provide research-supported treatment options for teaching individual functional skills and comprehensive skill repertoires. As children mature into adolescents and adults, the instruction of specific functional skills may evolve, but the operant procedures used to teach the skills typically do not. The application of ABA for these individuals with ASD can be supported along two levels. First, an instructional program explicitly designed from basic operant principles (e.g., reinforcement) could be considered conceptually efficacious. Second, a program derived from specific evidence-based operant procedures (e.g., most-least prompting, task analysis, and token economies) and comprehensive treatment packages (e.g., early intensive behavioral intervention) can be considered research-supported.

Readers are cautioned that the examples of skill instruction with accompanying operant principles and procedures discussed in this manuscript must be interpreted and applied carefully. We do not suggest that using only one operant principle or procedure (e.g., prompting alone) will result in acquisition of the example skills mentioned in this paper. Typically, combinations of operant principles and procedures must be used for meaningful learning to occur. Although many of the programs frequently used by behavior analysts maintain both conceptual and empirical support for individuals with ASD across the lifespan, trained behavior analysts must apply these principles and procedures with fidelity to the standards of the discipline.

### Compliance with Ethical Standards

**Conflict of Interest**   The authors declare that they have no competing interests.

**Human and Animal Rights and Informed Consent**   This article does not contain any studies with human or animal subjects performed by any of the authors.

## References

Papers of particular interest, published recently, have been highlighted as:
• Of importance
•• Of major importance

1.  Cooper JO, Heron TE, Heward WL. Applied behavior analysis. Upper Saddle River, NJ: Pearson; 2007.
2.  Kodak T, Grow LL. Behavioral treatment of autism. In: Fisher WW, Piazza CC, Roane HS, editors. Handbook of applied behavior analysis. New York, New York: Guilford Press; 2011. p. 402–16.
3.•• Johnston, J. (April, 20, 2015). Defining, labeling, and branding ABA procedures. http://talkingaboutbehavior.com/defining-labeling-and-branding-aba-procedures. Jim Johnston describes the problems inherent in the labels and descriptions of operant principles and procedures that may lead to the misinterpretation of research support for ABA.
4.•• National Autism Center (2015). National standards report: Findings and conclusions phase 2: Addressing the need for evidence-based practice guidelines for autism spectrum disorders. Randolph, MA.: Author. The National Standards Report provides easily read descriptions of commonly used treatments for autism and the research support for these treatments
5.  Chambless DL, Hollon SD. Defining empirically supported therapies. J Consult Clin Psychol. 1998;60:7–18.
6.  Green G. Evaluating claims about treatment for autism. In: Maurice C, Green G, Luce SS, editors. Behavioral intervention for young children with autism: a manual for parents and professionals. Austin, TX, US: PRO-ED; 1999. p. 15–28.
7.  Lonigan CJ, Elbert JC, Johnson SB. Empirically supported psychosocial interventions for children: an overview. J Clin Child Psychol. 1998;27:138–45.
8.  National Autism Center. National standards report: The National Standards Project—addressing the need for evidence based practice guidelines for autism spectrum disorders. Randolph, MA: Author; 2009.
9.• Schreck KA. Parents and autism treatment choices. In: Patel VB, Preddy VR, Martin CR, editors. A comprehensive guide to autism. New York: Springer. This chapter provides a comprehensive understanding of parents' choices to use treatments and procedures for identifying unsupported treatments; 2014. p. 2283–96.
10.  Schreck, K. A., & Miller, V. A. (2010). How to behave ethically in a world of fads. *Behavioral Interventions, 25*, 307–324. doi: 1002/bin.305
11.  Lovaas OI. Behavioral treatment and normal educational and intellectual functioning in young autistic children. J Consult Clin Psychol. 1987;55:3–9.
12.  Lovaas, O. I, & Smith, T. (1988). Intensive behavioral treatment for young autistic children. In B. B. Lahey & A. E. Kazdin (Eds).

Advances in clinical child psychology, Vol. II (pp. 285–324). Plenum Publishing

13. Richdale A, Schreck KA. A history of assessment and intervention in autism. In: Matson J, editor. Clinical assessment and intervention for autism. New York: Elsevier; 2008. p. 3–32.

14. Grow LL, Carr JE, Kodak TM, Jostad CM, Kisamore AN. A comparison of methods for teaching receptive labeling to children with autism spectrum disorders. J Appl Behav Anal. 2011;44:475–98.

15. MacDonald R, Parry-Cruwys D, Supere S, Ahearn W. Assessing progress and outcome of early intensive behavioral intervention for toddlers with autism. Res Dev Disabil. 2014;35:3632–44.

16. Maurice, C., Green, G., & Luce, S. C. (1996)[1]. Behavioral intervention for young children with autism. Austin, TX: Pro-Ed.

17. Paden AR, Kodak T, Fisher WW, Gawley-Bullington EM, Bouxsein KJ. Teaching children with autism to engage in peer-directed mands using a picture exchange communication system. J Appl Behav Anal. 2012;45:425–9.

18. Lovaas, O. I. (2003). *Teaching individuals with developmental delays: basic intervention techniques*. Austin, TX: PRO-ED

19. Eikeseth S, Smith T, Jahr E, Eldevik S. Intensive behavioral treatment at school for 4- to 7-year old children with autism: a 1-year comparison controlled study. Behav Modif. 2002;26:49–68. doi:10.1177/0145445502026001004.

20. Charlop-Christy, M. H., Le, L., & Freeman, K. A. (2000). A comparison of video modeling with in vivo modeling for teaching children with autism. *Journal of Autism and Developmental Disorders, 30*, 6, 537–552. doi: 0162-3257/00/1200-0537$18.00

21. Jones EA, Feeley KM, Takacs J. Teaching spontaneous responses to young children with autism. J Appl Behav Anal. 2007;40:565–70.

22. Malmberg DB, Charlop MH, Gershfeld SJ. A two experiment treatment comparison study: teaching social skills to children with autism spectrum disorder. J Dev Phys Disabil. 2015;27:375–92. doi:10.1007/s10882-015-9420-x.

23. Maurice, C., Green, G. & Foxx, R. M. (2001)[2]. *Making a difference: behavioral intervention for autism*. Austin, TX: Pro-Ed.

24. Peters LC, Thompson RH. Teaching children with autism to respond to conversation partners' interest. J Appl Behav Anal. 2015;48:1–19. doi:10.1002/jaba.235.

25. Lang R, O'Reilly Rispoli M, Shogren K, Machalicek W, Sigafoos J, Regester A. Review of interventions to increase functional and symbolic play in children with autism. Educ Train Dev Disabil. 2009;44:481–92.

26. Nuzzolo-Gomez R, Leonard MA, Ortiz E, Rivera CM, Greer RD. Teaching children with autism to prefer books or toys over stereotypy or passivity. J Posit Behav Interv. 2002;4:80–7.

27. Baker MJ. Incorporating the thematic ritualistic behaviors of children with autism into games: increasing social play interactions with siblings. J Posit Behav Interv. 2000;2:66–84.

