Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| J.R., by and through his parents and guardians, Ju.R. and Ja.R., individually, on behalf of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>BLUE CROSS AND BLUE SHIELD OF ILLINOIS; CATHOLIC HEALTH INITIATIVES MEDICAL PLAN; and CATHOLIC HEALTH INITIATIVES,<br><br>Defendants. | Cause No. 18-cv-1191 JLR<br><br>ORDER ON STIPULATION RE: EXTENSION OF TIME |

This matter is before the Court on the stipulation of Plaintiff J.R. and Defendants Catholic Health Initiatives and Catholic Health Initiatives Medical Plan (the "CHI Defendants") in which J.R. and the CHI Defendants stipulation to the extension of time to November 3, 2018, at which point the CHI Defendants are to either answer the Class Action Complaint (Dkt. #1) or file a motion for relief under Fed. R. Civ. P. 12.

The Court has considered the stipulation, as well as the pleadings files, and Court records in this matter. Being otherwise advised, the Court ORDERS:

1. The Court finds no party will suffer prejudice in allowing the extension the time for which the CHI Defendants have to respond to the Class Action Complaint;

ORDER ON STIPULATION RE: EXTENSION OF TIME – 1
18-cv-1191 JLR

McKENZIE ROTHWELL
BARLOW & COUGHRAN, P.S.
1325 FOURTH AVENUE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900

853 001 ti261904

2. The Court finds there is good cause to grant the extension; and

3. The CHI Defendants time in which to answer the Class Action Complaint or file a motion for relief under Fed. R. Civ. P. 12 is extended to November 3, 2018.

Dated: September 27th, 2018.

_____
Honorable James L. Robart
United States District Judge

ORDER ON STIPULATION RE: EXTENSION OF TIME – 2
18-cv-1191 JLR

McKENZIE ROTHWELL
BARLOW & COUGHRAN, P.S.
1325 FOURTH AVENUE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900

853 001 ti261904