THE HONORABLE JUDGE JAMES L. ROBART

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| J.R., by and through his parents and guardians, Ju.R. and Ja.R., individually, on behalf of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>BLUE CROSS AND BLUE SHIELD OF ILLINOIS; CATHOLIC HEALTH INITIATIVES MEDICAL PLAN; and CATHOLIC HEALTH INITIATIVES,<br><br>Defendants. | Case No.: 2:18-cv-01191-JLR<br><br>[PROPOSED] ORDER GRANTING JOINT STIPULATED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING TO COMPLAINT |

Based on Parties' Joint Stipulated Motion for Extension of Time to File Responsive Pleading to Complaint, and good cause appearing, it is hereby ORDERED that the Parties' Joint Stipulated Motion for Extension of Time is GRANTED.

Defendants Blue Cross and Blue Shield Of Illinois; Catholic Health Initiatives Medical Plan; and Catholic Health Initiatives shall file their Responsive pleading to Complaint on Wednesday, December 5, 2018.

Dated this 25th day of October, 2018.

_____
THE HONORABLE JAMES L. ROBART

[PROPOSED] ORDER GRANTING JOINT STIPULATED MOTION
FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE
RESPONSIVE PLEADING TO COMPLAINT- 1

KILPATRICK TOWNSEND & STOCKTON LLP
1420 FIFTH AVENUE, SUITE 3700
SEATTLE, WA 98101
(206) 626-7713 FAX: (206) 260-8946

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 25th day of October, 2018, I electronically filed the foregoing **[PROPOSED] ORDER GRANTING JOINT STIPULATED MOTION FOR EXTENSION OF TIME FOR Defendants TO FILE RESPONSIVE PLEADING TO COMPLAINT** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

**Eleanor Hamburger**
SIRIANNI YOUTZ SPOONEMORE HAMBURGER
701 FIFTH AVENUE, SUITE 2560
SEATTLE, WA 98104
206-223-0303
Fax: 206-223-0246
Email: ehamburger@sylaw.com

**Richard E Spoonemore**
SIRIANNI YOUTZ SPOONEMORE HAMBURGER
701 FIFTH AVENUE, SUITE 2560
SEATTLE, WA 98104
206-223-0303
Fax: 206-223-0246
Email: rspoonemore@sylaw.com

DATED this 25th day of October, 2018.

        **Kilpatrick Townsend & Stockton LLP**

        By:*/s/ Gwendolyn C. Payton*
         Gwendolyn C. Payton, WSBA #26752
         *Counsel for Defendant Blue Cross and Blue Shield Of Illinois*