Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| J.R., by and through his parents and guardians, Ju.R. and Ja.R., individually, on behalf of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>BLUE CROSS AND BLUE SHIELD OF ILLINOIS; CATHOLIC HEALTH INITIATIVES MEDICAL PLAN; and CATHOLIC HEALTH INITIATIVES,<br><br>Defendants. | Case No. 2:18-cv-01191 JLR<br><br>ORDER EXTENDING CLASS CERTIFICATION DEADLINES |

This matter is before the Court on the joint motion of the Parties seeking to extend the deadline for completing discovery on class certification and the deadline for Plaintiff to file a motion for class certification.

The Court has reviewed the joint motion, as well as the pleadings, files and court records in this matter. Being otherwise fully advised, the Court finds there is cause for the motion and ORDERS:

1. The Parties' joint motion is GRANTED;

2. The deadline for completing discovery on class certification is extended to July 19, 2019; and

ORDER EXTENDING CLASS CERTIFICATION DEADLINES – 1
2:18-cv-01191 JLR

McKENZIE ROTHWELL
BARLOW & COUGHRAN, P.S.
1325 FOURTH AVENUE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900

853 001 ua141902

3. The deadline for Plaintiff to file a motion for class certification is extended to August 19, 2019.

Dated: January 15, 2019.

_____
Honorable James L. Robart
United States District Judge

ORDER EXTENDING CLASS CERTIFICATION DEADLINES – 2
2:18-cv-01191 JLR

McKENZIE ROTHWELL
BARLOW & COUGHRAN, P.S.
1325 FOURTH AVENUE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900

853 001 ua141902