THE HONORABLE JUDGE JAMES L. ROBART

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| J.R., by and through his parents and guardians, Ju.R. and Ja.R., individually, on behalf of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>BLUE CROSS AND BLUE SHIELD OF ILLINOIS; CATHOLIC HEALTH INITIATIVES MEDICAL PLAN; and CATHOLIC HEALTH INITIATIVES,<br><br>Defendants. | Case No.: 2:18-cv-01191-JLR<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED JOINT MOTION FOR LEAVE TO FILE A JOINT OVER-LENGTH BRIEF |

THIS MATTER having come before the below-signed Judge of the above-entitled Court upon Defendants' Unopposed Joint Motion For Leave To File A Joint Over-Length Brief and the Court having considered the motion and the pleadings in this matter, and it appearing to be in the best interest of the case, therefore,

IT IS HEREBY ORDERED that Defendants' Unopposed Joint Motion For Leave To File Over-Length Brief is GRANTED.

DATED this 24th day of September, 2019.

_____
THE HONORABLE JUDGE JAMES L. ROBART

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 23rd day of September, 2019, I electronically filed the foregoing **[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED JOINT MOTION FOR LEAVE TO FILE OVER-LENGTH BRIEF** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

**Eleanor Hamburger**
SIRIANNI YOUTZ SPOONEMORE
HAMBURGER
3101 WESTERN AVE., SUITE 350
SEATTLE, WA 98121
206-223-0303
Fax: 206-223-0246
Email: ehamburger@sylaw.com


**Richard E Spoonemore**
SIRIANNI YOUTZ SPOONEMORE
HAMBURGER
3101 WESTERN AVE., SUITE 350
SEATTLE, WA 98121
206-223-0303
Fax: 206-223-0246
Email: rspoonemore@sylaw.com

DATED this 23rd day of September, 2019.

**Kilpatrick Townsend & Stockton LLP**

By: /s/ *Gwendolyn C. Payton*
Gwendolyn C. Payton, WSBA #26752
*Counsel for Defendant Blue Cross and Blue Shield Of Illinois*