The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| J.R., by and through his parents and guardians, Ju.R. and Ja.R., individually, on behalf of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>BLUE CROSS AND BLUE SHIELD OF ILLINOIS; CATHOLIC HEALTH INITIATIVES MEDICAL PLAN; and CATHOLIC HEALTH INITIATIVES,<br><br>Defendants. | NO. 2:18-cv-01191-JLR<br><br>[~~PROPOSED~~] ORDER<br>(1) PRELIMINARILY APPROVING SETTLEMENT AGREEMENT;<br>(2) APPROVING CLASS NOTICE PACKAGE; AND<br>(3) ESTABLISHING A FINAL SETTLEMENT APPROVAL HEARING AND PROCESS<br><br>**Noted for Consideration:**<br>**November 4, 2019** |

Upon consideration of Plaintiff's unopposed motion pursuant to Federal Rule of Civil Procedure 23(e) for an order preliminarily approving the settlement of this Action ("Motion for Preliminary Approval") and in accordance with the Parties' Settlement Agreement dated as of November 4, 2019 (the "Agreement"), which together with the Appendices annexed thereto sets forth the terms and conditions for a proposed

ORDER PRELIMINARILY APPROVING
SETTLEMENT AGREEMENT, ETC.
[NO. 2:18-cv-01191-JLR]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON 98121
TEL. (206) 223-0303   FAX (206) 223-0246

settlement of the Action, and the Court having read and considered the Agreement, orders as follows:[1]

1.      Based on the record before it, the Court tentatively finds, pursuant to Federal Rule of Civil Procedure 23(e), that the Agreement attached as *Appendix 1* to the Motion for Preliminary Approval, is fair, reasonable, and adequate.  The Court finds that:  (a) the Agreement resulted from extensive arm's length negotiations; (b) there is no evidence at this stage of the proceedings of fraud, collusion, or overreaching or that the rights of absent Class Members were disregarded; and (c) counsel has sufficient experience in similar litigation to propose the Agreement.  The Court's preliminary approval is subject to change pending the outcome of the final settlement approval hearing ("Fairness Hearing") established herein.

2.      The Court finds that the proposed Class Notice, attached as *Appendix 2a*, meets the requirements of Federal Rule of Civil Procedure 23, due process, and the applicable law in that it fairly and adequately describes the terms of the Agreement, including the attorneys' fees and costs sought by Sirianni Youtz Spoonemore Hamburger PLLC ("Class Counsel") and Named Plaintiff's ability to seek an Incentive Award; gives notice of the time and place of the Fairness Hearing; and describes how a Class Member may comment on, object to, or support the Agreement.  The Court finds that the Claim Form and Claim Form Instructions, attached at *Appendix 2b-c*, provide Class Members with a reasonable method to file claims.

3.      The Court appoints EPIQ Class Action and Claims Solutions to act as Claims Processor with the powers and responsibilities set forth in Sections 2.2.3 and 8 of the Agreement.

---

[1] The initial capitalization of terms used in this Order and not defined herein shall have the meanings assigned to them in the Agreement.

ORDER PRELIMINARILY APPROVING
SETTLEMENT AGREEMENT, ETC.
[NO. 2;18-cv-01191-JLR]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON 98121
TEL. (206) 223-0303  FAX (206) 223-0246

4.      The Court authorizes and directs Defendants CommonSpirit Health (f/k/a Catholic Health Initiatives), Catholic Health Initiatives Medical Plan or a designated agent to transmit the names and addresses of the Class Notice Recipients located after a reasonable search to the Claims Processor within 60 days of the entry of this Order. This Order is intended to satisfy 45 C.F.R. §164.512(e)(1)(i).

5.      The Court directs the Claims Processor to mail the Class Notice and Claim Form Materials (*Appendices 2a-c*) to the Class Notice Recipients. The Claims Processor shall complete its mailing within 14 days after receipt of the names and addresses of the Class Notice Recipients. The Claims Processor will submit a declaration to the Court confirming its compliance with the class notice procedures contained in this Order within 75 days of the date of this Order.

6.      Class Counsel shall establish a settlement web page available to the public within 30 days of the date of this Order. The web page shall contain the Settlement Agreement, Class Notice, claims forms, claim form instructions, a description of the action, deadlines and key pleadings (including, without limitation, the motions for approval and orders certifying the settlement class and preliminarily approving the agreement).

7.      The Court concludes that direct mail notice to the Class Notice Recipients, in addition to web-based notice, is the best notice practicable under the circumstances and complies with the requirements of Federal Rule of Civil Procedure 23, due process, and any other applicable law.

8.      Not more than ten (10) days after the date of this Order, CommonSpirit Health (f/k/a Catholic Health Initiatives) and Catholic Health Initiatives Medical Plan shall provide notices and materials required under the Class Action Fairness Act ("CAFA"), 28 U.S.C. §1715(b).

ORDER PRELIMINARILY APPROVING
SETTLEMENT AGREEMENT, ETC.
[NO. 2:18-cv-01191-JLR]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON 98121
TEL. (206) 223-0303   FAX (206) 223-0246

9.    A Fairness Hearing to consider whether the proposed Agreement is fair, reasonable, and adequate and should be finally approved is scheduled for April 15, 2020 at 9:00 a.m. at the United States Courthouse, 700 Stewart Street, Suite 14106, Seattle, WA 98101.

10.   A Class Member who wishes to comment on or object to the Agreement must submit written comments and/or objections to the Court no later than April 1, 2020.

