The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| J.R., by and through his parents and guardians, Ju.R. and Ja.R., individually, on behalf of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>BLUE CROSS AND BLUE SHIELD OF ILLINOIS; CATHOLIC HEALTH INITIATIVES MEDICAL PLAN; and CATHOLIC HEALTH INITIATIVES,<br><br>Defendants. | NO. 2:18-cv-01191-JLR<br><br>STIPULATION RE: MODIFICATION OF THE CLASS NOTICE PACKAGE AND THE SETTLEMENT APPROVAL PROCESS<br><br>**Noted for Consideration:**<br>**December 19, 2019** |

The parties have met and conferred with the court-appointed claims administrator and request the following modifications to the Class Notice Package and the Order governing the Settlement Approval Process (Dkt. No. 60).

1. Class counsel inadvertently omitted one page of the Class Notice Package which is the "Certification of Payments" form that class members may use to certify the out-of-pocket expenses related to Applied Behavior Analysis ("ABA") therapy. It is attached to this stipulation as *Appendix 2d* of the Class Notice package. Both

STIPULATION RE: MODIFICATION OF ORDER
REGARDING SETTLEMENT APPROVAL PROCESS – 1
[NO. 2:18-cv-01191-JLR]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON 98121
TEL. (206) 223-0303   FAX (206) 223-0246

1  defendants and the Claims Administrator have reviewed the Certification of Payments
2  form and approved it.
3      2.   The Claims Administrator, EPIQ Class Action, requests that the deadline
4  for mailing the Class notices be modified from 14 days after receipt of the names and
5  addresses of the Class Notice Recipients to 20 days.  *See* Dkt. No. 60, p. 3, ¶5.  The
6  parties agree to this modification, and do not anticipate the need for modifying any
7  other deadlines in the Court's Order regarding the Settlement Approval Process.

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD

DATED:  December 19, 2019.

| KILPATRICK TOWNSEND<br>& STOCKTON LLP | SIRIANNI YOUTZ<br>SPOONEMORE HAMBURGER PLLC |
|---|---|
| */s/ Gwendolyn C. Payton*<br>Gwendolyn C. Payton (WSBA # 26752)<br>Attorneys for Defendant<br>Blue Cross Blue Shield of Illinois | */s/ Eleanor Hamburger*<br>Eleanor Hamburger (WSBA #26478)<br>Richard E. Spoonemore (WSBA #21833)<br>Attorneys for Plaintiff J.R. |

McKENZIE ROTHWELL BARLOW
& COUGHRAN, P.S.

   */s/ Jeffrey G. Maxwell*
Jeffrey G. Maxwell (WSBA # 33503)
Attorneys for Defendant
Catholic Health Initiatives Medical Plan
and Catholic Health Initiatives

GROOM LAW GROUP, CHTD.

   */s/ Kara Wheatley*
Lars C. Golumbic *(Admitted pro hac vice)*
Paul J. Rinefierd *(Admitted pro hac vice)*
Kara Wheatley *(Admitted pro hac vice)*
Attorneys for Defendant
Catholic Health Initiatives Medical Plan and Catholic Health Initiatives

STIPULATION RE: MODIFICATION OF ORDER
REGARDING SETTLEMENT APPROVAL PROCESS – 2
[NO. 2:18-cv-01191-JLR]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON  98121
TEL. (206) 223-0303   FAX (206) 223-0246

### CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2019, I caused the foregoing to be served by email to the following:

- **Lisa M.C. Elizondo**
  lelizondo@kilpatricktownsend.com, irountree@kilpatricktownsend.com, lisa.mc.elizondo@gmail.com

- **Lars S. Golumbic**
  lgolumbic@groom.com

- **Daniel S. Gross**
  daniel@sylaw.com, matt@sylaw.com, theresa@sylaw.com, stacy@sylaw.com

- **Eleanor Hamburger**
  ehamburger@sylaw.com, matt@sylaw.com, theresa@sylaw.com, stacy@sylaw.com

- **Jeffrey G. Maxwell**
  jeffreym@mrbclaw.com, jodiw@mrbclaw.com

- **Gwendolyn C. Payton**
  GPayton@kilpatricktownsend.com, irountree@kilpatricktownsend.com

- **Paul J. Rinefierd**
  prinefierd@groom.com, jcolumbro@groom.com

- **Richard E. Spoonemore**
  rspoonemore@sylaw.com, matt@sylaw.com, rspoonemore@hotmail.com, theresa@sylaw.com, stacy@sylaw.com

- **Kara Wheatley**
  kwheatley@groom.com

DATED: December 19, 2019, at Seattle, Washington.

_/s/ Eleanor Hamburger_
Eleanor Hamburger (WSBA #26478)
Email: ehamburger@sylaw.com

STIPULATION RE: MODIFICATION OF ORDER
REGARDING SETTLEMENT APPROVAL PROCESS – 3
[NO. 2:18-cv-01191-JLR]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON 98121
TEL. (206) 223-0303   FAX (206) 223-0246