The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| J.R., by and through his parents and guardians, Ju.R. and Ja.R., individually, on behalf of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>BLUE CROSS AND BLUE SHIELD OF ILLINOIS; CATHOLIC HEALTH INITIATIVES MEDICAL PLAN; and CATHOLIC HEALTH INITIATIVES,<br><br>Defendants. | NO. 2:18-cv-01191-JLR<br><br>~~[PROPOSED]~~ ORDER MODIFYING SETTLEMENT APPROVAL PROCESS AND CLASS NOTICE PACKAGE<br><br>Noted for Consideration:<br>December 19, 2019 |

Upon consideration of the parties' stipulation for an order to modify the class notice package and the settlement approval process, and for good cause, the Court hereby modifies the Order Preliminarily Approving Settlement Agreement, etc. (Dkt. No. 60) in two respects:

1. The Class Notice Package that is mailed to Class members pursuant to Dkt. No. 60, ¶ 2, shall include *Appendix 2d* attached to the parties' stipulation, titled "Certification of Payment(s)." This additional form provides Class Members with a reasonable method to file claims.

ORDER MODIFYING DKT. NO. 60 ESTABLISHING
SETTLEMENT APPROVAL PROCESS - 1
[NO. 2:18-cv-01191-JLR]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON 98121
TEL. (206) 223-0303   FAX (206) 223-0246

2. The Court directs the Claims Processor to mail the Class Notice Package (*Appendices 2a-d*) within 20 days after receipt of the names and addresses of Class Notice Recipients, rather than the 14 days stated in Dkt. No. 60, p. 3, ¶ 5.

All other deadlines and requirements established in the Order Preliminarily Approving Settlement Agreement, etc. (Dkt. No. 60), remain in full effect.

It is so ORDERED this 19th day of December, 2019.

_____
JAMES L. ROBART
United States District Judge

Presented by:

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC

*/s/ Eleanor Hamburger*
Richard E. Spoonemore (WSBA #21833)
Eleanor Hamburger (WSBA #26478)
3101 Western Avenue, Suite 350
Seattle, WA 98121
Tel. (206) 223-0303
Email: ehamburger@sylaw.com
Email: rspoonemore@sylaw.com
Attorneys for the Class

ORDER MODIFYING DKT. NO. 60 ESTABLISHING
SETTLEMENT APPROVAL PROCESS - 2
[NO. 2:18-cv-01191-JLR]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON 98121
TEL. (206) 223-0303   FAX (206) 223-0246