UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| J.R.,<br><br>                    Plaintiff,<br>    v.<br><br>BLUE CROSS AND BLUE SHIELD<br>OF ILLINOIS, et al.,<br><br>                    Defendants. | CASE NO. C18-1191JLR<br><br>ORDER DIRECTING THE<br>PARTIES TO SUBMIT A PLAN |

On November 25, 2019, the court entered an order preliminarily approving the class settlement agreement and the class notice package and establishing a final settlement approval hearing and process.[1] (*See* 11/25/19 Order (Dkt. # 60).) In that order, the court set a fairness hearing on April 15, 2020, at 9:00 a.m., to consider whether the class settlement agreement is fair, reasonable, and adequate. (*See id.* at 5, ¶ 9.) On

---

[1] Based on the parties' stipulation, the court modified that order on December 19, 2019, altering the settlement approval process and class notice package. (*See* 12/19/19 Order (Dkt. # 63).)

1 | March 17, 2020, Chief Judge Ricardo S. Martinez issued General Order 02-20 in
2 | response to the declaration of a national emergency over the outbreak of COVID-19. *See*
3 | W.D. Wash. Gen. Order 02-20. The General Order continues "[a]ll civil . . . hearings . . .
4 | scheduled to occur before June 1, 2020, . . . pending further order of the Court." *See id.*
5 | at 2, ¶ 2. As a result, the April 15, 2020, fairness hearing cannot take place on that date
6 | or on any date prior to June 1, 2020. The court, therefore, ORDERS the parties to
7 | formulate a plan on how to move forward with this matter, notify class members of the
8 | present circumstances, and any other actions that are necessary. The court further
9 | ORDERS the parties to file their plan, along with an appropriate stipulated order, no later
10 | than Monday, March 30, 2020.

    Dated this 23rd day of March, 2020.

JAMES L. ROBART
United States District Judge