Hon. James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| J.R., by and through his parents and guardians, Ju.R. and Ja.R., individually, on behalf of similarly situated individuals,<br><br>Plaintiff,<br>v.<br><br>BLUE CROSS AND BLUE SHIELD OF ILLINOIS; CATHOLIC HEALTH INITIATIVES MEDICAL PLAN; and CATHOLIC HEALTH INITIATIVES,<br><br>Defendants. | Case No. 2:18-cv-01191 JLR<br><br>ORDER MODIFYING FINAL FAIRNESS HEARING |

Upon consideration of the parties' stipulation regarding a modified plan for final approval of their proposed class action settlement, and for good cause, the Court hereby modifies the Order Preliminary Approving Settlement Agreement (Dkt. No. 60) in two respects:

1. Paragraph 9 of the Order shall be replaced in its entirety to provide that "A Fairness Hearing to consider whether the proposed Agreement is fair, reasonable, and adequate and should be finally approved is scheduled for April 15, 2020 at 9:00 a.m., and it will be held telephonically. Parties and Class

Members who are interested in attending shall access the hearing at the given time by dialing **(877) 853-5257** and entering meeting ID **509 799 332**.

2. Within three days of this Order, Class Counsel shall post the dial-in information for the Fairness Hearing on the settlement web page.

All other deadlines and requirements established in the Order Preliminarily Approving Settlement Agreement (Dkt. No. 60), remain in full effect.

It is so ORDERED this 3rd day of April, 2020.

JAMES L. ROBART
United States District Judge