1

Honorable James L. Robart

2

3

4

5

6

7    UNITED STATES DISTRICT COURT
     WESTERN DISTRICT OF WASHINGTON AT SEATTLE

8

9  J.R., by and through his parents and guardians, Ju.R. and Ja.R., individually, on behalf of similarly situated individuals,

   Case No. 2:18-cv-01191 JLR

10

   ORDER GRANTING THE CHI DEFENDANTS' UNOPPOSED MOTION TO AMEND STIPULATED ORDER FOR FINAL APPROVAL OF CLASS SETTLEMENT

                 Plaintiff,
11         v.

12  BLUE CROSS AND BLUE SHIELD OF ILLINOIS; CATHOLIC HEALTH INITIATIVES MEDICAL PLAN; and CATHOLIC HEALTH INITIATIVES,

13

14              Defendants.

15      This matter comes before the Court on the unopposed motion by Defendants Catholic

16  Health Initiatives and Catholic Health Initiatives Medical Plan requesting that the Court

17  amend the Stipulated Order (Dkt. No. 76) (the "Stipulated Order") to clarify that it satisfies

18  Federal Rule of Civil Procedure 58's separate document requirement and is a final appealable

19  order pursuant to Federal Rule of Appellate Procedure 4(a).

20  //

21  //

22  //

23  //

ORDER – 1
2:18-cv-01191 JLR

BARLOW & COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVENUE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900

853 001 vd281902

1    Having considered the motion, and the entirety of the record before the Court in this

2    matter, the Court GRANTS the motion, with an amended Stipulated Order to issue forthwith.

3    DATED this 30th day of April, 2020.

_____

JAMES L. ROBART
United States District Judge

Presented by:

s/ Jeffrey G. Maxwell
Jeffrey G. Maxwell, WSBA #33503
BARLOW COUGHRAN MORALES &
 JOSEPHSON, P.S.
1325 Fourth Avenue, Suite 910
Seattle, Washington 98101
(206) 224-9900
jeffreym@bcmjlaw.com

ORDER – 2
2:18-cv-01191 JLR

BARLOW & COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVENUE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900

853 001 vd281902