The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| J.R., by and through his parents and guardians, Ju.R. and Ja.R., individually, on behalf of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>BLUE CROSS AND BLUE SHIELD OF ILLINOIS; CATHOLIC HEALTH INITIATIVES MEDICAL PLAN; and CATHOLIC HEALTH INITIATIVES,<br><br>Defendants. | NO. 2:18-cv-01191-JLR<br><br>STIPULATED ORDER RE: LATE CLAIMS ADJUDICATION<br><br>**Noted for Consideration:**<br>**May 14, 2020** |

Pursuant to the parties' stipulation and for good cause shown, the above Late Claims procedure is ORDERED.

The Claims Administrator shall administer Late Claims as follows:

1.     If, after payment of all items in Sections 8.2 and 8.3 of the Settlement Agreement, there are sufficient funds in the Qualified Settlement Fund to pay all valid Late Claims, then Late Claims shall be paid at 100% of their approved amount.

STIPULATED ORDER RE: LATE
CLAIMS ADJUDICATION – 1
[Case No. 2:18-cv-01191-JLR]

2. If, after payment of all items in Sections 8.2 and 8.3 of the Settlement Agreement, there are insufficient funds in the Qualified Settlement Fund to pay all valid Late Claims at 100%, then Late Claims shall be paid on a *pro rata* basis.

3. This Order does not modify any of the provisions of the Amended Final Order, Dkt. No. 79, including the Court's finding that the Final Order is a final appealable Order pursuant to Fed. R. App. P. 4(a).

It is so ORDERED this 14th day of May, 2020.

_____

JAMES L. ROBART
United States District Judge

Presented by:

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC

 *s/ Eleanor Hamburger*
Richard E. Spoonemore (WSBA #21833)
Eleanor Hamburger (WSBA #26478)
Daniel Gross (WSBA #23992)
Attorneys for the Plaintiff Class

KILPATRICK TOWNSEND
& STOCKTON LLP

 *s/ Gwendolyn C. Payton (per email authorization)*
Gwendolyn C. Payton (WSBA # 26752)
Attorneys for Defendant
Blue Cross Blue Shield of Illinois

STIPULATED ORDER RE: LATE
CLAIMS ADJUDICATION – 2
[Case No. 2:18-cv-01191-JLR]

1   BARLOW COUGHRAN MORALES

2   & JOSEPHSON, P.S.

3    *s/ Jeffrey G. Maxwell (per email authorization)*

4   Jeffrey G. Maxwell (WSBA # 33503)
    Attorneys for Defendant

5   Catholic Health Initiatives Medical Plan
    and Catholic Health Initiatives

6

7   GROOM LAW GROUP, CHTD.

8    *s/ Kara Wheatley (per email authorization)*
    Lars C. Golumbic *(Admitted pro hac vice)*

9   Paul J. Rinefierd *(Admitted pro hac vice)*

10  Kara Wheatley *(Admitted pro hac vice)*
    Attorneys for Defendant

11  Catholic Health Initiatives Medical Plan
    and Catholic Health Initiatives

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATED ORDER RE: LATE
CLAIMS ADJUDICATION – 3
[Case No. 2:18-cv-01191-JLR]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON  98121
TEL. (206) 223-0303   FAX (206) 223-0246