The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| J.R., by and through his parents and guardians, Ju.R. and Ja.R., individually, on behalf of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>BLUE CROSS AND BLUE SHIELD OF ILLINOIS; CATHOLIC HEALTH INITIATIVES MEDICAL PLAN; and CATHOLIC HEALTH INITIATIVES,<br><br>Defendants. | NO. 2:18-cv-01191-JLR<br><br>[PROPOSED]<br>ORDER AUTHORIZING FINAL DISTRIBUTION OF SETTLEMENT FUNDS AND ORDER OF DISMISSAL<br><br>**Noted for Consideration:**<br>   **November 24, 2020** |

Consistent with the Court's Amended Final Order (Dkt. No. 79), the Settlement Agreement, and the parties' stipulation, and based on the records and pleadings in this matter, the Court orders the Claims Administrator to revert all remaining excess funds, except the "holdback" funds of $1,183.15, to Defendant Catholic Health Initiatives. The Claims Administrator should return to Catholic Health Initiatives any remaining funds, after all expenses and liabilities of the Qualified Settlement Fund are paid, without further order from the Court.

ORDER AUTHORIZING FINAL DISTRIBUTION OF
SETTLEMENT FUNDS AND ORDER OF DISMISSAL – 1
[Case No. 2:18-cv-01191-JLR]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON 98121
TEL. (206) 223-0303   FAX (206) 223-0246

1  Based upon the parties' stipulation, the Settlement Agreement, the Amended
2  Final Order and the Plaintiffs' Final Report to the Court, all conditions of the Settlement
3  Agreement that were prerequisites for dismissal of the action have been accomplished.
4  This case may be dismissed with prejudice and without costs to either party.

6  It is so ORDERED this 24th day of November, 2020.

_____
JAMES L. ROBART
United States District Judge

Presented by:

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC

 /s/ Eleanor Hamburger
Richard E. Spoonemore (WSBA #21833)
Eleanor Hamburger (WSBA #26478)
Daniel S. Gross (WSBA #23992)
Attorneys for the Plaintiff Class

KILPATRICK TOWNSEND
& STOCKTON LLP

 /s/ Gwendolyn C. Payton (per email authorization)
Gwendolyn C. Payton (WSBA # 26752)
Attorneys for Defendant
Blue Cross Blue Shield of Illinois

ORDER AUTHORIZING FINAL DISTRIBUTION OF
SETTLEMENT FUNDS AND ORDER OF DISMISSAL – 2
[Case No. 2:18-cv-01191-JLR]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON 98121
TEL. (206) 223-0303   FAX (206) 223-0246

BARLOW COUGHRAN MORALES
& JOSEPHSON, P.S.

 /s/ *Jeffrey G. Maxwell (per email authorization)*
Jeffrey G. Maxwell (WSBA # 33503)
Attorneys for Defendant
Catholic Health Initiatives Medical Plan
and Catholic Health Initiatives

GROOM LAW GROUP, CHTD.

 /s/ *Lars C. Golumbic (per email authorization)*
Lars C. Golumbic *(Admitted pro hac vice)*
Paul J. Rinefierd *(Admitted pro hac vice)*
Kara Wheatley *(Admitted pro hac vice)*
Attorneys for Defendant
Catholic Health Initiatives Medical Plan
and Catholic Health Initiatives

ORDER AUTHORIZING FINAL DISTRIBUTION OF
SETTLEMENT FUNDS AND ORDER OF DISMISSAL – 3
[Case No. 2:18-cv-01191-JLR]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON  98121
TEL. (206) 223-0303   FAX (206) 223-0246