28. MacDonald R, Clark M, Garrigan E, Vangala M. Using a video modeling to teach pretend play to children with autism. Behav Interv. 2005;20:225–38. doi:10.1002/bin.197.

29. Paterson CR, Arco L. Using video modeling for generalizing toy play in children with autism. Behav Modif. 2007;31:660–81. doi:10.1177/0145-45507301651.

30. Thorp, D. M., Stahmer, A. C., & Schreibman, L. (1995). Effects of sociodramatic play training on children with autism. *Journal of Autism and Developmental Disorders, 25,* 265–282. doi: 0162-3257/95/0600-0265$07.50/0

31. Camargo SPH, Rispoli M, Ganz J, Hong ER, Davis H, Mason R. A review of the quality of behaviorally-based intervention research to improve social interaction skills of children with ASD in inclusive settings. J Autism Dev Disord. 2014;44:2096–116. doi:10.1007/s10803-014-2060-7.

32. Miltenberger CA, Charlop MH. Increasing the athletic group play of children with autism. J Autism Dev Disord. 2014;44:51–4. doi:10.1007/s10801-013-1850-7.

33. Partington JW, Mueller MM. The assessment of functional living skills: essential skills for independence at home, school, and in the community. Pleasant Hill, CA: Behavior Analysts, Inc.; 2012.

34. Sparrow SS, Balla DA, Cicchetti DV. Vineland adaptive behavior scales: interview edition expanded form manual. Circle Pines, Minnesota: American Guidance Service; 1984.

35. Pierce KL, Schreibman L. Teaching daily living skills to children with autism in unsupervised settings through pictorial self-management. J Appl Behav Anal. 1994;27:471–81.

36. Bellini S, Akullian J. A meta-analysis of video modeling and video self-modeling interventions for children and adolescents with autism spectrum disorders. Except Child. 2007;73:264–87.

37. deBruin CL, Deppeler JM, Moore DW, Diamond NT. Public school-based interventions for adolescents and young adults with autism spectrum disorder: a meta-analysis. Rev Educ Res. 2013;83:521–50. doi:10.3102/003465431349862l.

38. Roth ME, Gillis JM, DiGennaro-Reed FD. A meta-analysis of behavioral interventions for adolescents and adults with autism spectrum disorders. J Behav Educ. 2014;23:258–86. doi:10.1007/s10864-013-9189-x.

39. Mesibov GB, Shea V. Evidence-based practices and autism. Autism. 2011;15:114–33. doi:10.1177/1362361309348070.

40. Reichow B, Volkmar FR. Social skills interventions for individuals with autism: evaluation for evidence-based practices within a best evidence synthesis framework. J Autism Dev Disord. 2010;40:149–66. doi:10.1007/s10803-009-0842-0.

41. Lattimore LP, Parsons MB, Reid DH. Assessing preferred work among adults with autism beginning supported jobs: identification of constant and alternating task preference. Behav Interv. 2003;18:161–77.

42. Lattimore LP, Parsons MB, Reid DH. Enhancing job-site training of supported workers with autism: a reemphasis on simulation. J Appl Behav Anal. 2006;39:91–102.

43. Dotto-Fojut KM, Reeve KF, Townsend DB, Progar PR. Teaching adolescents with autism to describe a problem and request assistance during simulated vocational tasks. Res Autism Spectr Dis. 2011;5:826–33. doi:10.1016/j.rasd.2010.09.012.

44. Parsons MB, Reid DH, Green CW, Browning LB. Reducing individualized job coach assistance provide to persons with multiple severe disabilities in supported work. J Assoc Persons Severe Handicaps. 1999;24:292–7.

45. Parsons MB, Reid DH, Reynolds J, Bumgarner M. Effects of chosen versus assigned jobs on the work performance of persons with severe handicaps. J Appl Behav Anal. 1990;23:253–8.

46. Cannella-Malone H, Sigafoos J, O'Reilly M, Lancioni GE. Comparing video prompting to video modeling for teaching daily living skills to six adults with developmental disabilities. Educ Train Dev Disabil. 2006;41:344–56.

47. Romanczyk, R. G., & Gillis, J. M. (2011). Continuum-based model of behavioral treatment for children with autism: a multi-factor and multi-dimensional perspective. In E. A. Mayville & J. A. Mulick (Eds.). *Behavioral Foundations of Effective Autism Treatment* (pp.201-216). Cornwall-on-Hudson, NY: Sloan Publishing.

48. Eikeseth S, Smith T, Jahr E, Eldevik S. Intensive behavioral treatment at school for 4-to 7-year-old children with autism: a 1-year comparison controlled study. Behav Modif. 2002;26:49–68. doi:10.1177/0145445502026001004.

49. Howard JS, Sparkman CR, Cohen HG, Green G, Stanislaw H. A comparison of intensive behavior analytic and eclectic treatments for young children with autism. Res Dev Disabil. 2005;26:359–83. doi:10.1016/j.ridd.2004.09.005.

50. Howard JS, Stanislaw H, Green G, Sparkman CR, Cohen HG. Comparison of behavior analytic and eclectic early interventions

for young children with autism after three years. Res Dev Disabil. 2014;35:3326–44.

51. Shukla-Mehta S, Miller T, Callahan KJ. Evaluating the effectiveness of video instruction on social and communication skills training for children with autism spectrum disorders: a review of the literature. Focus Autism Other Dev Disabil. 2010;25:23–36.

52. Keen D, Brannigan KL, Cuskelly M. Toilet training for children with autism: the effects of video modeling category. J Dev Phys Disabil. 2007;19:291–303.

53. Shipley-Benamou R, Lutzker JR, Taubman M. Teaching daily living skills to children with autism through instructional video modeling. J Posit Behav Interv. 2002;4:165–75.

54. Lattimore LP, Parsons MB, Reid DH. Simulation training of community job skills for adults with autism: a further analysis. Behav Anal Pract. 2008;1:24–9.

55. Lattimore LP, Parsons MB, Reid DH. Rapid training of a community job skill to nonvocal adults with autism: an extension of intensive teaching. Behav Anal Pract. 2009;2:34–42.

56. Smith MD, Belcher R. Teaching life skills to adults disabled by autism. J Autism Dev Disord. 1985;15:163–75.

57. Angelesea MH, Hoch H, Taylor BA. Reducing rapid eating in teenagers with autism: use of a pager prompt. J Appl Behav Anal. 2008;41:107–11.

58. LaLonde KB, MacNeill BR, Eversole LW, Ragotzy SP, Poling A. Increasing physical activity in young adults with autism spectrum disorders. Res Autism Spectrum Dis. 2014;8:1679–84.

59. Gaylord-Ross RJ, Haring TG, Breen G, Pitts-Conway V. The training and generalization of social interaction skills for autistic youth. J Appl Behav Anal. 1984;17:229–47.

60. Taylor BA, Hughes CE, Richard E, Hoch H, Coello AR. Teaching teenagers with autism to seek assistance when lost. J Appl Behav Anal. 2004;37:79–82.