11.   A Class Member who wishes to appear at the Fairness Hearing may do so if he or she submits written notice to the Court, with copies to counsel, that he or she intends to appear in person or through counsel.  In that written notice to appear, the Class Member must describe the nature of his or her comment or objection.  Written notice of intent to appear must be filed with the Court and mailed to counsel by April 1, 2020.

12.   A Motion for Final Approval of the Agreement, together with any supporting declarations or other documentation, must be filed no later than April 6, 2020.  Class Counsel shall also mail the Motion for Final Approval to all Class Members who object to the Agreement or file written notice with the Court that they intend to appear at the Fairness Hearing.

13.   Claims by Class Members must be received by the Claims Processor no later than April 1, 2020.

14.   Class Counsel shall file any motion for an award of attorneys' fees or reimbursement of expenses or costs and any motion for an Incentive Award on behalf of Named Plaintiff no later than March 3, 2020.  Class Counsel shall post this motion on the web page within three days of its filing with the Court.

15.   The Claims Processor shall establish a trust account into which Defendants shall cause the Settlement Amount to be paid within 30 days after the Agreement is Final.

ORDER PRELIMINARILY APPROVING
SETTLEMENT AGREEMENT, ETC.
[NO. 2:18-cv-01191-JLR]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON 98121
TEL. (206) 223-0303  FAX (206) 223-0246

The trust account shall constitute a "qualified settlement fund" within the meaning of Internal Revenue Code §468B and Treas. Reg. §1.468B-1, *et seq*. The Qualified Settlement Fund shall remain subject to the jurisdiction of the Court, until such time as the Settlement Amount is distributed pursuant to the Agreement and/or further order(s) of the Court.

16.     Neither Defendants nor Defendants' counsel shall have any responsibility for the distribution of the Qualified Settlement Fund, or any application for attorneys' fees or reimbursement of expenses or for an Incentive Award for Named Plaintiff submitted by Class Counsel, and such matters will be considered separately from the fairness, reasonableness, and adequacy of the Agreement.

17.     All reasonable expenses incurred by the Claims Processor in sending the Class Notice, as well as administering the Qualified Settlement Fund, shall be paid as set forth in Sections 8.2 and 8.3 of the Agreement.  CHI may seek reimbursement in an amount of up to $5,000 from the Qualified Settlement Fund for any charges it incurs from its former third-party administrators in connection with identifying Class Notice Recipients and/or members of the Settlement Class and claims administration, as set forth in Section 8.2.1 of the Agreement.

18.     Pending final determination of whether the Agreement should be approved, (a) all proceedings in this Action unrelated to the Agreement shall be stayed, and (b) neither Named Plaintiff nor any Class Member, either directly, representatively, derivatively, or in any other capacity, shall commence or prosecute against any of the Releasees any action or proceeding in any court or tribunal asserting any of the Class Released Claims.

19.     The Court reserves the right to adjourn the date of the Fairness Hearing without further notice to Class Members, and it retains jurisdiction to consider all further applications arising out of or connected with the Agreement.  The Court may approve

ORDER PRELIMINARILY APPROVING
SETTLEMENT AGREEMENT, ETC.
[NO. 2:18-cv-01191-JLR]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON 98121
TEL. (206) 223-0303   FAX (206) 223-0246

the Agreement, with such modifications as may be agreed to by the Parties, if appropriate, without further notice to Class Members.

It is so ORDERED this 25th day of November , 2019.

_James L. Robart_
JAMES L. ROBART
United States District Judge

Presented by:

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC

   /s/ Eleanor Hamburger
Richard E. Spoonemore (WSBA #21833)
Eleanor Hamburger (WSBA #26478)
3101 Western Avenue, Suite 350
Seattle, WA 98121
Tel. (206) 223-0303
Email: ehamburger@sylaw.com
Email: rspoonemore@sylaw.com
Attorneys for Plaintiff

ORDER PRELIMINARILY APPROVING
SETTLEMENT AGREEMENT, ETC.
[NO. 2:18-cv-01191-JLR]

**CERTIFICATE OF SERVICE**

I hereby certify that on November 4, 2019, I caused the foregoing to be served by email to the following:

- **Lisa M.C. Elizondo**
  lelizondo@kilpatricktownsend.com, irountree@kilpatricktownsend.com, lisa.mc.elizondo@gmail.com

- **Lars S. Golumbic**
  lgolumbic@groom.com

- **Daniel S. Gross**
  daniel@sylaw.com, matt@sylaw.com, theresa@sylaw.com, stacy@sylaw.com

- **Eleanor Hamburger**
  ehamburger@sylaw.com, matt@sylaw.com, theresa@sylaw.com, stacy@sylaw.com

- **Jeffrey G. Maxwell**
  jeffreym@mrbclaw.com, jodiw@mrbclaw.com

- **Gwendolyn C. Payton**
  GPayton@kilpatricktownsend.com, abianco@kilpatricktownsend.com, irountree@kilpatricktownsend.com

- **Paul J. Rinefierd**
  prinefierd@groom.com

- **Richard E. Spoonemore**
  rspoonemore@sylaw.com, matt@sylaw.com, rspoonemore@hotmail.com, theresa@sylaw.com, stacy@sylaw.com

- ~~**Kara Wheatley**~~
  kwheatley@groom.com

DATED: November 4, 2019, at Seattle, Washington.

_/s/ Eleanor Hamburger_
Eleanor Hamburger (WSBA #26478)
Email: ehamburger@sylaw.com

ORDER PRELIMINARILY APPROVING
SETTLEMENT AGREEMENT, ETC.
[NO. 2:18-cv-01191-JLR]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON 98121
TEL. (206) 223-0303  FAX (206) 223-0246