61. Cihak DF, Grim J. Teaching students with autism spectrum disorder and moderate intellectual disabilities to use counting-on strategies to enhance independent purchasing skills. Res Autism Spectrum Dis. 2008;2:716–27. doi:10.1016/j.rasd.2008.02.006.

62. Hoch H, Taylor BA, Rodriquez A. Teaching teenagers with autism to answer cell phones and seek assistance when lost. Behav Anal Pract. 2009;2:14–20.

63. Wall MW, Gast DL. Caregivers' use of constant time delay to teach leisure skills to adolescents or young adults with moderate or severe intellectual disabilities. Educ Train Ment Retard Dev Disabil. 1997;32:340–56.

64. Jerome J, Frantino EP, Sturmey P. The effects of errorless learning and backward chaining on the acquisition of internet skills in adults with developmental disabilities. J Appl Behav Anal. 2007;40:185–9.

65. Edrisinha C, O'Reilly MF, Choi HY, Sigafoos J, Lancioni GE. "Say cheese": teaching photography skills to adults with developmental disabilities. Res Dev Disabil. 2011;32:636–42.

66. Cannella-Malone HI, Mizrachi SB, Sabielny LM, Jimenez ED. Teaching physical activities to students with significant disabilities using video modeling. Dev Neurorehabil. 2013;16:145–54.

🐾 Springer



**EXHIBIT**

**G**

HON. BETH ANDRUS
Noted for Hearing: June 24, 2011, at 2:30 p.m.
With Oral Argument

IN THE SUPERIOR COURT OF WASHINGTON FOR KING COUNTY

| | |
|---|---|
| D.M., by and through his parents, C.C. and J.M., on his own behalf and on behalf of all similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>GROUP HEALTH COOPERATIVE, a Washington Corporation,<br><br>Defendant. | NO. 10-2-28618-7 SEA<br><br>**REDACTED**<br>DECLARATION OF<br>STEPHEN T. GLASS, M.D.<br><br>SEALED PURSUANT TO COURT ORDER DATED _____. |

I, Stephen T. Glass, M.D., declare under penalty of perjury and in accordance with the laws of the State of Washington that:

1.      I am retained by the Plaintiff as an expert witness in this litigation.

**Background and Expertise**

2.      I am a child neurologist, and have practiced in the Seattle area for more than 30 years. I am licensed in Washington State, and I am Board Certified in Pediatrics and in Neurology with a special qualification in Child Neurology. I am a Clinical Associate Professor of Neurology at the University of Washington School of Medicine, where I teach Neurology and Pediatric residents.

3.      Since the mid-1980s I have been the Medical Director of the Children's Therapy Center in Kent, Washington. The Children's Therapy Center provides Birth-to-Three developmental services. It also provides ongoing rehabilitative care to children with complex neurologic and developmental conditions.

**REDACTED**
DECLARATION OF STEPHEN T. GLASS, M.D.– 1

SIRIANNI YOUTZ SPOONEMORE
999 THIRD AVENUE, SUITE 3650
SEATTLE, WASHINGTON 98104
TEL. (206) 223-0303   FAX (206) 223-0246

APPENDIX C
Page 77 of 98

4.     My child neurology practice is largely directed towards developmental neurology and behavioral neurology, addressing complex developmental disorders such as autism, Asperger Syndrome, cerebral palsy, behavioral dyscontrol syndromes, attention deficit hyperactive disorder, anxiety disorders and related conditions.

### ABA therapy is effective for children with autism

5.     The standard of care and existing treatment data indicates that individualized, intensive behavioral therapy support, such as Applied Behavior Analysis (ABA), is effective for treating children with autism.

6.     Autism is not a single disorder and no single treatment is effective for 100% of children diagnosed with autism. Autism is a symptom complex, and it describes a group of children, each of whom might be more appropriately labeled as having "one of the autisms." Regardless, its origin is complex, in part genetic, in part environmental, in part idiopathic, in part immunologic, in part neurophysiologic and very possibly, environmental as well.

7.     Thus, Autism is a spectrum of related disorders characterized by impairments in reciprocal social interaction, communication, both verbal and non-verbal and by the presence of repetitive, inflexible behavior. Children with autism present with a restricted range of play interests and pursuits, often demonstrate poor eye contact, limited social reciprocity and impaired speech and language skills. Autism is one of the more common severe developmental disorders, and frequently, parents of children with autism identify concerns between the ages of 12 to 18 months. Despite the appearance of early symptoms, many children are not diagnosed until four or more years of age, especially among more socially disadvantaged groups. This occurrence is tragic given the fact that all data reinforces the importance of early identification of autism, and through the institution of early, systematic and

**REDACTED**
DECLARATION OF STEPHEN T. GLASS, M.D.– 2

SIRIANNI YOUTZ SPOONEMORE HAMBURGER APPENDIX C
999 THIRD AVENUE, SUITE 3650
SEATTLE, WASHINGTON 98104 Page 78 of 98
TEL. (206) 223-0303   FAX (206) 223-0246

individualized intervention, many of the profound and life-changing neurologic deficits associated with this condition might be minimized and on occasion, reversed.

8. Across the country, there are a number of therapeutic interventions for children with autism and autistic spectrum disorders that are demonstrated to be effective with some children. ABA therapy is one of these treatment programs. ABA therapy is a form of intensive (1:1) and evidence-based behavioral intervention. It promotes the development of appropriate behaviors by breaking the desired behavior down into small discrete steps, and, using the theory of reinforcement, interacting with the patient according to a systematic protocol, while collecting and analyzing data about the patient's responses. ABA therapists then adjust the therapy based upon the data analysis. The basic principle is that the consequences of a behavior can either strengthen or weaken it; behavior that is followed by the presentation of desirable consequences will be strengthened or reinforced, while behavior that is followed by undesirable consequences will be weakened.

9. ABA therapy is well-researched and effective for children with autism. Prospective and retrospective studies and peer reviewed literature clearly document the efficacy of ABA therapy. The most well-researched treatment programs, in fact, are based on principles of applied behavioral analysis. Even within the framework of ABA, intervention strategies vary from highly structured programs to more naturalistic behavioral programs employing incidental teaching. Regardless, ABA, like other programs (TEACCH, STAR, Walden, etc.) all offer similar outcomes with approximately 50% of treated individuals demonstrating good outcome. The federal Agency for Health Care Quality recently conducted an exhaustive review of most of the studies in the last ten years related to treatment of autism. It concluded that there is clear evidence to support "early intensive behavioral and developmental

**REDACTED**
DECLARATION OF STEPHEN T. GLASS, M.D.– 3

SIRIANNI YOUTZ SPOONEMORE
999 THIRD AVENUE, SUITE 3650
SEATTLE, WASHINGTON 98104
TEL. (206) 223-0303  FAX (206) 223-0246

APPENDIX C
Page 79 of 98

intervention" for some children with autism.  This comprehensive study should put to rest any reasoned debate regarding the efficacy of ABA therapy.

10.     ABA therapy, along with other effective programs for treatment of children with autism, has two critical features:

- ABA therapy typically offers individualized, intensive support, specifically meaning one-on-one treatment and therapy to address a child's neurologic and developmental concerns;

- ABA therapy is typically provided at a sufficient "dose" to provide advantage. While the exact intensivity of therapy services is still under investigation and often frequently discussed, the recommended range extends from as few as five to as many as forty hours per week.  It is quite clear that in very young children, a fewer number of hours is necessary.

11.     ABA therapy services must be highly individualized and specifically designed for the child in question.  Given that autism is a spectrum of complex and varied developmental disorders, there is no "one size fits all" approach. Clinicians (and insurers) should individually examine each ABA therapy program to determine whether the program is medically necessary, based upon a child's age, specific constellation of symptoms, severity of involvement, cognitive function, family structure and numerous other variables.  Intervention will necessarily differ from child to child, despite retaining the 'individualized' and 'intensive' attributes.

12.     We are well beyond the period of time where "clinical judgment" can be utilized to decide whether ABA should be used to treat a given child with autistic disorder:  Such treatment or an equivalent approach is now the standard of care.  Given what is known about the efficacy of early, individualized, intensive support services, it is professionally irresponsible and falls below the standard of care

**REDACTED**
DECLARATION OF STEPHEN T. GLASS, M.D.– 4

SIRIANNI YOUTZ SPOONEMORE APPENDIX C
999 THIRD AVENUE, SUITE 3650
SEATTLE, WASHINGTON 98104 Page 80 of 98
TEL. (206) 223-0303  FAX (206) 223-0246

1    not to provide or recommend such support.  While there are many different means by
2    which this service can be provided and many different professionals that can be
3    involved, its essential nature is well-established as a medical need and the outcome
4    statistics document its effectiveness.

5                    *ABA therapy is medically necessary and effective for*

6                    13.    ABA therapy's effectiveness is well documented not only in
7    population studies but also, in the data related to            's skill attainment as a result of
8    his individualized ABA therapy.  Over a very short period of time, individualized,
9    intensive support afforded for                    a substantial advantage.    Many
10   established goals were met in a very short period of time. ABA therapy has provided
11   for                a remarkable, consistent and well documented restitution of many
12   previously <u>lost</u> developmental skills along with further growth and progress leading to
13   substantial and positive changes in attention, communication, social reciprocity and
14   behavior.

15                   14.    I have read the deposition of Bradley Steinfeld, Ph. D.   In his
16   deposition he stated that he never applied Group Health's standard medical necessity
17   definition to          's request for ABA therapy services.   I undertook to do the
18   individualized analysis of          's ABA therapy that Dr. Steinfeld and Group Health
19   failed to do.

20                   15.    Based upon my review of          's medical records, including his
21   records from Northwest Behavioral Associates (NBA), I determined that          's ABA
22   therapy meets Group Health's standard medical necessity definition. I relied upon the
23   definition of "medical necessity" included by Group Health in its "Mental Health
24   Policy" and attached to Group Health's denial of          's first level appeal. (GHC
25   7458):

26

**REDACTED**
DECLARATION OF STEPHEN T. GLASS, M.D.– 5

SIRIANNI YOUTZ SPOONEMORE
999 THIRD AVENUE, SUITE 3650
SEATTLE, WASHINGTON 98104
TEL. (206) 223-0303   FAX (206) 223-0246

APPENDIX C
Page 81 of 98

1
2
3
4

- 's ABA therapy was clinically appropriate and consistent with accepted principles of good medical practice. Indeed, 's ABA therapy represents the standard of care for treatment of children with autism.

5
6
7
8
9

- 's ABA therapy was not provided for his parents' convenience. Indeed, ABA therapy was and remains highly inconvenient for 's parents, since the therapy involves intensive, data-driven interventions by parents and 's home therapists.

10
11
12
13
14

- The level of intervention (1:1 therapy by a Board Certified Behavior Analyst in the NBA clinic and by trained, supervised home therapists) is safe and appropriate. The amount of time, approximately 15 hours per week is a level that is proper given 's young age.

15
16

- ABA therapy is not recreational, life-enhancing, relaxation or palliative therapy.

17
18
19
20
21
22
23
24

- 's ABA therapy could not have been omitted without adversely affecting his condition. Research clearly shows that early intensive individualized intervention with ABA therapy (and other similar therapies) produces significant benefits in children with autism. clearly falls within the population of children who benefit from such early intervention, based upon the clear data from NBA documenting 's improvement with ABA therapy.

25
26

- 's ABA therapy through NBA and his home therapy are not for the purpose of research and data accumulation.

**REDACTED**
DECLARATION OF STEPHEN T. GLASS, M.D.– 6

1

2

- ABA therapy is not experimental or investigational, but instead, it is the standard of care for children with autism.

3

4      DATED: May 16, 2011, at Bothell, Washington.

5

6                                        Stephen T. Glass, M.D.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**REDACTED**
DECLARATION OF STEPHEN T. GLASS, M.D.– 7

SIRIANNI YOUTZ SPOONEMORE
999 THIRD AVENUE, SUITE 3650
SEATTLE, WASHINGTON 98104
TEL. (206) 223-0303   FAX (206) 223-0246





January 2, 2014



**RE:**   **Independent External Review**

|  |  |
|---|---|
| **Member:** | A▇▇ M▇▇ |
| **DOB:** | ▇▇/2009 |
| **Carrier:** | Regence Blue Shield |
| **Carrier ID#:** | 120129005 |
| **Date Assigned:** | 12/18/2013 |
| **Case File Received:** | 12/18/2013 with additional information from enrollee 12/23/2013 |

ISSUE TO BE ADDRESSED:

Consistent with recognized professional standards of care[1], is ABA (applied behavioral analysis) therapy considered investigational for the treatment of autism?

APPEAL SUMMARY:

The member's father, B▇▇ M▇▇, is appealing Regence Blue Shield's denial of coverage for applied behavioral analysis therapy.

By letter of 12/12/2013, Regence Blue Shield set forth the basis for its determination as follows:

> "We are showing that A▇▇ is diagnosed with autism.  Our medical policy states: "Applied behavioral analysis (ABA)-based therapy is considered investigational for all indications, including but not limited to treatment of autism spectrum disorders".  Therefore, the request for A▇▇'s ABA therapy would be considered an investigational treatment based on our medical policy. Investigational services are excluded by your Plan."

CONTRACT LANGUAGE and MEDICAL POLICY:

Regarding excluded services, Regence BlueCross BlueShield of Oregon, *Contract for The Vancouver Clinic, Plus Plan, Group Number:* ▇▇ *Innova Medical Plan*, at pages 26 and 29, provides:

---

[1] Standards that are based on credible scientific evidence published in peer-reviewed literature, which is generally recognized by the relevant medical community, or otherwise consistent with physician specialty society recommendations and the views of physicians practicing in relevant areas.

1700 Paoli Pike • Malvern, PA 19355
*Tel:* 484-329-7000  *Fax:* 484-329-7095
*Email:* discoverimx@imxmed.com  *Website:* www.imxmed.com
Page 1 of 5

**"SPECIFIC EXCLUSIONS:   We will not provide benefits for any of the following conditions, treatments, services, supplies or accommodations, including any direct complications or consequences that arise from them.**

**Investigational Services:   Investigational treatments or procedures (Health Interventions) and services, supplies and accommodations provided in connection with investigational treatments or procedures (Health Interventions).  We also exclude any services or supplies provided under an investigational protocol.   Refer to the expanded definition in the Definitions Section of this Contract."**

Regence BlueCross BlueShield of Oregon, *Contract for The Vancouver Clinic, Plus Plan, Group Number: ▮▮▮▮▮, Innova Medical Plan,* at pages 66 and 67, defines investigational as follows:

"Investigational means a Health Intervention that We have classified as Investigational. We will review Scientific Evidence from well-designed clinical studies found in Peer-Reviewed Medical Literature, if available, and information obtained from the treating Physician or Practitioner regarding the Health Intervention to determine if it is Investigational. A Health Intervention not meeting all of the following criteria, is, in Our judgment, Investigational:

- If a medication or device, the Health Intervention must have final approval from the United States Food and Drug Administration as being safe and efficacious for general marketing. However, if a medication is prescribed for other than its FDA-approved use and is recognized as "effective" for the use for which it is being prescribed, benefits for that use will not be excluded.  To be considered "effective" for other than its FDA-approved use, a medication must be so recognized in one of the standard reference compendia or, if not, then in a majority of relevant Peer-Reviewed Medical Literature; or by the United States Secretary of Health and Human Services.

  - o   Peer-Reviewed Medical Literature is scientific studies printed in journals or other publications in which original manuscripts are published only after having been critically reviewed for scientific accuracy, validity and reliability by unbiased independent experts.  Peer-Reviewed Medical Literature does not include in-house publications of pharmaceutical manufacturing companies.
  - o   Standard Reference Compendia is one of the following:  the American Hospital Formulary Service-Drug Information, the United States Pharmacopoeia-Drug Information or other authoritative compendia as identified from time to time by the federal Secretary of Health and Human Services or the Washington State Insurance Commissioner.

- The Scientific Evidence must permit conclusions concerning the effect of the Health Intervention on Health Outcomes, which include the disease process, injury or illness, length of life, ability to function and quality of life.
- The Health Intervention must improve net Health Outcomes.
- The Scientific Evidence must show that the Health Intervention is as beneficial as any established alternatives.
- The improvement must be attainable outside the laboratory or clinical research setting."

Finally, Regence's medical policy with respect to ABA (i.e., *Medical Policy Manual, Topic: Applied Behavior Analysis for the Treatment of Autism Spectrum Disorder, Policy No: 18*), provides:

1700 Paoli Pike • Malvern, PA 19355
*Tel:* 484-329-7000   *Fax:* 484-329-7095
*Email:* discoverimx@imxmed.com   *Website:* www.imxmed.com
Page 2 of 5

"**MEDICAL POLICY CRITERIA:**   Applied behavioral analysis (ABA)-based therapy is considered investigational for all indications, including but not limited to treatment of autism spectrum disorders."

DETERMINATION and RATIONALE:

The previous denial is hereby **OVERTURNED.**

As a board-certified Child/Adolescent psychiatrist with expertise in Autism, I am surprised that the insurer has categorized ABA an investigational therapy regarding treatment of Autism.  ABA has been for many years and continues to be one of the hallmark standard of care treatment recommendations for Autism. There is a plethora of literature related to ABA as both a standard of care and a treatment that can offer good outcomes for children and adolescents with autism. (See references below).

As per the evaluation from the Semel Institute for Neuroscience at UCLA, I couldn't agree more with the treatment recommendations for a minimum of 25 hours per week of an ABA-based behavioral intervention program to be delivered at home and at school.  As such, the previous denial is overturned.

REFERENCES:

1.  Brams, JS. *Behavioral and Educational Approaches for Increasing Adaptive Functioning Skills.* Copyright 2008 by the American Academy of Child and Adolescent Psychiatry.

2.  Mao, AR. *Reaching Autism: From Basic Science to Clinical Intervention.* From presentation at the annual meeting of the American Academy of Child and Adolescent Psychiatry. 2008.

3.  Eikeseth S, Smith T, Jahr E, Eldevik S.  Outcomes for children with autism who began intensive behavioral treatment between ages 4 and 7: A comparison controlled study.  *Behav Modif.*  2007 May;31(3):264-78.

4.  *Educating children with autism.* Committee on Educational Interventions for Children with Autism, Division of Behavioral and Social Sciences and Education, National Research Council. ISBN 0-309-07269-7; 2005.

DOCUMENTS RECEIVED FOR REVIEW:

Medical Records:

1.  Semel Institute for Neuroscience and Human Behavior, Stewart and Lynda Resnick Neuropsychiatric Hospital at UCLA, case summary, report date 10/11/2013 (22 pages).

Contract Language and Medical Policy:

2.  Regence BlueCross BlueShield of Oregon, *Contract for The Vancouver Clinic, Plus Plan, Group Number: 10007248, Innova Medical Plan,* effective 01/01/2013 (92 pages).
3.  Regence, *Medical Policy Manual, Topic: Applied Behavior Analysis for the Treatment of Autism Spectrum Disorder, Policy No: 18,* effective 03/01/2013 (10 pages).

**Appeal History:**

4. B███ M████████, letter in support of appeal, 12/19/2013 (4 pages).
5. Regence Blue Shield, notices of IRO assignment, 12/18/2013 (3 pages).
6. Regence Blue Shield, *Appeal Form*, signed by B███ M████████, 12/16/2013 (1 page).
7. Regence Blue Shield, Authorization to Disclose Protected Health Information, signed by B███ M████████, 12/16/2013 (1 page).
8. Regence Blue Shield, determination letter, 12/12/2013 (3 pages).
9. AllMed, internal review, 12/06/2013 (3 pages).
10. Regence Blue Shield, Appeal/Reconsideration, 12/06/2013 (3 pages).
11. Regence Blue Shield, Case Summary, 12/06/2013 (3 pages).
12. Regence Blue Shield, acknowledgement letter, 12/03/2013 (1 page).
13. B███ M████████, letter in support of appeal, 11/27/2013 (2 pages).
14. Regence Blue Shield, determination letter, 11/26/2013 (3 pages).
15. Regence Blue Shield, Appeal/Reconsideration, 11/19/2013 (4 pages).
16. Regence Blue Shield, acknowledgement letter, 11/20/2013 (1 page).
17. Regence Blue Shield, Appeal Form, signed by B███ M████████, 11/18/2013 (1 page).
18. B███ M████████, letter in support of appeal, 11/18/2013 (4 pages).
19. Regence Blue Shield, determination letter, 10/25/2013 (4 pages).
20. Regence Blue Shield, Pre-Authorization Request Form, undated (1 page).

**Miscellaneous Information:**

21. Pediatrics, Nonmedical Interventions for Children With ASD: Recommended Guidelines and Further Research Notes, 08/08/2012 (12 pages).
22. Evidence for Effectiveness of ABA as a Treatment for Autism, 07/04/2013 (11 pages).
23. Behavioral Interventions in children and adolescents with autism spectrum disorder: a review of recent findings, 2011 (5 pages).
24. Oregon IRO Decisions Overturning Denials of Applied Behavior Analysis, 09/01/2012 (2 pages, with 61 page addendum).

**REVIEWER'S QUALIFICATIONS:**

This determination was rendered by an active-practice, licensed physician who is board certified in the specialties of Psychiatry and Child & Adolescent Psychiatry, as issued by the American Board of Psychiatry & Neurology. This physician has over 25 years of experience treating patients with autism, mood disorders, attention deficit and other associated learning disabilities, and is an expert in the evaluation and treatment of children with autism and pervasive developmental disorders.

The reviewer has verified that he/she was not a participant in any previous reviews of this case, and has no material professional, familial or financial conflicts of interest with any known party to the case.

The reviewer's original signed determination, curriculum vitae, and conflict of interest attestation are on file with IMX Medical Management Services, Inc.

1700 Paoli Pike • Malvern, PA 19355
*Tel:* 484-329-7000   *Fax:* 484-329-7095
*Email:* discoverimx@imxmed.com   *Website:* www.imxmed.com
Page 4 of 5

**IMPORTANT INFORMATION ABOUT YOUR APPEAL RIGHTS:**

This review was conducted in accordance with the external review laws and regulations of the State of Washington (i.e., Washington Revised Code §43.70.235, Washington Revised Code §48.43.535, Washington Administrative Code 246-305-001 et seq. and Washington Administrative Code 284-43-615 et seq.).

In accordance with WAC 246-305-001(1) and WAC 284-43-526(8), this external review decision is binding unless other remedies are available under state or federal law.  The carrier must provide benefits, including making  payment on a claim, pursuant to the final external review decision without delay, regardless of whether the carrier intends to seek judicial review of the external review decision, and unless or until there is a judicial decision changing the final determination.

If you have any questions concerning your appeal rights, you should contact the Washington Department of Health, Health Systems Quality Assurance, P.O. Box 27850, Tumwater, WA 98501. The Department's telephone number is (360) 236-4612.

Sincerely,

James Lamprakos, D.O.

James A. Lamprakos, D.O.
Medical Director, IRO Program
IMX Medical Management Services, Inc.

c:  Regence Blue Shield



Corporate Programs Department
1979 Marcus Avenue
Lake Success, NY 11042-1002
www.ipro.org

Improving Healthcare
for the Common Good

Phone:   (516) 326-7767, ext. 411
Fax:      (516) 326-1034



November 27, 2013



Overland Park, KS

Re:              External Review Determination – K⬛ H⬛
Reference #:  ER13198

Dear Ms H⬛

IPRO has completed review of all documentation submitted relative to your request for an external
appeal on behalf of K⬛ H⬛ and has determined that the decision of Regence BlueCross
BlueShield of Oregon to deny Applied Behavior Analysis (ABA) should be reversed.

Review of this case was performed by a physician reviewer who is in current, active practice, and is
Board Certified in Psychiatry and Child and Adolescent Psychiatry. He is licensed to practice in New
York and is on staff at a large university hospital. Professional organizations include American
Academy of Child and Adolescent Psychiatry, American Medical Association, and American Psychiatric
Association. IPRO has screened this physician reviewer for potential material conflict of interest and
has determined that none exists in the review of this case. IPRO has no organizational conflict of
interest in the conduct of this review.

IPRO received the case on 10/31/13. The case was reviewed on 11/26/13. A decision was rendered
11/27/13.

Documentation submitted for review included:

- Letter from Rhett Stoyer, Oregon Insurance Division to T. Giorgio, RN, IPRO dated 11/6/13
- Letter from Rhett Stoyer, Oregon Insurance Division to Aaron Krahenbuhl dated 11/6/13
- Regence BlueCross BlueShield Appeal Information for K⬛ H⬛
- Regence BlueCross BlueShield Appeal Form signed by E⬛ H⬛ dated 8/10/1
- Authorization to Disclose Protected Health Information signed by M⬛ H⬛ dated 10/31/13
- Letter from Aaron Krahenbuhl, Regence BlueCross BlueShield to Sir or Madam dated 11/7/13
- Letter from Aaron Krahenbuhl, Regence BlueCross BlueShield to Mr. H⬛ dated 10/1/13, 11/7/13
- Letter from E⬛ and M⬛ H⬛ to Unknown dated 11/2/13
- Letters from E⬛ H⬛ To Whom It May Concern dated 8/9/13, 9/9/13
- Letter from Annette Griffith, PhD, BCBAJ-D, LBA, Momentum Behavioral Health To Whom It May
  Concern dated 10/15/13
- Letter from Kally McFee, Regence BlueCross BlueShield to Mr. H⬛ dated 8/21/13
- Letters from Kathleen McNalty, Regence BlueCross BlueShield to Mr. H⬛ dated 8/13/13, 9/17/13
- Progress Notes from Momentum Behavioral Health for K⬛ H⬛
- Regence BlueCross BlueShield Claim Details for K⬛ H⬛
- Case Summary dated 9/26/13
- Insurer Case Notes



- Medwork Independent Reviews dated 3/16/12, 5/29/12, 8/31/12
- AMR Peer Reviewer Report dated 7/12/12
- AllMED Independent Medical Review dated 9/25/13
- Regence BlueCross BlueShield Index of Material Considered During the Internal Appeal Review for K████ H████
- Regence Medical Policy Manual – applied Behavior Analysis for the Treatment of Autism Spectrum Disorders
- Notice from State of California Department of Insurance to all Admitted Health Insurers and Other Interested Persons – Enforcement of Independent Medical Review Statutes dated 5/17/11
- Geraldine Dawson and Karen Burner. "Behavioral Interventions in children and adolescents with autism spectrum disorder: a review of recent findings". *Curr Opin Pediatri 28:616-620*
- Margaret A. Maglione, et al. "Nonmedical Interventions for Children With ASD: Recommended Guidelines and Further Research Needs". *Pediatrics 2012; 130/S169*
- Paul Terdal. "Evidence for Effectiveness of ABA as a Treatment for Autism".
- Oregon IRO Decisions Overturning Denials of Applied Behavior Analysis

The basis for this determination is as follows:

Issue:

According to an intake assessment dated April/May 2012 with Annette Griffith, PhD, this is a then 6-year-old male who began services with Momentum Behavioral Health in April 2012 and was referred for Applied Behavior Analysis services for treatment of skill deficits related to Pervasive Developmental Delay-Not Otherwise Specified, Atypical Autism and Attention Deficit Hyperactivity Disorder. The patient has had Applied Behavior Analysis (ABA)-style therapy in the past and had reportedly made significant progress in his communication skills. Since completion of that therapy, the patient's parents indicated that the patient had regressed and did not use skills he used to have. When these skills were used, they were used inconsistently. The patient was able to access reinforcement for learning tasks and would work fairly consistently for foods, such as fruit snacks and pop. His attention to tasks, however, was limited when non-edible rewards were offered. He was able to match objects to pictures, match identical pictures and complete simple 5-piece inset picture puzzles when pictures on the puzzle were identical to those on the puzzle pieces. He was able to respond to his name, but this skill was inconsistent and could require prompting. The patient was able to imitate many gross motor actions with verbal prompts, and he has tried to imitate many different sounds, some very well, and others with more difficulty. He could indicate his wants and needs through actions and would inconsistently use pictures to make requests. The patient was not currently using language on a consistent basis, and as a result, he was not using intraverbal skills at this time. Ms. Griffith recommended that the patient participate in a daily intensive Behavioral Intervention program (ABA) focused on skill development and reduction of stereotypic behavior.

The insurer has denied Applied Behavior Analysis (ABA). They stated in a denial letter dated 10/1/13 that currently, their medical policy considered ABA-based therapy to be investigational for all indications, including, but not limited to, treatment of autism spectrum disorders. The insurer explained that as such, the ABA-based therapy received from Dr. Griffith was excluded from the patient's Plan as an investigational service.





The patient's parents are appealing. They stated in an appeal letter dated 11/2/13 that contrary to the insurer's assertion, ABA was a well proven treatment for autism and represented the national standard of care.

## Reviewer's Findings:

This then 6-year-old boy had developmental delays in socialization and communication and was diagnosed with Atypical Autism as well as Pervasive Developmental Disorder and Attention Deficit Hyperactivity Disorder. He reportedly was not responding to his name consistently and required prompting. His attention to tasks were limited when non-edible rewards were offered. He was reportedly not using language on a consistent basis. He had inconsistent use of pictures to make requests. He reportedly indicated wants and needs through actions and verbal prompts. He lived with his parents and sibling and was attending first grade with self-contained classroom for a large part of the day and he had an IEP with goals focused on expressive and receptive language and communication. He attended Momentum Behavioral Health since 4/12 and the psychologist, Annette Griffith PhD, recommended that he have Applied Behavioral Analysis as it was reported to be well proven for the treatment of autism. The insurer denied Applied Behavioral Analysis stating that it was investigational for all indications including but not limited to autism spectrum disorders.

The insurer defines investigational services on page 66 on the patient plan manual as follows:

*Investigational means a Health Intervention that We have classified as Investigational. We will review Scientific Evidence from well-designed clinical studies found in peer-reviewed medical literature, if available, and information obtained from the treating Physician or Practitioner regarding the Health Intervention to determine if it is Investigational. A Health Intervention not meeting all of the following criteria, is, in Our judgment, Investigational:*

*-If a medication or device, the Health Intervention must have final approval from the United States Food and Drug Administration as being safe and efficacious for general marketing. However, if a medication is prescribed for other than its FDA-approved use and is recognized as effective for the use for a particular diagnosed condition, benefits for the medication may be provided when so used. To be considered effective for other than its FDA-approved use, the Oregon Health Resources Commission must have determined that the medication is effective for the treatment of that condition; or is determined to be in an Investigational status.*

*-The Scientific Evidence must permit conclusions concerning the effect of the Health Intervention on Health Outcomes, which include the disease process, Injury or Illness, length of life, ability to function and quality of life.*

*-The Health Intervention must improve net Health Outcome.*

*-The Scientific Evidence must show that the Health Intervention is as beneficial as any established alternatives.*

*-The improvement must be attainable outside the laboratory or clinical research setting.*

This reviewer disagrees with the decision to deny Applied Behavioral Analysis. 1. ABA Therapy does not require FDA Approval. 2. The scientific evidence clearly permits conclusions regarding the effects of ABA on health outcomes, which include the disease process, i.e. injury - the ability of this autistic child to function with less incidents of self injurious behaviors, improving quality of life. 3. This health intervention has and will improve net health outcome for this child,





**American Academy of Child and Adolescent Psychiatry Practice Parameters for the Assessment and Treatment of Children, Adolescents and Adults with Autism and Other Pervasive Developmental Disorders. J Am Acad Adoles Psych. Jul 2013**

**National Institute of Health, A Parent's Guide to Autism Spectrum Disorder's US Department of Health and Human Services, 2011**

As the Medical Director of IPRO, I have reviewed the determination of the clinical reviewer, and I agree with his determination. Therefore, the decision of Regence BlueCross Blue Shield of Oregon to deny Applied Behavior Analysis (ABA) is reversed.

Should you have any questions in regard to this review determination, please do not hesitate to contact me or Terese Giorgio at (516) 209-5411, fax (516) 326-1034.

Sincerely,

Monty Bodenheimer

Monty M. Bodenheimer, M.D.
Medical Director, Health Care Assessment

MMB:jf

cc:     Aaron Krahenbuhl, Regence BlueCross BlueShield of Oregon



**MAXIMUS Center
For Health Dispute
Resolution**

11000 Olson Drive, Suite 200
Rancho Cordova, CA 95670
Tel: [916] 364-8146 • Fax: [916] 364-8134

July 6, 2009

**Summary: MAXIMUS Center for Health Dispute Resolution (MAXIMUS) has determined the requested therapy is a covered benefit of the member's contract and is medically necessary. Therefore, MAXIMUS has decided that Aetna Public Employees Plan of Washington's denial of the requested therapy should be Overturned.**

Member: ;
Health Plan: Aetna Public Employees Plan of Washington
MAXIMUS Case File #: WA09-0018
Date of Service: Pre-Service

Dear

**Case Summary:**

The parent of a 12-year-old male member has requested authorization and coverage for applied behavioral analysis (ABA). The Health Plan has denied this request indicating that the requested therapy is not a covered benefit of the member's contract and does not meet the Health Plan's definition of medical necessity.

MAXIMUS' Physician Reviewer has examined all of the medical records and documentation submitted and has carefully considered all of the arguments submitted by you, the member's providers and the Health Plan. Attached to this letter please find MAXIMUS' Physician Reviewer's report.

**Physician Reviewer's Qualifications:**

MAXIMUS' decision was made by a Physician Reviewer who has no affiliation with Aetna Public Employees Plan of Washington. The MAXIMUS Physician Reviewer is actively practicing and is board certified in pediatrics and pediatric critical care.

**Explanation of MAXIMUS' Services**

Please be aware that MAXIMUS is providing an independent review service. MAXIMUS is not engaged in the practice of law or medicine. Decisions about the use and nonuse of health care are the sole responsibility of the patient and that patient's health care provider.

Sincerely,
**MAXIMUS**

Thomas Naughton
Washington External Review Project

CC:    Aetna Public Employees Plan of Washington

TN/SB

## WASHINGTON MEDICAL PROFESSIONAL REVIEWER REPORT

**Biography:**

I am board certified in pediatrics and pediatric critical care. I am actively practicing. I have been in practice for more than 10 years. I am a Fellow of the American Academy of Pediatrics and a member of the Society of Critical Care Medicine. I am knowledgeable in the treatment of the member's medical condition, knowledgeable about the proposed treatment, and familiar with guidelines and protocols in the area of treatment under review. In addition, I hold a current certification by a recognized American medical specialty board in the area or areas appropriate to the treatment under review. I have no history of disciplinary action or sanctions against my license.

*Medical Records and Other Clinical Records for Review*

1. Letters from .            .            dated 4/05/09 and 6/05/09 and attachments.
2. Member medical records dated 2/12/09.
3. Letter from Gary Stobbe, MD dated 3/04/09.
4. Document listing peer-reviewed published articles on efficacy of Applied Behavioral Analysis in children 5-18 years old.

*Reviewer Assessment of Records*

I find the medical records and other clinical information legible and absent any relevant deficiency.

**Summary Review Determination:**

The parent of a 12-year-old male member has requested authorization coverage for applied behavioral analysis (ABA). The Health Plan has denied this request indicating that the requested therapy is not a covered benefit of the contract and does not meet the Health Plan's definition of medical necessity.

A review of the record indicates that the member has been diagnosed with autism. On 3/04/09, the provider noted that the member has been under his neurological care since December 2006. The provider reports that the member has a diagnosis of static encephalopathy secondary to autistic disorder accompanied with deficits ' in communication, social interaction, relationship development and difficulties with abstract thinking and coping skills. On this same date, the provider recommended ongoing speech therapy to address current level of language function ability, ongoing occupational therapy to address his deficits in self-regulation, sensory input and sensory processing and applied behavioral analysis. The member's parent is seeking authorization for ABA from the Health Plan.

The Health Plan indicates that the requested therapy is not a covered benefit. The Health Plan reports that ABA is never referenced in the benefits booklet. The Health Plan also reports that ABA does not meet the Health Plan's definition of medical necessity. The Health Plan also reports that non-network providers are not covered.

At issue is whether the requested therapy is a covered benefit according to the member's benefits and whether the requested therapy is medically necessary.

*Alternative Service Offered by Plan*

Not known at this time.

*My Determination*

I have determined that the requested therapy is a covered benefit according to the member's benefits and is medically necessary. Therefore, the Health Plan's denial should be overturned.

**Evidence For My Determination:**

*Evidence Submitted for Review*

1.  Eldevik, S., et al. Meta-analysis of early intensive behavioral intervention for children with autism. *Journal of Clinical Child & Adolescent Psychology*, 2009.

2.  Reichow, B., and Wolery, M. Comprehensive synthesis of early intensive behavioral interventions for young children with autism based on the UCLA Young Autism Project Model. *J Autism Dev Disord*, 2009.

3.  Howard, J., et al. A comparison of intensive behavior analytic and eclectic treatments for young children with autism. *Research in Developmental Disabilities*, 2005.

4.  Health Plan Certificate of Coverage.

*Additional Evidence Cited by MAXIMUS Reviewer*

I have reviewed the submitted evidence and performed a search of the relevant medical literature. The following evidence supports my decision:

1.  Kleigman, R., et al. *Nelson Textbook of Pediatrics*. 2007.

2.  Eikeseth, S., et al. Outcome for children with autism who began intensive behavioral treatment between ages 4 and 7: A comparison controlled study. *Behav Modif*. 2007.

3.  Howard, J., et al. A comparison of intensive behavior analytic and eclectic treatments for young children with autism. *Res Dev Disabil*, 2005.

4.  Matson, J., et al. Social skills treatments for children with autism spectrum disorders: An overview. *Behav Modif*. 2007.

5.  Volkmar, F., and Pauls, D. Autism. *The Lancet*, 2003.

6. Sadock, B., and Sadock, V., et al. *Kaplan and Sadock's Synopsis of Psychiatry, (9th Ed).* 2003.

### Summary of Relevant Patient Medical History and Current Condition:

The patient is a 12-year-old male who was diagnosed with autism at two years of age. He has also been diagnosed with static encephalopathy and is followed by a team of neurologists. As a result, he has deficits in the areas of communication, social interaction, relationship development, abstract thinking, coping, self-regulation, sensory processing, personal safety and adaptive behavior. He has been receiving occupational therapy, speech therapy, and 20 to 25 hours per week of applied behavioral analysis to maximize his skills in all affected areas. The Health Plan has denied coverage for applied behavioral analysis, and this is the subject of the appeal.

### Analysis and Findings:

Autism is a complex neurological disorder with characteristic deficits in speech/language and social interaction. There are likely a multitude of etiologies, with clinical symptoms being the common denominator. There is a long history of approaches used to intervene and facilitate development of adequate communication and interpersonal skills in these children. Applied behavioral analysis is a behavioral approach with a long-standing history of application with children on the autistic spectrum.

According to Kleigman and colleagues, intensive behavioral therapy, beginning before three years of age and targeted toward speech and language development, is successful in improving both language capacity and later social functioning. Eikeseth and colleagues compared children who received intensive behavioral treatment to those who received a more eclectic treatment modality. The behavioral treatment group exhibited larger increases in IQ and adaptive functioning, as well as less aberrant behaviors and social problems, than did the other group. Howard and colleagues reported similar results. Behavioral approaches are considered to be first-line treatment for autistic spectrum disorders, along with speech and language therapy. Many consider the advances made in the treatment of children with autism spectrum disorders to be attributable to applied behavioral analysis therapy. In a review article in The Lancet, the authors include behavioral therapy as a standard treatment, and state that behavioral therapy can effectively be used to foster desired behaviors and systematically decrease problem behaviors.

According to the Health Plan contract, under the heading of "Physical, Occupational, Speech, and Neurodevelopmental Therapy," inpatient and outpatient services are covered if they are to improve or restore function lost due to conditions of developmental delay, including autism. Further, services are considered medically necessary if they meet the following criteria: included as a covered service, not excluded, and medically necessary (to treat or diagnose a medical condition, appropriate level of intervention considering the potential benefits and harm to the patient, known to be effective in improving health outcomes, cost-effective compared to alternative interventions, including no intervention). Applied behavioral analysis therapy has been used and studied for decades,

and studies show positive results from consistent implementation of this method. It is not experimental/investigational and is considered standard of care for children on the autistic spectrum. ABA therapy is an essential health care service for patients with autism spectrum disorder. It is considered a health care service and is not educational in nature. It meets all of the aforementioned criteria and is not a specific plan exclusion. The Health Plan's argument that it does not have an in-network provider who can perform the service is not persuasive as the treatment at issue is a medically necessary service and is a contract benefit.

Based upon the information set forth above, I have determined the requested therapy is a covered benefit according to the patient's benefits and is medically necessary. Therefore, the Health Plan's denial should be overturned.

Washington Independent Medical Review Project